B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hollywood Boulevard Cinema, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2850945** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1001 W. 75th Street, Suite 153**<br>**Woodridge, IL**<br>ZIP Code **60517** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7          ☐ Chapter 15 Petition for Recognition
☐ Chapter 9             of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12         ☐ Chapter 15 Petition for Recognition
☐ Chapter 13            of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,          ■ Debts are primarily
defined in 11 U.S.C. § 101(8) as               business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hollywood Boulevard Cinema, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td><b>Exhibit B</b></td></tr>
<tr><td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).</td></tr>
<tr><td>☐ Exhibit A is attached and made a part of this petition.</td>
<td>X _____<br>    Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                        Page 3

## Voluntary Petition

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Hollywood Boulevard Cinema, LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Paula K. Jacobi**
Signature of Attorney for Debtor(s)

**Paula K. Jacobi 1311247**
Printed Name of Attorney for Debtor(s)

**BARNES & THORNBURG, LLP**
Firm Name

**One North Wacker Dr., Suite 4400**
**Chicago, IL 60601**

_____
Address

**Email: pjacobi@btlaw.com**
**(312) 357-1313  Fax: (312) 759-5646**
Telephone Number

**March  8, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ted C. E. Bulthaup III**
Signature of Authorized Individual

**Ted C. E. Bulthaup III**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March  8, 2013**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Hollywood Boulevard Cinema, LLC**        Case No. _____

                                                  Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chicago Tribune**<br>**14839 Collections Center Dr.**<br>**Chicago, IL 60693** | **Chicago Tribune**<br>**14839 Collections Center Dr.**<br>**Chicago, IL 60693** | | | **4,826.00** |
| **Chicago-Sun Times, Inc.**<br>**8225 Solutions Center**<br>**Chicago, IL 60677** | **Chicago-Sun Times, Inc.**<br>**8225 Solutions Center**<br>**Chicago, IL 60677** | **Advertising** | | **7,788.00** |
| **Clear Channel Outdoor**<br>**PO Box 847247**<br>**Dallas, TX** | **Clear Channel Outdoor**<br>**PO Box 847247**<br>**Dallas, TX 75284** | | | **7,000.00** |
| **DuPage Co Public Works**<br>**421 County Farm Rd**<br>**Wheaton, IL 60187** | **DuPage Co Public Works**<br>**421 County Farm Rd**<br>**Wheaton, IL 60187** | **Sewer connection fees** | | **4,345.28** |
| **Hospitality Solutions Intl.**<br>**9977 N. 90th Street**<br>**Suite 300**<br>**Scottsdale, AZ 85258** | **Hospitality Solutions Intl.**<br>**9977 N. 90th Street**<br>**Suite 300**<br>**Scottsdale, AZ 85258** | | | **2,768.34** |
| **Humana**<br>**PO Box 533**<br>**Carol Stream, IL 60132-0533** | **Humana**<br>**PO Box 533**<br>**Carol Stream, IL 60132-0533** | | | **12,606.60** |
| **Internet Presence Consulting, Inc.**<br>**182 Brookwood Lane East**<br>**Bolingbrook, IL 60440** | **Internet Presence Consulting, Inc.**<br>**182 Brookwood Lane East**<br>**Bolingbrook, IL 60440** | | | **7,062.50** |
| **Jeffrey Hu**<br>**11724 South Decathlon Lane**<br>**Plainfield, IL 60585** | **Jeffrey Hu**<br>**11724 South Decathlon Lane**<br>**Plainfield, IL 60585** | | | **20,000.00** |
| **JGH Technologies**<br>**520 Oakhill Road**<br>**Elgin, IL 60120** | **JGH Technologies**<br>**520 Oakhill Road**<br>**Elgin, IL 60120** | | | **15,325.40** |
| **Kimco Realty**<br>**PO Box 82565**<br>**Dept. Code SILW0563**<br>**Goleta, CA 93118** | **Kimco Realty**<br>**PO Box 82565**<br>**Dept. Code SILW0563**<br>**Goleta, CA 93118** | **Rent** | **Unliquidated Subject to Setoff** | **101,453.13** |
| **MC Squared Energy**<br>**PO Box 25235**<br>**Lehigh Valley, PA 18002** | **MC Squared Energy**<br>**PO Box 25235**<br>**Lehigh Valley, PA 18002** | **Utility** | | **5,176.80** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Hollywood Boulevard Cinema, LLC**            Case No. _____

                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McKee & Gunderson PC 10412 Allison Road Suite 210 Fishers, IN 46038 | McKee & Gunderson PC 10412 Allison Road Suite 210 Fishers, IN 46038 | | | 2,025.00 |
| North American Co for Life & Health PO Box 4274 Carol Stream, IL | North American Co for Life & Health PO Box 4274 Carol Stream, IL 60197 | | | 2,042.03 |
| Schindler Elevator Corp PO Box 70433 Chicago, IL 60673 | Schindler Elevator Corp PO Box 70433 Chicago, IL 60673 | Elevator service | | 2,479.80 |
| Sheppard Mullin Richter & Hampton 333 S Hope St, 43rd Floor Los Angeles, CA 90071-1422 | Sheppard Mullin Richter & Hampton 333 S Hope St, 43rd Floor Los Angeles, CA 90071-1422 | | | 8,700.00 |
| Signs Now 1548 Ogden Ave. Downers Grove, IL 60515 | Signs Now 1548 Ogden Ave. Downers Grove, IL 60515 | | | 3,884.80 |
| Sysco Food Srvc PO Box 5037 Des Plaines, IL 60017 | Sysco Food Srvc PO Box 5037 Des Plaines, IL 60017 | Trade debt | | 197,137.57 |
| Top Shelf Cleaning 8701 Cranbrook Ln Bridgeview, IL 60455 | Top Shelf Cleaning 8701 Cranbrook Ln Bridgeview, IL 60455 | Cleaning services | | 3,612.50 |
| Tri-State Agency 636 Northland Blvd. Cincinnati, OH 45240 | Tri-State Agency 636 Northland Blvd. Cincinnati, OH 45240 | Trade debt | | 18,425.00 |
| Waterhouse Aquariums 4235 Caribou Ct Joliet, IL 60431 | Waterhouse Aquariums 4235 Caribou Ct Joliet, IL 60431 | | | 2,918.38 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  8, 2013**_____      Signature    **/s/ Ted C. E. Bulthaup III**_____

                                               **Ted C. E. Bulthaup III**

                                               **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A Corporate Printing Service
6808 Hobson Valley Drive
Suite 101
Woodridge, IL 60517


A Windy City Look & Safe Service
6943 Ticonderoga Road
Downers Grove, IL 61516


A+ Exhaust Hood Cleaning
PO Box 656
Westmont, IL 60559


Adair, Rayette
6722 Patton Drive
Woodridge, IL 60517


Advantage Leasing
324 E. Wisconsin ave
Suite 250
Milwaukee, WI 53202


Airgas National Carbonation
POBox 601985
Charlotte, NC 28260


Alarm Detection System, Inc.
1111 Church Rd
Aurora, IL 60505


American Express
2022 North 31st Avenue
Attn: Bankruptcy Team
Phoenix, AZ 85027


Anderson, Scott
18003 Gottschalk Avenue
Homewood, IL 60430


Anguiano, Eduardo
310 E. Daisy Circle
Romeoville, IL 60446

Anspach, Kegan Q.
16710 West 146th Place
Lockport, IL 60441


Aramark Uniform Services
AUCA Chicago Market Center
Lockbor 25259 Network Place
Chicago, IL 60673


AT&T
PO Box 8100
Aurora, IL 60507


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


Ballantyne Strong, Inc.
4350 McKinley Street
Omaha, NE 68112


Bambule, Jacob C.
14312 Graham Court
Plainfield, IL 60544


Bandera, Macario
2201 Prentiss Drive
Apt. N114
Downers Grove, IL 60516


Battalion Fire Safety Services, Inc
PO Box 788
Lake Zurich, IL 60047


Bayne, Matt J.
80 Abbeywood Court
Romeoville, IL 60446


Bernard, Raquel A.
23 Scrementi Drive
Steger, IL 60475

Boyer, Danielle C.
6375 Kindling Court
Lisle, IL 60532


Brandlin, Shane D.
674 Sedge Meadow Ct.
Romeoville, IL 60446


Bryan Cave LLP
PO Box 503089
Saint Louis, MO 63150


Burzynski, Arthur
613 Cedar Court
Romeoville, IL 60446


Bush, Daniel
1635 Dianne Drive
Joliet, IL 60432


C & J Mechanical
2910 Fritz Rd, Building 1
Harvard, IL 60033


Calles, Antionette
7972 Burr Ridge Court
Apt. #207
Woodridge, IL 60517


Cannon, Jr., Londell Y.
680 Sheffield Avenue
Bolingbrook, IL 60440


Capital One Small Business Services
PO Box 6492
Carol Stream, IL 60197


Cappelletti, Joseph M.
471 Gainsburough Drive
Romeoville, IL 60446


Carrera, Joaquin
1603 S. Clarence Avenue
Berwyn, IL 60402

Carrera, Victor
1603 S. Clarence Avenue
Berwyn, IL 60402


Carter, Arthur L.
620 Melissa Drive
Bolingbrook, IL 60440


Cawley Co.
1544 N. 8th Street
PO Box 2110
Manitowoc, WI 54221


CBeyond Communications
13474 Collectons Center Dr.
Chicago, IL 60693


Chicago Office Technology Group
PO Box 5940
Lock Box #20-COE-001
Carol Stream, IL 60197


Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693


Chicago-Sun Times, Inc.
8225 Solutions Center
Chicago, IL 60677


CIT Technology Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673


CIT Technology Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673


Clear Channel Outdoor
PO Box 847247
Dallas, TX


Cleary, Matthew R.
460 Carol Lane
Braidwood, IL 60408

Coactiv Capital Partners, Inc.
655 Business Center Drive
Horsham, PA 19044


Cobra Capital, LLC
PO Box 88483
Dept A
Chicago, IL 60680-1473


Collins Plumbing, Inc.
316 W. Northwest Hwy
Arlington Heights, IL 60004


Colson Services Corp.
4 New York Plaza, 17th Floor
New York, NY 10004


Com Ed
PO Box 6111
Carol Stream, IL 60197


Com Ed
P.O. Box 6111
Carol Stream, IL 60197


ComEd
PO Box 6111
Carol Stream, IL 60197


Concession Services, Inc.
1723 S. Michigan Ave.
Chicago, IL 60616


Coz, Justin Troy M.
7425 Woodward Avenue
Woodridge, IL 60517


Cruz, Ricardo O.
2411 Ogden Avenue
Apt. 1A
Downers Grove, IL 60515


Custable, Sam S.
2783 Woodward Drive
Darien, IL 60561

Davalos, Diana
556 Fuller Lane
Bolingbrook, IL 60440


Deir, Joseph G.
7730 Woodward Avenue
Woodridge, IL 60517


Delavega, Luis
8420 Captons Lane
Apt. #201
Darien, IL 60561


Deluxe / EchoStar LLC
65477
Los Angeles, CA 90074


Detro, Bradley
313 Sulgrave Court
Bolingbrook, IL 60440


Dowell, Anthony B.
210 Nippert Ave.
Romeoville, IL 60446


Dowell, Timothy
210 Nippert Avenue
Romeoville, IL 60446


Dunbar, Larcenia
1943 N. Natoma Ave
Elmwood Park, IL 60707


DuPage Co Public Works
421 County Farm Rd
Wheaton, IL 60187


Economy Lamp Company
4611 W. National Ave
Milwaukee, WI 53214


Elavon
7300 Chapman Highway
Knoxville, TN 37920

Equipment Service Professionals, In
PO Box 289
Bradley, IL 60915


Espino, Michael A.
121 E. Quincy St.
Westmont, IL 60559


Espinos, Melanie R.
348 W. Ethel
Lombard, IL 60148


Espinos, Nina
121 E. Quincy St.
Westmont, IL 60559


Fabian, Richard
1237 Longford St.
Woodridge, IL 60517


Farmer, Kyle
9012 Oak Grove Avenue
Willowbrook, IL 60527


Ferguson, Ashley
481 Susan St.
Romeoville, IL 60446


First Midwest Bank
520 N. Cass Ave
Westmont, IL 60559


First Sound Bank ISAOA
925 Fourth Avenue
Suite 2350
Seattle, WA 98104


Fisher, Alan M.
7100 Lyman
Downers Grove, IL 60516


Fitzgerald, Paul J.
830 N. McClaran Avenue
Aurora, IL 60506

Flipski, Mary Ellen A.
6340 Wesley Road
Willowbrook, IL 60527


Flores, Jose A.
3619 Pandola Avenue
Joliet, IL 60431


Flores, Lilliana E.
585 Redwood Road
Bolingbrook, IL 60440


FPC Funding
NW 7668
PO Box 1450
Minneapolis, MN 55485-7668


FPC Funding II, LLC
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053


FPC Funding II, LLC
c/o Alex Darcy, Esq.
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611


Franger, Trevor C.
5 Williams Court
Woodridge, IL 60517


Gagala, Terrence A.
6618 Briargate Drive
Downers Grove, IL 60516


Galbreath, Jackie M.
1934 Sprucewood Court
Naperville, IL 60565


Garcia, David C.
6146 W. 60th Street
Chicago, IL 60638


GE Capital
PO Box 740425
Atlanta, GA 30374-0425

General Electric Capital Corp
P.O. Box 35701
Billings, MT 59107


Gianakas, Chris W.
7045 98th Street
#302
Chicago Ridge, IL 60415


Givex USA Corp.
991 Soaring Dr.
Marietta, GA 30062


GP Print Solutions, Inc.
PO Box 479
Union Special Plaza #122C
Huntley, IL 60142


Grainger
Dept 861338622
Palatine, IL 60038


Groot Industries, Inc.
PO Box 92257
Elk Grove Village, IL 60009


Guarino, Deana
6010 Oakwood Drive
3M
Lisle, IL 60532


Guerrero, Juan
241 Butternut Drive
Bolingbrook, IL 60440


Guerrero, Mayra
241 Butternut Drive
Bolingbrook, IL 60440


H & L Sewer Service
1009 Churchill Drive
Bolingbrook, IL 60440

Halick, Donna
3001 Shepherd St
Woodridge, IL 60517


Hamco Windy City
7710 W. Berwyn Ave.
Chicago, IL 60656


Hamill Jr., James E.
1796 Stockton Avenue
Des Plaines, IL 60018


Harleysville Insurance
300 Park Boulevard, Suite 175□□
Itasca, IL 60143


Harleysville Lake States Insurance
600 East Front Street, Suite 200
Traverse City, MI 49686


Harris, Jonovan T.
401 S. Cass Avenue
Westmont, IL 60559


Harvey, Jeffrey
60 W. 59th Street
Apt. E
Westmont, IL 60559


Haywood, Stephen
21414 Frost Court
Plainfield, IL 60544


Heinrich, Christopher J.
6921 Martin Drive
Woodridge, IL 60517


Heritage Wine Cellars, Ltd.
6600 W. Howard St.
Niles, IL 60714


Hodges, Chloe A.
5525 Brookbank Road
Downers Grove, IL 60516

Hollywood Bar and Film Works
1001 West 75th Street
Woodridge, IL 60517


Hospitality Solutions Intl.
9977 N. 90th Street
Suite 300
Scottsdale, AZ 85258


Hoth, Kelly
12 Sinde Circle
Romeoville, IL 60446


Huling, Nicholas L.
8746 S. 81st Court
Hickory Hills, IL 60457


Humana
PO Box 533
Carol Stream, IL 60132-0533


Hunter, Rebecca
8405 Captons Lane
Apt. 5
Darien, IL 60561


Huntington National Bank
PO Box 182232
Columbus, OH 43218-2232


Hurford, Chris M.
231 Arlington Avenue
Naperville, IL 60565


Ideal Carpets & Remodeling
1170 Valley Lane
Unit 201
Hoffman Estates, IL 60169


IFC Credit Corp. dba FirstCorp.
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053

IFC Credit Corporation
8700 Waukegan Road
Suite 100
Morton Grove, IL 60053


Illinois Dept of Revenue
PO Box 88294
Chicago, IL 60680


Illinois Restaurant Association
33 W. Monroe
Suite 250
Chicago, IL 60603


Internal Revenue Service
PO Box 7436
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7436
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7436


Internet Presence Consulting, Inc.
182 Brookwood Lane East
Bolingbrook, IL 60440


Jackson, Loretta
6403 Dean Drive
Woodridge, IL 60517


Jackson, Tasean A.
3428 High Trail Drive
Woodridge, IL 60517


James, Kevon D.
5635 Plymouth Street
Downers Grove, IL 60516

Janin, Julie A.
10731 S. McVicker
Chicago Ridge, IL 60415


Janke, Don S.
8 South Huffman Street
Naperville, IL 60540


Jeffrey Hu
11724 South Decathlon Lane
Plainfield, IL 60585


JGH Technologies
520 Oakhill Road
Elgin, IL 60120


Kalnes, Greg S.
7513 Farmingdale
Apt. 204
Darien, IL 60561


Kane, Brian D.
137 Glen Lake
Bolingbrook, IL 60440


Katherine E. Theodoropoulos
10418 S. Michael Drive
Palos Hills, IL 60454


Katherine E. Theodoropoulos
c/o David Feuer
1 N. LaSalle Street, Suite 2600
Chicago, IL 60602


Kerr, Joseph A.
8716 Lake Ridge Drive
Darien, IL 60561


Key Equipment Finance Inc.
1000 South McCaslin Blvd
Louisville, CO 80027


Key Equipment Finance Inc.
1000 South McCaslin Blvd.
Louisville, CO 80027

Kimco Real Estate
10600 W. Higgins Suite 408
Des Plaines, IL 60018

Kimco Realty
PO Box 82565
Dept. Code SILW0563
Goleta, CA 93118

Kimco Realty
10600 W. Higgons, Suite 408
Des Plaines, IL 60018

Knapp, Jehoshuah W.
2544 Crystal Court
Apt. 102
Woodridge, IL 60517

Kopecky, Daniel
2061 E. Touhy Avenue
Des Plaines, IL 60018

Kwasniewski, Kim M.
7405 S. Woodward Avenue
#2B
Woodridge, IL 60517

Lanigan,  Brian A.
2722 63rd Street
Woodridge, IL 60517

LCA Bank Corporation
3150 Livernois Rd
Suite 300
Troy, MI 48083

LCA Bank Corporation
1375 Deer Valley Drive
Suite 218
Park City, UT 84060

LCA Bank Corporation
1375 Deer Valley Drive, Suite 218
Park City, UT 84060

Leather Medic
849 W. 63rd
Countryside, IL 60525


Lechocki, Victoria Ann
3633 Euclid Avenue
Berwyn, IL 60402


Leming, William M.
403 Charlestown Drive
Bolingbrook, IL 60440


Leracey, Randy R.
342 Osage Drive
Bolingbrook, IL 60490


Lifestyle Beverages
925 Oak Lawn Ave.
Elmhurst, IL 60126


Lion's Gate Films
4553 Glencoe Ave
Suite 200
Marina Del Rey, CA 90292


Lucas, Madeline
14806 Menard Avenue
Oak Forest, IL 60452


Lundmark, Nick E.
1428 Jefferson Avenue
Downers Grove, IL 60516


M2 Lease Funds LLC
175 N. Patrick Blvd
Suite 140
Brookfield, WI 53045


Maestranzi's Knife Services
4715 N. Ronald St. Harwood Hts.
Harwood Heights, IL 60706

Martin, Cody K.
4306 Nutmeg Lane
Apt. 250
Lisle, IL 60532


Mass Mutual
P.O. Box 371368
Pittsburgh, PA 15250


Mass Mutual
900 E. 96th Street
Indianapolis, IN 46240


MC Squared Energy
PO Box 25235
Lehigh Valley, PA 18002


McDonald, Boston W.
7309 Northgate Way
Downers Grove, IL 60516


MCIM Insurance
P.O. Box 80440
Lansing, MI 48908-0440


McKee & Gunderson PC
10412 Allison Road
Suite 210
Fishers, IN 46038


McNamara, Nicholas A.
10837 S. Whipple Street
Chicago, IL 60655


McSwain, Jerin L.
2584 Burr Ridge Court
Apt. 201
Woodridge, IL 60517


Miller, Nicholas
54 Fernwood Road
Montgomery, IL 60538

Montalvo, Hector
241 Butternut Drive
Bolingbrook, IL 60440


Montalvo, Ruben
6501 18th
Berwyn, IL 60402


Morales, Jose
4695 Old Oaks Drive
Apt. 2B
Lisle, IL 60532


Morgan, Andrew
23650 W. Main
Plainfield, IL 60544


Morrison, Ryan M.
17240 Arrowhead Drive
Lockport, IL 60441


Najera, Armando
2025 Prentiss Drive
Apt. B 207
Downers Grove, IL 60516


Najera, Luis
1113 Bramble Avenue
Bolingbrook, IL 60440


NATO of Illinois
603 Rogers Street
Downers Grove, IL 60515


Navarro, Jose
2580 Burr Ridge Court
#108
Woodridge, IL 60517


NiCor
PO Box 416
Aurora, IL 60568

Nicor
PO Box 0632
Aurora, IL 60507


NiCor
PO Box 0632
Aurora, IL 60507


North American Co for Life & Health
PO Box 4274
Carol Stream, IL


Nunez, Lizette
3441 Scott Street
Franklin Park, IL 60131


O'Donnell, Tyler
1256 Lakeview Drive
Darien, IL 60561


Ochotorena, Norman J.
553 Monroe Road
Bolingbrook, IL 60440


Office Furnishings
31 Robinson Drive
Lawrenceburg, IN 47025


Orkin
603 E. Diehl Road
Suite 124
Naperville, IL 60563


Osbourne, James
4955 Fender Road
Lisle, IL 60532


Pachl, Stephanie J.
11S078 Frontage Road
Lemont, IL 60439


Paramount Pictures Corporation
5555 Melrose Ave.
Los Angeles, CA 90038

Payent Solutions
60 Market Street
Suite 221
Gaithersburg, MD 20878


Peoples, Marc
1658 Ashbury Lane
Romeoville, IL 60446


Petro, Jason
1053 W. Ogden Ave
#249
Naperville, IL 60563


Pitney Bowes Global Financial Servi
PO Box 371887
Pittsburgh, PA 15250


Pitney Bowes Postage by Phone
PO Box 856042
Louisville, KY 40285


Pulley, Daniel
6722 Patton Drive
Woodridge, IL 60517


Randant, Kenneth
898 Wellington Ave.
#201
Elk Grove Village, IL 60007


Ray, Christopher
7321 Woodward Avenue
#207
Woodridge, IL 60517


real D
100 N. Crescent Dr.
Suite 120
Beverly Hills, CA 90210


Reberski, Jacqueline M.
2148 Prentiss Drive
Apt. S111
IL 60516

Republic Bank of Chicago
Oak Brook Corporate
2221 Camden Court
Oak Brook, IL 60523


Republic Bank of Chicago
2221 Camden Court
Floor 1
Oak Brook, IL 60523


Republic Bank of Chicago
2221 Camden Court, Floor 1
Oak Brook, IL 60523


Retzler, Robert A.
1233 Longford St
Woodridge, IL 60517


Rivera, Jose Ricardo
308 S. Raynor Avenue
Joliet, IL 60436


Roche, Melissa
2408 Mohawk Avenue
Woodridge, IL 60517


Rodriguez, Israel
1669 Coach Drive
Apt. #204
Naperville, IL 60565


Rojas, Tonatiuh
2056 N. 19th Avenue
Apt. 3
Melrose Park, IL 60161


Romero, Jessica M.
6115 Knollwood Rd.
Willowbrook, IL 60527


Rusick, Wesley
7810 Pine Parkway
Darien, IL 60561

Rutter, Eric C.
450 Alcester Court
Bolingbrook, IL 60440


Sampson, Christopher
5714 S. Walnut
1C
Downers Grove, IL 60516


Sanchez, Monica
1766 Rebecca Drive
Romeoville, IL 60446


Sanchez, Roy
210 Delaware Drive
Bolingbrook, IL 60440


Sass, Matthew W.
254 Willow Street
Frankfort, IL 60423


SBA
Attn:  Joel Herscher
500 W. Madison, Suite 1150
Chicago, IL 60661


SBA - Attn:  Joel Herscher
500 W. Madison; Suite 1150
Chicago, IL 60661


Schindler Elevator Corp
PO Box 70433
Chicago, IL 60673


Schumacher, James M.
60 Piers Drive
#203
Westmont, IL 60559


Shallcross, Jorey R.
230 Charlestown Drive
Bolingbrook, IL 60440

Sheppard Mullin Richter & Hampton
333 S Hope St, 43rd Floor
Los Angeles, CA 90071-1422


Sherman Mechanical Inc.
1075 Alexander Ct
Cary, IL 60013


Signs Now
1548 Ogden Ave.
Downers Grove, IL 60515


SKR Delivery Services Ltd.
PO Box 388485
Chicago, IL 60638


Small Business Growth Corp./SBA
Attn:  Joel Herscher
1300 West Belmont
Chicago, IL 60657


Small Business Growth Corp./SBA
Attn:  Joel Herscher
1300 West Belmont
Chicago, IL 60657


Small Business Growth Corporation
2401 W. White Oaks Dr
Springfield, IL 62704-7423


Smego, Benjamin T.
6009 Osage Avenue
Downers Grove, IL 60516


Smith, Dillon A.
321 Eaton Avenue
Romeoville, IL 60446


Smith, Jadwiga
321 Eaton Avenue
Romeoville, IL 60446


Smith, James
5815 Sunset Avenue
La Grange, IL 60525

Smith, Tikesha
533 Spruce Road
Bolingbrook, IL 60440


Soberanis, Brisa
1365 Terry Road
Glendale Heights, IL 60139


Sony Pictures Releasing Corporation
10202 West Washington Blvd.
Culver City, CA 90232


Soria, Jorge
3210 Monroe Street
Bellwood, IL 60104


Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674


Stealth Security
6808 Hobson Valley Dr.
Woodridge, IL 60517


Sterling National Bank
500 7th Ave
10th Floor
New York, NY 10018


Stocks, Ryne R.
4314 Nutmeg Lane
#274
Lisle, IL 60532


Stoller Wholesale
3325 M. Prospect Rd.
Franklin Park, IL 60131


Stuart, Steve C.
5708 Walnut Avenue
Apt #1C
Downers Grove, IL 60516

Summit Strategies, LLC
8818 Maxwell Drive
Potomac, MD 20854-3122


Sysco Food Srvc
PO Box 5037
Des Plaines, IL 60017


Taraszka, Patrick S.
8123 1/2 S. Nashville Avenue
Burbank, IL 60459


Technicolor
8498 Los Angeles
Los Angeles, CA 90084


Theodoropoulos, Katherine E.
10418 S. Michael Drive
Oak Lawn, IL 60454


Thompkins, Paris A.
2444 Forest Drive
Woodridge, IL 60517


Top Shelf Cleaning
8701 Cranbrook Ln
Bridgeview, IL 60455


Tracy, Rachel
428 Arnold Avenue
Romeoville, IL 60446


Tri-State Agency
636 Northland Blvd.
Cincinnati, OH 45240


Turano Baking Co.
36749 Eagle Way
Chicago, IL 60678


Twentieth Century Fox Film Corp
P.O. Box 900
Beverly Hills, CA 90213

Twombly, Brandon A.
20 Doral Street
Minooka, IL 60447


U.S. Bank National Association
444 N. Michigan Avenue, Suite 3270
Chicago, IL 60611


U.S. Bank, N.A.
2201 West 63rd St.
Attn: Laura Grabavoy
Downers Grove, IL 60516


U.S. Small Business Administration
2401 West White Oaks Drive
Springfield, IL 62704


United States Small Business Admin
2401 West White Oaks Drive
Springfield, IL 62704


Universal Film Exchanges LLP
100 Universal City Plaza
Universal City, CA 91608


UPS
Lockbox 577
Carol Stream, IL 60132


US Small Business Administration
2401 West White Oaks Drive
Springfield, IL 62704


Velazquez, Francisco
439 Seneca Lane
Bolingbrook, IL 60440


Velazquez, Javier A.
1876 Appaloosa Drive
Naperville, IL 60565


Village of Woodridge
5 Plaza Dr
Woodridge, IL 60517

Vinckus, Billy B.
206 Hemlock Avenue
Romeoville, IL 60446


Walcor Electric Inc.
17W254 Byron
Bensenville, IL 60106


Warner Bros. Distributing, Inc.
4000 Warner Boulevard
Attn: Constance Minnett/Gen Csl.
Burbank, CA 91522


Waterhouse Aquariums
4235 Caribou Ct □□
Joliet, IL 60431


Watkins, Calvin
418 Stevens Drive
Apt. 107
Addison, IL 60101


Weins, Jason A.
1206 Will Drive
Lockport, IL 60441


Wessel, Philip A.
623 Jonquil Avenue
Lisle, IL 60532


Western Equipment Finance
P.O. Box 640
Devils Lake, ND 58301


WGN-TV
PO Box 98473
Chicago, IL 60693


White, Kendra N.
158 E. Bailey
Apt. M
Naperville, IL 60565

William  H. Wegmann
1241 Whittingham Circle
Naperville, IL 60540


Willow-Ridge Glass, Inc.
8102 S. Lemont
Suite 100
Woodridge, IL 60517


Wirth Business Credit, Inc.
4200 Dahlberg Drive
Suite 100
Minneapolis, MN 55422


Wirth Business Credit, Inc.
42  Dahlberg Drive, Suite 100
Minneapolis, MN 55422


Wirtz Beverage Illinois
PO Box 809180
Chicago, IL 60680


Wolf, Justin D.
3018 Jonquil Lane
Woodridge, IL 60517


Woodridge Area Chamber of Commerce
6440 Main St.
Suite 330
Woodridge, IL 60517


Woolfork, Jasmine C.
3238 83rd Street
Woodridge, IL 60517


Zamora, Mario
3017 Dan Ireland Drive
Joliet, IL 60435


Zarlenga, Stephanie L.
404 Nassau Avenue
Bolingbrook, IL 60440

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hollywood Boulevard Cinema, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hollywood Boulevard Cinema, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  8, 2013**

Date

**/s/ Paula K. Jacobi**

**Paula K. Jacobi**

Signature of Attorney or Litigant

Counsel for   **Hollywood Boulevard Cinema, LLC**

**BARNES & THORNBURG, LLP**

**One North Wacker Dr., Suite 4400**
**Chicago, IL 60601**
**(312) 357-1313 Fax:(312) 759-5646**
**pjacobi@btlaw.com**