B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hollywood Boulevard Cinema, LLC**

Debtor

Case No. ___**13-09232**___

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,817,695.94 (at cost) | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 4,159,304.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 203,354.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 451,262.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 3,817,695.94 | | |
| Total Liabilities | | | | 4,813,920.83 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hollywood Boulevard Cinema, LLC**

Debtor

Case No. _____**13-09232**_____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Hollywood Boulevard Cinema, LLC**                                                    Case No.   **13-09232**
_____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | | 0.00 | (Total of this page) |
| | Total > | | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Hollywood Boulevard Cinema, LLC**                                    Case No. ___**13-09232**___
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash Register Drawers/Change Fund for Operations** | - | 8,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank account** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Nicor Utility Deposit** | - | 2,386.00 |
| | | **Com Ed Utility Deposit** | - | 4,322.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Movie Memorabilia** | - | 191,763.00 (at cost) |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Beneficiary of Key Man Life Insurance with Mass Mutual (term policy) (owner/beneficiary)** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

                                                          Sub-Total >          206,471.00
                                                          (Total of this page)

__**3**__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Hollywood Boulevard Cinema, LLC_____ ,    Case No. __13-09232_____

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% membership interest in Formosa Cafe LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Credit Card Receivables** | - | 23,862.00 |
| | | **Receivable from Great Hollywood Theater Group LLC (as of Dec. 31, 2012)** | - | 1,484,804.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Dividend advanced to officer (amount as of December 31, 2012)** | - | 643,329.34 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    2,151,995.94
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                           Case No.    **13-09232**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Village of Woodridge business license, liquor licenses (State of Illinois and Village of Woodridge), and license agreements set forth on Exhibit G** | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furnishings/equipment/supplies** | - | 23,706.00 (at cost) |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Operational Supplies** | - | 11,375.00 (at cost) |
| | | **Equipment** | - | 1,335,137.00 (at cost) |
| 30. Inventory. | | **Food and Beverage Inventory** | - | 89,011.00 (at cost) |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    1,459,229.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                              Case No.    **13-09232**
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > | 0.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 3,817,695.94 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Hollywood Boulevard Cinema, LLC**                              Case No. ___13-09232___
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.                              *(As of 12/31/2012)*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **12475** <br><br> **Advantage Leasing** <br> **324 E. Wisconsin ave** <br> **Suite 250** <br> **Milwaukee, WI 53202** | X | - | HVAC/Projection Equipment <br><br><br> Value $          Unknown | | | | 9,920.00 | Unknown |
| Account No. **83421** <br><br> **Coactiv Capital Partners, Inc.** <br> **655 Business Center Drive** <br> **Horsham, PA 19044** | X | - | POSI upgrade to computer system <br><br><br> Value $          Unknown | | | | 45,798.00 | Unknown |
| Account No. **91093001** <br><br> **Cobra Capital, LLC** <br> **2831 W. 83rd Street** <br> **Darien, IL 60561** | X | - | Restaurant Equipment <br><br><br> Value $          Unknown | | | | 110,418.00 | Unknown |
| Account No. <br><br> **First Midwest Bank** <br> **520 N. Cass Ave** <br> **Westmont, IL 60559** | X | - | All assets (except certain equipment) <br><br><br> Value $          Unknown | | | | 1,836,594.00 | Unknown |
| | | | Subtotal <br> (Total of this page) | | | | 2,002,730.00 | 0.00 |

__2__  continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re   **Hollywood Boulevard Cinema, LLC**                    Case No.   **13-09232**

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **First Sound Bank ISAOA** 925 Fourth Avenue Suite 2350 Seattle, WA 98104 | X | - | Sound processor and amplification equipment **Value $ Unknown** | | | | 72,509.00 | Unknown |
| Account No. **FPC Funding** NW 7668 PO Box 1450 Minneapolis, MN 55485-7668 | | - | (See IFC Credit Corporation) **Value $ Unknown** | X | | X | 118,235.00 | Unknown |
| Account No. 8452946-001 and 8452946-003 **General Electric Capital Corp** P.O. Box 35701 Billings, MT 59107 | X | - | Digital Projector Equipment and 3D Projection Equipment **Value $ Unknown** | | | | 194,936.00 | Unknown |
| Account No. **IFC Credit Corporation** c/o D. Alendar Darcy and B. Hamada 444 North Michigan Ave., Ste. 3270 Chicago, IL 60611 | X | - | Elevator and office furniture (Duplicative of FPC Funding) **Value $ Unknown** | X | | X | 118,235.00 | Unknown |
| Account No. 117718 **LCA Bank Corporation** 3150 Livernois Rd Suite 300 Troy, MI 48083 | X | - | POS Equipment **Value $ Unknown** | | | | 5,646.00 | Unknown |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   509,561.00   0.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Hollywood Boulevard Cinema, LLC**                                     Case No.   **13-09232**
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **102749**<br><br>**M2 Lease Funds LLC**<br>**175 N. Patrick Blvd**<br>**Suite 140**<br>**Brookfield, WI 53045** | X | - | Searchlight Equipment<br><br><br>Value $               Unknown | | | | 20,261.00 | Unknown |
| Account No.<br><br>**SBA**<br>**500 W. Madison; Suite 1150**<br>**Chicago, IL 60661** | | - | Duplicative of Small Business Growth Corporation (see below)<br><br>Value $               Unknown | | | | 730,545.00 | Unknown |
| Account No.<br><br>**Small Business Growth Corporation**<br>**2401 W. White Oaks Dr**<br>**Springfield, IL 62704-7423** | X | - | All assets; junior security interest to First Midwest Bank<br><br>Value $               Unknown | | | | 730,545.00 | Unknown |
| Account No. **131572-01**<br><br>**Sterling National Bank**<br>**500 7th Ave**<br>**10th Floor**<br>**New York, NY 10018** | X | - | Projection Equipment<br><br><br>Value $               Unknown | | | | 120,230.00 | Unknown |
| Account No.<br><br>**Western Equipment Finance**<br>**P.O. Box 640**<br>**Devils Lake, ND 58301** | X | - | Digital projection equipment and amplifiers<br><br>Value $               Unknown | | | | 45,432.00 | Unknown |

Sheet _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 1,647,013.00 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 4,159,304.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **Hollywood Boulevard Cinema, LLC**                                        Case No. ___**13-09232**___
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions \*\***

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\*\*The Debtor's employees were paid prepetition wages pursuant to order [Docket No. 8]. To the extent required, the Debtor will supplement this schedule to list Debtor's employees' wage claims.

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Hollywood Boulevard Cinema, LLC**                    Case No. ___13-09232___
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (all as of 2/28/2013) | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | Sales tax | | | | | |
| Illinois Department of Revenue Attn: James D. Newbold 100 W. Randolph Chicago, IL 60601 | - | | | | | | 74,289.20 | 0.00 ⟶ 74,289.20 |
| Account No. | | | State withholding tax | | | | | |
| Illinois Department of Revenue Attn: James D. Newbold 100 W. Randolph Chicago, IL 60601 | - | | | | | | 20,265.01 | 0.00 ⟶ 20,265.01 |
| Account No. | | | State unemployment tax | | | | | |
| Illinois Department of Revenue Attn: James D. Newbold 100 W. Randolph Chicago, IL 60601 | - | | | | | | 5,585.81 | 0.00 ⟶ 5,585.81 |
| Account No. | | | Federal withholding taxes | | | | | |
| Internal Revenue Service PO.Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 101,175.00 | 101,175.00 ⟶ 0.00 |
| Account No. | | | FUTA for first quarter 2013 (up until February 28, 2013) | | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 2,039.52 | 0.00 ⟶ 2,039.52 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 203,354.54 | 101,175.00 / 102,179.54 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 203,354.54 | 101,175.00 / 102,179.54 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   __Hollywood Boulevard Cinema, LLC_____,    Case No. ___13-09232_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Active Seniors** <br> **Senior Citizens Directors** <br> **15 W. Harvester Drive** <br> **Willowbrook, IL 60527** | | - | Party deposit | | | | 100.00 |
| **Account No.** <br><br> **Alarm Detection System, Inc.** <br> **1111 Church Rd** <br> **Aurora, IL 60505** | | - | Lease and Security monitoring | | | | 1,584.00 |
| **Account No.** <br><br> **American Express** <br> **c/o Becket & Lee, P.O. Box 3001** <br> **16 General Warren Blvd.** <br> **Malvern, PA 19355** | | - | Credit card provider | | X | X | 0.00 |
| **Account No.** <br><br> **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60507** | | - | Telephone service (see below) | | | | 0.00 |
| | | | | | Subtotal <br> (Total of this page) | | 1,684.00 |

__9__   continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

S/N:28449-130304    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hollywood Boulevard Cinema, LLC**                                    Case No. _____**13-09232**_____
                                          _____,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **630-427-9081** | | | Telephone service | | | | |
| **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197-5080** | | - | | | | | (Estimated)<br>**400.00** |
| Account No. | | | Telephone service | | | | |
| **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197** | | - | | | | | (Estimated)<br>**350.00** |
| Account No. | | | Telephone/Internet | | | | |
| **CBeyond Communications**<br>**13474 Collectons Center Dr.**<br>**Chicago, IL 60693** | | - | | | | | (Estimated)<br>**1,467.00** |
| Account No. | | | Copier Maintenance and supply lease | | | | |
| **Chicago Office Technology Group**<br>**PO Box 5940**<br>**Lock Box #20-COE-001**<br>**Carol Stream, IL 60197** | | - | | | | | **1,954.56** |
| Account No. | | | Advertising | | | | |
| **Chicago Tribune**<br>**14839 Collections Center Dr.**<br>**Chicago, IL 60693** | | - | | | | | **4,826.00** |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **8,997.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hollywood Boulevard Cinema, LLC**                              Case No. ___**13-09232**___
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chicago Youth Centers<br>218 S. Wabash<br>Suite 600<br>Chicago, IL 60604 | - | | Party deposit | | | | 1,247.50 |
| Account No.<br><br>Chicago-Sun Times, Inc.<br>8225 Solutions Center<br>Chicago, IL 60677 | - | | Advertising | | | | 7,788.00 |
| Account No.<br><br>CIT Technology Fin Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673 | - | | Copier Lease | | | | 2,462.03 |
| Account No.<br><br>Clear Channel Outdoor<br>Attn: Corporate Bankr. Specialist<br>P.O. Box 591790<br>San Antonio, TX 78259 | - | | Billboard | | | | 7,000.00 |
| Account No. 0213104146<br><br>Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197 | - | | Electricity | | | | 1,033.31 |

Sheet no. _2_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,530.84**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                                    Case No. ___**13-09232**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9251108085** <br><br> **Com Ed** <br> **P.O. Box 6111** <br> **Carol Stream, IL 60197** | - | | Electricity | | | | 1,963.19 |
| Account No. **9167345047** <br><br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | - | | Electricity | | | | 347.47 |
| Account No. <br><br> **Concession Services, Inc.** <br> **1723 S. Michigan Ave.** <br> **Chicago, IL 60616** | - | | Popcorn and candy | | | | 0.00 |
| Account No. <br><br> **DuPage Co Public Works** <br> **421 County Farm Rd** <br> **Wheaton, IL 60187** | - | | Connection/service fees | | | | 4,345.28 |
| Account No. <br><br> **Elavon** <br> **7300 Chapman Highway** <br> **Knoxville, TN 37920** | - | | Credit card processing services | X | X | | 0.00 |

Sheet no. _**3**_ of _**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                6,655.94
(Total of this page)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                                    Case No. ___**13-09232**___
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Party deposit | | | | |
| Foresters PO Box 179 Buffalo, NY 14201 | | | | | | | | 4,500.00 |
| Account No. | | - | | Garbage services | | | | |
| Groot Industries, Inc. PO Box 92257 Elk Grove Village, IL 60009 | | | | | | | | 1,176.40 |
| Account No. | | - | | Guarantor on alleged promissory note liability Subject to setoff. | X | | X | |
| Heartland Bank 401 N. Hershey Road Bloomington, IL 61702 | | | | | | | | Unknown |
| Account No. | | - | | Point of sale computer systems | | | | |
| Hospitality Solutions Intl. 9977 N. 90th Street Suite 300 Scottsdale, AZ 85258 | | | | | | | | 2,768.34 |
| Account No. | | - | | Health care insurance provider | | | | |
| Humana PO Box 533 Carol Stream, IL 60132-0533 | | | | | | | | 12,606.60 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,051.34

B6F (Official Form 6F) (12/07) - Cont.

In re     **Hollywood Boulevard Cinema, LLC**                              Case No.  **13-09232**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Alleged tax liability | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | X | X | | Unknown |
| Account No. | | | Website service provider | | | | |
| Internet Presence Consulting, Inc. 182 Brookwood Lane East Bolingbrook, IL 60440 | - | | | | | | 7,062.50 |
| Account No. | | | Unsecured loan | | | | |
| Jeffrey Hu 11724 South Decathlon Lane Plainfield, IL 60585 | - | | | | | | 20,000.00 |
| Account No. | | | Film projection repair services | | | | |
| JGH Technologies 520 Oakhill Road Elgin, IL 60120 | - | | | | | | 15,325.40 |
| Account No. | | | Workers' compensation claim | | | | |
| Katherine E. Theodoropoulos 10418 S. Michael Drive Palos Hills, IL 60454 | - | | | X | X | | 0.00 |

Sheet no.  **5**   of  **9**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      |  42,387.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                 ,      Case No. _____ **13-09232** _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Katherine E. Theodoropoulos<br>c/o David Feuer<br>1 N. LaSalle Street, Suite 2600<br>Chicago, IL 60602 | | - | See above | X | X | | 0.00 |
| Account No.<br><br>Kimco Real Estate<br>10600 W. Higgins; Suite 408<br>Des Plaines, IL 60018 | | - | See below | | | | 0.00 |
| Account No.<br><br>Kimco Realty<br>PO Box 82565<br>Dept. Code SILW0563<br>Goleta, CA 93118 | | - | Real property lease<br>    Subject to setoff. | X | X | | 101,453.13 |
| Account No.<br><br>Magnificent Ladies Red Hat Society<br>3205 W. 21st Place<br>Gary, IN 46404 | | - | Party deposit | | | | 300.00 |
| Account No.<br><br>Mass Mutual<br>P.O. Box 371368<br>Pittsburgh, PA 15250 | | - | Key man life insurance | | | | 1,149.52 |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     102,902.65
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                                Case No. ___**13-09232**___
_____ ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MC Squared Energy**<br>**PO Box 25235**<br>**Lehigh Valley, PA 18002** | - | | Electricity supplier | | | | 5,176.80 |
| Account No.<br><br>**McKee & Gunderson PC**<br>**10412 Allison Road**<br>**Suite 210**<br>**Fishers, IN 46038** | - | | Accounting services | | | | 2,025.00 |
| Account No.<br><br>**Metropolitan Bank**<br>**North Community Bank**<br>**3639 N. Broadway**<br>**Chicago, IL 60613** | - | | Party deposit | | | | 2,700.00 |
| Account No.<br><br>**Nova Cinetech, Inc.**<br>**4688 E 29th Rd**<br>**Sandwich, IL 60548** | - | | Guaranty of alleged promissory note | X | | X | 0.00 |
| Account No.<br><br>**Orkin**<br>**603 E. Diehl Road**<br>**Suite 124**<br>**Naperville, IL 60563** | - | | Pest control | | | | 267.21 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        10,169.01

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hollywood Boulevard Cinema, LLC**                               Case No. ___**13-09232**___
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Schindler Elevator Corp <br> PO Box 70433 <br> Chicago, IL 60673 | - | | Elevator service contract | | | | 2,479.80 |
| Account No. <br><br> Sheppard Mullin Richter & Hampton <br> 333 S Hope St, 43rd Floor <br> Los Angeles, CA 90071-1422 | - | | Legal services | | | | 8,700.00 |
| Account No. <br><br> Signs Now <br> 1548 Ogden Ave. <br> Downers Grove, IL 60515 | - | | Sign supplier | | | | 3,884.80 |
| Account No. <br><br> Susquehanna Commercial Finance, Inc <br> 2 Country View Road, suite 300 <br> Malvern, PA 19355 | - | | Guaranty on equipment lease | X | | | 0.00 |
| Account No. <br><br> Sysco Food Srvc <br> PO Box 5037 <br> Des Plaines, IL 60017 | - | | Food and beverages | | | | 197,137.57 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    212,202.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hollywood Boulevard Cinema, LLC**                                Case No. ___**13-09232**_____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Top Shelf Cleaning**<br>**8701 Cranbrook Ln**<br>**Bridgeview, IL 60455** | | - | **Janitorial services** | | | | **3,612.50** |
| Account No.<br><br>**Tri-State Theater Service Inc.**<br>**10250 Alliance Road**<br>**Suite 205**<br>**Cincinnati, OH 45242** | | - | **Film buyer** | | | | **18,425.00** |
| Account No.<br><br>**Waterhouse Aquariums**<br>**4235 Caribou Ct**<br>**Joliet, IL 60431** | | - | **Aquarium maintenance services** | | | | **2,918.38** |
| Account No.<br><br>**William  H. Wegmann**<br>**1241 Whittingham Circle**<br>**Naperville, IL 60540** | | - | **Consulting services** | | | | **725.00** |
| Account No.<br><br><br> | | | | | | | |

Sheet no. _**9**_ of _**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 25,680.88 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 451,262.29 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Hollywood Boulevard Cinema, LLC**                                    Case No.    **13-09232**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alarm Detection System, Inc.**<br>**1111 Church Rd**<br>**Aurora, IL 60505** | **Alarm and security services contract** |
| **Chicago Office Technology Group**<br>**4 Territorial Ct.**<br>**Bolingbrook, IL 60440** | **Maintenance Agreement for Photocopier** |
| **CIT Technology Financing Services**<br>**10201 Centurion Parkway North**<br>**Suite 100**<br>**Jacksonville, FL 32256** | **Photocopier Lease** |
| **Elavon***<br>**7300 Chapman Highway**<br>**Knoxville, TN 37920** | **Credit card processing agreement** |
| **Harleysville Lake States Insurance**<br>**600 East Front Street, Suite 200**<br>**Traverse City, MI 49686** | **General Liability Insurance** |
| **Hospitality Solutions Intl.**<br>**9977 N. 90th Street**<br>**Suite 300**<br>**Scottsdale, AZ 85258** | **Points of sale computer systems contract** |
| **Humana**<br>**PO Box 533**<br>**Carol Stream, IL 60132-0533** | **Health care insurance contract** |
| **Kimco Real Estate**<br>**10600 W. Higgins Suite 408**<br>**Des Plaines, IL 60018** | **Real property lease** |
| **Mass Mutual**<br>**900 E. 96th Street**<br>**Indianapolis, IN 46240** | **Key-man insurance policy** |
| **Mastercard***<br>**8755 W Higgins Rd**<br>**Chicago, IL 60631** | **Credit card merchant agreement** |
| **MC Squared Energy**<br>**PO Box 25235**<br>**Lehigh Valley, PA 18002** | **Energy services contract** |

1      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    Hollywood Boulevard Cinema, LLC _____,    Case No. ___13-09232_____

                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| MCIM<br>PO Box 80440<br>Lansing, MI 48908 | Workers Compensation Insurance Policy |
| Paramount Pictures Corporation*<br>5555 Melrose Ave.<br>Los Angeles, CA 90038 | Film license agreement |
| Schindler Elevator Corp.<br>PO Box 70433<br>Chicago, IL 60673 | Elevator service/maintenance contract |
| Sony Pictures Releasing Corp.*<br>Attn:  President<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | Film license agreement |
| Twentieth Century Fox Film Corp.*<br>P.O. Box 900<br>Beverly Hills, CA 90213 | Film license agreement |
| Universal Film Exchanges LLP*<br>100 Universal City Plaza<br>Universal City, CA 91608 | Film license agreement |
| Visa*<br>P.O. Box 8999<br>San Francisco, CA 94128 | Credit card merchant agreement |
| Warner Bros. Distributing, Inc.*<br>Attn:  Constance Minnett/Gen Csl.<br>4000 Warner Boulevard<br>Burbank, CA 91522 | Film license agreement |

*A determination regarding wheter these contracts are executory has not been made but they are listed as executory in an abundance of caution.

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Hollywood Boulevard Cinema, LLC**                                    Case No. ___**13-09232**___
                                                    ,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Formosa Cafe, LLC<br>1001 75TH ST STE 153<br>Woodridge, IL 60517 | Cobra Capital, LLC<br>2831 W. 83rd Street<br>Darien, IL 60561 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | Small Business Growth Corporation<br>2401 W. White Oaks Dr<br>Springfield, IL 62704-7423 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | First Midwest Bank<br>520 N. Cass Ave<br>Westmont, IL 60559 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | General Electric Capital Corp<br>P.O. Box 35701<br>Billings, MT 59107 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | Coactiv Capital Partners, Inc.<br>655 Business Center Drive<br>Horsham, PA 19044 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | First Sound Bank ISAOA<br>925 Fourth Avenue<br>Suite 2350<br>Seattle, WA 98104 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | Western Equipment Finance<br>P.O. Box 640<br>Devils Lake, ND 58301 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | IFC Credit Corporation<br>c/o D. Alendar Darcy and B. Hamada<br>444 North Michigan Ave., Ste. 3270<br>Chicago, IL 60611 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | Advantage Leasing<br>324 E. Wisconsin ave<br>Suite 250<br>Milwaukee, WI 53202 |
| Ted E.C, Bulthaup III<br>6722 Patton Drive<br>Woodridge, IL 60517 | Sterling National Bank<br>500 7th Ave<br>10th Floor<br>New York, NY 10018 |

**1**
___ continuation sheets attached to Schedule of Codebtors

In re    **Hollywood Boulevard Cinema, LLC**                                        Case No.    **13-09232**
_____
                                            Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ted E.C, Bulthaup III**<br>**6722 Patton Drive**<br>**Woodridge, IL 60517** | **LCA Bank Corporation**<br>**3150 Livernois Rd**<br>**Suite 300**<br>**Troy, MI 48083** |
| **Ted E.C, Bulthaup III**<br>**6722 Patton Drive**<br>**Woodridge, IL 60517** | **M2 Lease Funds LLC**<br>**175 N. Patrick Blvd**<br>**Suite 140**<br>**Brookfield, WI 53045** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hollywood Boulevard Cinema, LLC**

Debtor(s)

Case No.   **13-09232**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 1, 2013**

Signature **/s/ Ted C. E. Bulthaup III**

**Ted C. E. Bulthaup III**
**Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hollywood Boulevard Cinema, LLC**                                      Case No.   **13-09232**

Debtor(s)                                      Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$9,078,000.00** | **2012: Debtor Business Income** |
| **$9,517,000.00** | **2011: Debtor Business Income** |
| **$1,337,116.00** | **2013 through March 7, 2013** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B 7 (12/12)

2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

   b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit 3(b)** | **See attched exhibit 3(b)** | | |

**None** ☐

   c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit 3(c)** | **See attached Exhibit 3(c)** | | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hollywood Palms Cinema and Hollywood Boulevard Cinema v. Jenna Marie Massoli a/k/a Jenna Jameson, Case No. 11 L 557** | **Breach of contract** | **18th Judicial Circuit of Illinois, DuPage County** | **Default Judgment in favor of Plaintiffs** |
| **Hollywood Boulevard Cinemas v. Lyon Financial Services Inc. d/b/a US Bank Portfolio Services and West Suburban Bankcorp Inc., 10 MR 852** | **Declaratory judgment action, breach of contact and breach of guaranty** | **18th Judicial Circuit of Illinois, Dupage COunty** | |

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

3

B 7 (12/12)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Origin Fire Protection v. Hollywood Boulevard Cinema, Case No. 09-CH0660** | **Conractor dispute** | **18th Judicial Circuit of Illinois, DuPage County** | **Summary judgment motion pending** |

None ☐
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | **October 30, 2012** | **$17,999 cash** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | **December 12, 2012** | **$94 cash** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | **January 3, 2013** | **$113 cash** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | **February 13, 2013** | **$18 cash** |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | **March 4, 2013** | **$26 cash** |

### 5. Repossessions, foreclosures and returns

None ■
   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■
   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B 7 (12/12)                                                                                       4

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|:---|
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|:---|
| ☐ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Variety Club The Children's Charity**<br>**1023 W. Fulton Market**<br>**Chicago, IL 60607** | | **May 2012** | **Monetary Contribution $3,225** |

### 8. Losses

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|:---:|:---|
| ■ | |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|:---:|:---|
| ☐ | |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Barnes & Thornburg LLP**<br>**1 North Wacker, Suite 4400**<br>**Chicago, IL 60606** | **March 7, 2013** | **$20,000 (advanced payment retainer)** |
| **Barnes & Thornburg LLP**<br>**1 North Wacker, Suite 4400**<br>**Chicago, IL 60606** | **March 8, 2013** | **$20,000 (advanced payment retainer)** |
| **Barnes & Thornburg LLP**<br>**1 N. Wacker, Suiter 4400**<br>**Chicago, IL 60606** | **March 21, 2012** | **$200,000 (advanced payment retainer)** |
| **Barnes & Thornburg LLP**<br>**1 N. Wacker, Suite 4400**<br>**Chicago, IL 60606** | **March 8, 2013** | **$10,000 (advanced payment retainer)** |

B 7 (12/12)                                                                                           5

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Account XXXXXXX5566** | **$47 when closed on Feb. 24, 2012** |
| **Hinsdale Bank** | **Account XXXXXX7328** | **$418 in account when closed on June 1, 2012** |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B 7 (12/12)                                                                                           6

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE             LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE             LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                       DOCKET NUMBER                         STATUS OR DISPOSITION

---

B 7 (12/12)                                                                                                    7

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Formosa Cafe, LLC** | **32-0308758** | **1001 75TH ST STE 153 Woodridge, IL 60517** | **Restaurant** | **2008-current** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     (*An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.*)

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                            DATES SERVICES RENDERED
**Jeffrey McKee
McKee & Gunderson
10412 Allisonville Road Suite 210
Fishers, IN 46038**

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■    of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                      DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■    of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

B 7 (12/12)

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank** | **Financial statements issued quarterly to secured lender per loan agreements** |

---

**20. Inventories**

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **January 31, 2013** | **In-house inventory of food and beverage** | **$100,387 (at cost)** |
| **February 28, 2013** | **In house inventory of food and beverage** | **$89,011.00 (at cost)** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **January 31, 2013** | **Hollywood Boulevard Cinema LLC**<br>**1001 75TH S**<br>**Woodridge, IL 60517** |
| **February 28, 2013** | **Hollywood Boulevard Cinema LLC**<br>**1001 75TH ST STE 153**<br>**Woodridge, IL 60517** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Albert Chen**<br>**672 Suffolk Lane**<br>**Carmel, IN 46032** | **Member-5,000** | |
| **Assethold LLC**<br>**417 Shoemaker Drive**<br>**Carmel, IN 46032** | **Member-5,000** | |
| **Christian D. Rossebo**<br>**4555 Broadway Street**<br>**Indianapolis, IN 46205** | **Member-2,000** | |
| **Dan Laiken**<br>**29148 Cliffside Dr.**<br>**Malibu, CA 90265** | **Member-6,000** | |
| **David Knall**<br>**600 East 96th Street**<br>**Indianapolis, IN 46240** | **Member-7,200** | |
| **J. Glenn Campbell**<br>**616 Royal Lake Drive**<br>**Cape Girardeau, MO 63701** | **Member-500** | |
| **Joseph L. Quinn**<br>**6748 Dorchester Cort**<br>**Indianapolis, IN 46214** | **Member-6,000** | |
| **Joseph P. Huffine**<br>**9044 Bay Breeze Court**<br>**Indianapolis, IN 46236** | **Member-5,000** | |

Best Case Bankruptcy

B 7 (12/12)

9

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Leslie Dianda**<br>**1495 Charlevoix Way**<br>**Schererville, IN 46375** | **Member-2,000** | |
| **Paul Glantz**<br>**200 Kirts Blvd., Suite 100**<br>**Troy, MI 48084** | **Member-2,000** | |
| **Paul Skojdt**<br>**9910 Towne Road**<br>**Carmel, IN 46032** | **Member-3,000** | |
| **Richard E. Deer**<br>**1332 Queensway**<br>**Carmel, IN 46032** | **Member-7,000** | |
| **Ronald Elberger**<br>**431 Somerset Drive West**<br>**Indianapolis, IN 46260** | **Member-2,000** | |
| **Scott Molander**<br>**8450 North Park Avenue**<br>**Indianapolis, IN 46240** | **Member-500** | |
| **Sheri and Joshua Edwards**<br>**4588 East Dayhuff Road**<br>**Mooresville, IN 46158** | **Member-2,000** | |
| **Steve Zeiser**<br>**c/o Tri-State Theater Service**<br>**636 Northland**<br>**Cincinnati, OH 45240** | **Member-2,000** | |
| **Ted E.C. Bulthaup, III**<br>**6722 Patton Drive**<br>**Woodridge, IL 60517** | **Member-164,600** | |
| **White River Venture Partners**<br>**3603 East Raymond Street**<br>**Indianapolis, IN 46203-4762** | **Member-26,800** | |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B 7 (12/12)                                                                                                    10

### 23 . Withdrawals from a partnership or distributions by a corporation

None  
☐  
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See attached Exhibit 23** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None  
■  
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None  
■  
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 1, 2013**                          Signature   **/s/ Ted C. E. Bulthaup III**
                                                                    **Ted C. E. Bulthaup III**
                                                                    **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**EXHIBIT 3(b)**

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 01/03/2013 | 1332 | 13 Hands Publications | -1,128.93 |
| 12/18/2012 | 1263 | 20th Century Fox | -2,823.35 |
| 12/18/2012 | 1258 | 20th Century Fox | -1,093.68 |
| 12/27/2012 | 1321 | 20th Century Fox | -2,079.56 |
| 01/09/2013 | 1417 | 20th Century Fox | -1,171.15 |
| 01/15/2013 | 1447 | 20th Century Fox | -301.70 |
| 01/23/2013 | 1492 | 20th Century Fox | -5,782.74 |
| 01/29/2013 | 1527 | 20th Century Fox | -4,322.82 |
| 02/06/2013 | 1541 | 20th Century Fox | -2,114.56 |
| 02/13/2013 | 1571 | 20th Century Fox | -6,059.10 |
| 02/20/2013 | 1639 | 20th Century Fox | -4,319.51 |
| 02/27/2013 | 1695 | 20th Century Fox | -2,129.65 |
| 03/06/2013 | 1737 | 20th Century Fox | -2,489.66 |
| 12/26/2012 | 1303 | A Corporate Printing Service | -430.00 |
| 01/03/2013 | 1380 | A Corporate Printing Service | -630.00 |
| 01/16/2013 | 1463 | A Corporate Printing Service | -310.00 |
| 02/14/2013 | 1597 | A Corporate Printing Service | -110.00 |
| 02/15/2013 | 1612 | A Corporate Printing Service | -450.00 |
| 02/22/2013 | 1674 | A Corporate Printing Service | -565.50 |
| 01/17/2013 | 1499 | A Windy City Lock & Safe Service | -1,026.54 |
| 02/14/2013 | 1598 | A Windy City Lock & Safe Service | -215.94 |
| 02/22/2013 | 1666 | A Windy City Lock & Safe Service | -274.07 |
| 02/28/2013 | 1713 | A Windy City Lock & Safe Service | -325.00 |
| 01/03/2013 | 1385 | A+ Exhaust Hood Cleaning | -400.00 |
| 02/15/2013 | 1608 | A+ Exhaust Hood Cleaning | -400.00 |
| 02/28/2013 | 1712 | Absolute Fire Protection Inc. | -450.00 |
| 12/21/2012 | | ADP | -213.45 |
| 12/28/2012 | | ADP | -154.50 |
| 01/11/2013 | | ADP | -22.00 |
| 01/18/2013 | | ADP | -211.48 |
| 01/25/2013 | | ADP | -154.50 |
| 02/08/2013 | | ADP | -206.51 |
| 02/15/2013 | | ADP | -206.51 |
| 02/28/2013 | | ADP | -1,351.30 |
| 03/01/2013 | 521 | ADP | -360.02 |
| 01/07/2013 | 1406 | Advantage Leasing Corp | -1,843.99 |
| 01/15/2013 | 1497 | Advantage Leasing Corp | -2,104.32 |
| 02/26/2013 | 1686 | Advantage Leasing Corp | -2,364.65 |
| 01/10/2013 | 1430 | Airgas National Carbonation | -59.00 |
| 01/23/2013 | 1501 | Airgas National Carbonation | -89.03 |
| 02/11/2013 | 1557 | Airgas National Carbonation | -367.52 |
| 02/15/2013 | 1609 | Airgas National Carbonation | -135.54 |
| 02/18/2013 | 1632 | Airgas National Carbonation | -59.51 |
| 02/28/2013 | 1714 | Alarm Detection Systems, Inc. | -84.00 |

**Hollywood Blvd Cinema LLC**
**Creditor Payments**
Dec 8 2012 - Mar 8 2013

| | | | |
|---|---|---|---:|
| 01/10/2013 | 1431 | All City Environmental Services | -135.00 |
| 02/18/2013 | 1621 | All City Environmental Services | -135.00 |
| 02/18/2013 | 1630 | Allegra Printing | -200.00 |
| 02/21/2013 | 1651 | Allegra Printing | -286.25 |
| 02/25/2013 | 1678 | Allegra Printing | -360.00 |
| 02/27/2013 | 1694 | Allegra Printing | -225.00 |
| 01/02/2013 | | American Express | -15,222.04 |
| 01/25/2013 | | American Express | -28,698.08 |
| 02/11/2013 | 1555 | American Express | -1,640.16 |
| 12/31/2012 | 1349 | American Express Plum | -4,162.52 |
| 01/28/2013 | 1526 | American Express Plum | -505.60 |
| 01/21/2013 | 1482 | ASCAP | -79.00 |
| 01/03/2013 | 1354 | AT&T 630 427 9081 | -409.33 |
| 01/23/2013 | 1502 | AT&T 630 427 9081 | -408.43 |
| 02/18/2013 | 1622 | AT&T 630 427 9081 | -459.57 |
| 01/03/2013 | 1355 | AT&T Mobility #835280734 | -357.30 |
| 01/23/2013 | 1503 | AT&T Mobility #835280734 | -392.78 |
| 02/15/2013 | 1613 | AT&T Mobility #835280734 | -386.05 |
| 01/03/2013 | 1356 | B A C - Vison Insurance | -264.37 |
| 01/23/2013 | 1504 | B A C - Vison Insurance | -294.08 |
| 02/18/2013 | 1623 | B A C - Vison Insurance | -294.08 |
| 03/07/2013 | wire | Barnes & Thornberg | -20,000.00 |
| 03/08/2013 | wire | Barnes & Thornberg | -20,000.00 |
| 03/08/2013 | wire | Barnes & Thornberg | -10,000.00 |
| 12/20/2012 | 1300 | Bose, McKinney & Evans | -500.00 |
| 01/03/2013 | 1357 | Bose, McKinney & Evans | -500.00 |
| 01/14/2013 | 1435 | Bose, McKinney & Evans | -500.00 |
| 01/18/2013 | 1471 | Bose, McKinney & Evans | -500.00 |
| 12/28/2012 | 1334 | Bryan Cave LLP | -5,000.00 |
| 02/01/2013 | 1536 | Capital One Small Buisness Services | -174.46 |
| 02/28/2013 | 1715 | Capital One Small Buisness Services | -123.32 |
| 01/04/2013 | 1393 | CBeyond Communications | -1,403.93 |
| 02/11/2013 | 1556 | CBeyond Communications | -1,381.75 |
| 12/27/2012 | 1322 | CBS Films | -4,677.12 |
| 02/28/2013 | 1716 | Central Restaurant Products | -510.53 |
| 01/03/2013 | 1403 | Chicago Office Technology Group | -983.87 |
| 02/11/2013 | 1568 | Chicago Office Technology Group | -158.29 |
| 02/15/2013 | 1618 | Chicago Office Technology Group | -158.29 |
| 01/07/2013 | 1407 | Chicago Tribune | -423.00 |
| 01/03/2013 | 1386 | Chicago-Sun Times, Inc. | -318.00 |
| 12/20/2012 | 1270 | CIT Technology Fin Serv, Inc. | -1,292.87 |
| 01/14/2013 | 1436 | CIT Technology Fin Serv, Inc. | -1,214.34 |
| 02/15/2013 | phone | CIT Technology Fin Serv, Inc. | -1,292.87 |
| 01/10/2013 | 1434 | CoActiv Capital Partners, Inc. | -1,180.87 |
| 02/28/2013 | phone | CoActiv Capital Partners, Inc. | -1,184.76 |

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Check | Payee | Amount |
|---|---|---|---|
| 01/14/2013 | 1444 | Cobra Capital, LLC | -12,856.08 |
| 02/22/2013 | 1675 | Cobra Capital, LLC | -12,856.08 |
| 01/15/2013 | wire | Colson Services | -11,233.82 |
| 02/15/2013 | wire | Colson Services | -11,233.82 |
| 01/03/2013 | 1358 | Com Ed #0213104146 | -627.96 |
| 02/08/2013 | | Com Ed #0213104146 | -939.46 |
| 03/08/2013 | online | Com Ed #0213104146 | -1,027.39 |
| 12/20/2012 | 1272 | comed #9167398039 | -96.99 |
| 01/16/2013 | 1464 | comed #9167398039 | -98.74 |
| 02/15/2013 | 1610 | comed #9167398039 | -107.47 |
| 12/26/2012 | | ComEd #9251108085 | -1,100.50 |
| 02/08/2013 | | ComEd #9251108085 | -1,188.39 |
| 01/03/2013 | 1359 | Concession Services, Inc. | -1,541.12 |
| 01/23/2013 | 1505 | Concession Services, Inc. | -1,381.96 |
| 12/20/2012 | 1282 | Creditline Technical Support | -210.00 |
| 12/13/2012 | 7025 | Criterium Collins Architects | -750.00 |
| 01/16/2013 | 1498 | Deluxe / EchoStar LLC | -79.90 |
| 02/15/2013 | 1614 | Deluxe / EchoStar LLC | -39.95 |
| 02/18/2013 | 1619 | Deluxe / EchoStar LLC | -119.85 |
| 12/20/2012 | 1273 | Dish Network #8255707051034259 | -58.00 |
| 01/16/2013 | 1465 | Dish Network #8255707051034259 | -65.00 |
| 02/11/2013 | 1569 | Dish Network #8255707051034259 | -64.00 |
| 01/02/2013 | 1348 | DuPage Co Public Works - Expansion | -2,000.00 |
| 12/21/2012 | 1283 | Dupage County Public Works | -1,403.75 |
| 02/18/2013 | 1624 | Dupage County Public Works | -1,037.85 |
| 12/31/2012 | | EFTPS | -3,724.04 |
| 01/08/2013 | | EFTPS | -16,786.15 |
| 01/08/2013 | | EFTPS | -783.87 |
| 01/14/2013 | | EFTPS | -24,955.77 |
| 01/22/2013 | | EFTPS | -17,667.58 |
| 01/25/2013 | | EFTPS | -16,724.67 |
| 02/27/2013 | 1693 | Emedco | -555.49 |
| 12/28/2012 | 1337 | Equipment Service Professionals, Inc. | -1,437.96 |
| 01/03/2013 | 1360 | Equipment Service Professionals, Inc. | -5,616.21 |
| 01/16/2013 | 1466 | Equipment Service Professionals, Inc. | -2,368.91 |
| 02/22/2013 | 1664 | Equipment Service Professionals, Inc. | -2,399.39 |
| 02/26/2013 | 1688 | Equipment Service Professionals, Inc. | -3,431.85 |
| 03/05/2013 | 1736 | Equipment Service Professionals, Inc. | -183.50 |
| 03/06/2013 | 1773 | Equipment Service Professionals, Inc. | -501.05 |
| 12/12/2012 | 1211 | Euclid Beverage | -1,381.95 |
| 12/19/2012 | 1267 | Euclid Beverage | -1,425.35 |
| 01/04/2013 | 1388 | Euclid Beverage | -1,623.75 |
| 01/09/2013 | 1415 | Euclid Beverage | -3,076.40 |
| 01/16/2013 | 1452 | Euclid Beverage | -1,377.25 |
| 01/23/2013 | 1516 | Euclid Beverage | -1,087.85 |

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Check | Payee | Amount |
|---|---|---|---|
| 01/29/2013 | 1532 | Euclid Beverage | -1,034.40 |
| 02/05/2013 | 1539 | Euclid Beverage | -985.65 |
| 02/13/2013 | 1570 | Euclid Beverage | -1,574.00 |
| 02/22/2013 | 1677 | Euclid Beverage | -1,544.75 |
| 03/01/2013 | 1731 | Euclid Beverage | -957.80 |
| 03/06/2013 | 1774 | Euclid Beverage | -1,993.85 |
| 12/27/2012 | 1323 | Film District | -3,186.72 |
| 01/09/2013 | 1418 | Film District | -2,481.87 |
| 01/15/2013 | 1448 | Film District | -1,508.46 |
| 01/01/2013 | 1350 | First Midwest Bank | -13,138.56 |
| 01/03/2013 | 1331 | First Midwest Bank | -22,085.76 |
| 01/04/2013 | 1389 | First Midwest Bank | -13,623.32 |
| 12/28/2012 | 1384 | First Sound Bank | -1,636.96 |
| 01/16/2013 | 1484 | First Sound Bank | -1,800.66 |
| 02/13/2013 | 1572 | Focus Film | -1,354.08 |
| 01/04/2013 | 1390 | Formosa Cafe | -5,000.00 |
| 12/14/2012 | | GE Capital | -3,047.85 |
| 01/01/2013 | 1396 | GE Capital | -5,001.07 |
| 01/14/2013 | | GE Capital | -3,047.85 |
| 02/14/2013 | | GE Capital | -3,047.85 |
| 02/28/2013 | 1734 | GE Capital | -5,001.07 |
| 01/03/2013 | 1387 | George L. Tamvakis, LTD. | -250.00 |
| 12/17/2012 | 1247 | Great Hollywood Theaters Group | -5,000.00 |
| 12/18/2012 | 1249 | Great Hollywood Theaters Group | -5,000.00 |
| 12/19/2012 | 1266 | Great Hollywood Theaters Group | -5,000.00 |
| 12/20/2012 | 1280 | Great Hollywood Theaters Group | -5,000.00 |
| 12/28/2012 | 1333 | Great Hollywood Theaters Group | -7,500.00 |
| 01/02/2013 | 1344 | Great Hollywood Theaters Group | -5,000.00 |
| 01/05/2013 | 1405 | Great Hollywood Theaters Group | -7,500.00 |
| 01/12/2013 | 1443 | Great Hollywood Theaters Group | -7,500.00 |
| 01/16/2013 | 1457 | Great Hollywood Theaters Group | -5,000.00 |
| 01/24/2013 | 1524 | Great Hollywood Theaters Group | -7,500.00 |
| 02/05/2013 | 1553 | Great Hollywood Theaters Group | -7,500.00 |
| 02/13/2013 | 1577 | Great Hollywood Theaters Group | -3,000.00 |
| 02/14/2013 | 1600 | Great Hollywood Theaters Group | -7,500.00 |
| 02/17/2013 | 1625 | Great Hollywood Theaters Group | -7,500.00 |
| 02/21/2013 | 1659 | Great Hollywood Theaters Group | -7,500.00 |
| 02/21/2013 | 1676 | Great Hollywood Theaters Group | -1,600.00 |
| 02/27/2013 | 1710 | Great Hollywood Theaters Group | -9,000.00 |
| 03/01/2013 | 1729 | Great Hollywood Theaters Group | -8,500.00 |
| 03/02/2013 | 1730 | Great Hollywood Theaters Group | -500.00 |
| 12/20/2012 | 1274 | Groot Industries, Inc. 3462 | -1,176.40 |
| 02/08/2013 | 1550 | Groot Industries, Inc. 3462 | -1,176.40 |
| 01/03/2013 | 1361 | H & L Sewer Service | -190.00 |
| 01/23/2013 | 1506 | H & L Sewer Service | -190.00 |

## Hollywood Blvd Cinema LLC
### Creditor Payments
#### Dec 8 2012 - Mar 8 2013

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 02/18/2013 | 1633 | H & L Sewer Service | -220.00 |
| 01/14/2013 | 1437 | Hamco Windy City | -532.17 |
| 01/18/2013 | 1476 | Hamco Windy City | -346.57 |
| 01/23/2013 | 1507 | Hamco Windy City | -280.32 |
| 02/15/2013 | 1615 | Hamco Windy City | -199.29 |
| 03/05/2013 | 1779 | Harleysville Insurance | -8,715.30 |
| 01/03/2013 | 1391 | Home Depot Credit Services | -1,438.44 |
| 02/06/2013 | 1540 | Home Depot Credit Services | -750.00 |
| 01/09/2013 | 1427 | Hospitality Solutions Intl. | -565.53 |
| 01/18/2013 | 1472 | Hospitality Solutions Intl. | -539.95 |
| 01/23/2013 | 1508 | Hospitality Solutions Intl. | -500.00 |
| 12/26/2012 | 1304 | Humana | -12,606.60 |
| 01/25/2013 | 1523 | Humana | -12,606.60 |
| 02/25/2013 | 1683 | Humana | -12,606.60 |
| 12/21/2012 | | Huntington National Note #42 | -1.18 |
| 01/18/2013 | | IDOR | -3,729.22 |
| 01/22/2013 | | IDOR | -3,742.68 |
| 01/23/2013 | | IDOR | -5,265.24 |
| 01/25/2013 | | IDOR | -3,956.06 |
| 12/27/2012 | 1308 | IL Dept of Revenue | -3,817.50 |
| 01/04/2013 | 1383 | IL Dept of Revenue | -2,761.20 |
| 02/15/2013 | | IL Dept of Revenue | -31,387.00 |
| 01/24/2013 | 1520 | Illinois Unemployment | -4,170.16 |
| 01/07/2013 | 1408 | IMS | -136.00 |
| 02/18/2013 | 1620 | IMS | -594.00 |
| 02/21/2013 | 1657 | IMS | -49.50 |
| 01/07/2013 | 1409 | ITEX | -193.99 |
| 02/28/2013 | 1717 | ITEX | -9.30 |
| 12/16/2012 | 1245 | Karolyn Grimes | -3,365.00 |
| 12/16/2012 | 1246 | Karolyn Grimes | -2,665.00 |
| 01/23/2013 | 1509 | Kevin's Wholesale | -497.27 |
| 01/22/2013 | 1488 | Kimco Realty | -40,096.21 |
| 02/21/2013 | 1671 | Kimco Realty | -19,253.17 |
| 02/28/2013 | 1672 | Kimco Realty | -19,253.17 |
| 12/19/2012 | 1395 | LCA Bank Corporation | -682.69 |
| 01/19/2013 | 1500 | LCA Bank Corporation | -785.09 |
| 02/26/2013 | 1687 | Liberty Bell Telephone Co. | -160.00 |
| 12/20/2012 | 1275 | Lifestyle Beverages | -1,148.00 |
| 12/28/2012 | 1338 | Lifestyle Beverages | -1,845.00 |
| 01/03/2013 | 1362 | Lifestyle Beverages | -1,537.00 |
| 01/16/2013 | 1467 | Lifestyle Beverages | -740.00 |
| 01/23/2013 | 1510 | Lifestyle Beverages | -361.00 |
| 02/15/2013 | 1616 | Lifestyle Beverages | -512.00 |
| 02/21/2013 | 1656 | Lifestyle Beverages | -1,628.00 |
| 02/28/2013 | 1722 | Lifestyle Beverages | -387.00 |

## Hollywood Blvd Cinema LLC
### Creditor Payments
#### Dec 8 2012 - Mar 8 2013

| Date | Num | Payee | Amount |
|---|---|---|---|
| 12/18/2012 | 1261 | Lion's Gate Films | -9,660.00 |
| 12/21/2012 | wire | Lion's Gate Films | -28,883.20 |
| 12/27/2012 | 1324 | Lion's Gate Films | -3,970.80 |
| 12/28/2012 | 1328 | Lion's Gate Films | -1,693.20 |
| 02/06/2013 | 1542 | Lion's Gate Films | -433.82 |
| 02/13/2013 | 1573 | Lion's Gate Films | -3,777.41 |
| 02/20/2013 | 1640 | Lion's Gate Films | -2,193.57 |
| 02/27/2013 | 1696 | Lion's Gate Films | -477.09 |
| 03/06/2013 | 1738 | Lion's Gate Films | -2,948.93 |
| 12/10/2012 | | M2 Lease Funds LLC | -5,109.00 |
| 01/10/2013 | | M2 Lease Funds LLC | -5,109.00 |
| 02/21/2013 | 1662 | M2 Lease Funds LLC | -5,109.00 |
| 01/03/2013 | 1402 | Maestranzi's Knife Service | -72.00 |
| 02/14/2013 | 1602 | Maestranzi's Knife Service | -72.00 |
| 12/20/2012 | 1278 | Mass Mutual | -8,800.00 |
| 01/14/2013 | 1438 | Mass Mutual | -1,149.52 |
| 12/18/2012 | 1256 | MC Squared Energy | -4,558.66 |
| 01/15/2013 | 1462 | MC Squared Energy | -5,421.83 |
| 02/11/2013 | 1559 | MC Squared Energy | -4,927.53 |
| 02/27/2013 | | MCIM Insurance | -13,683.00 |
| 12/20/2012 | 1271 | Menard's 6004-3005-0006-8504 | -102.00 |
| 01/16/2013 | 1456 | Menard's 6004-3005-0006-8504 | -500.00 |
| 01/24/2013 | 1521 | Menard's 6004-3005-0006-8504 | -500.00 |
| 02/20/2013 | 1636 | Menard's 6004-3005-0006-8504 | -500.00 |
| 02/11/2013 | 1567 | NiCor #05-38-18-9629 8 | -2,500.00 |
| 02/25/2013 | 1680 | NiCor #05-38-18-9629 8 | -2,500.00 |
| 01/03/2013 | 1363 | Nicor #05-53-48-2827 1 | -38.82 |
| 02/11/2013 | 1558 | Nicor #05-53-48-2827 1 | -49.82 |
| 12/20/2012 | 1301 | NiCor #53-86-20-6514 2 | -398.52 |
| 02/28/2013 | 1718 | North American Co for Life & Health Ins | -2,042.03 |
| 02/25/2013 | 1681 | Office furnishings | -820.00 |
| 12/18/2012 | 1259 | Open Road | -204.30 |
| 02/13/2013 | 1574 | Open Road | -4,197.60 |
| 02/20/2013 | 1642 | Open Road | -3,224.16 |
| 02/27/2013 | 1697 | Open Road | -1,517.76 |
| 03/06/2013 | 1738 | Open Road | -462.24 |
| 01/03/2013 | 1392 | Orkin | -267.21 |
| 02/14/2013 | 1606 | Orkin | -267.21 |
| 02/18/2013 | 1654 | Orkin | -267.21 |
| 02/25/2013 | 1679 | Orkin | -267.21 |
| 12/18/2012 | 1260 | Paramount Pictures | -4,353.09 |
| 12/27/2012 | 1325 | Paramount Pictures | -5,086.11 |
| 12/28/2012 | 1329 | Paramount Pictures | -7,841.76 |
| 01/09/2013 | 1419 | Paramount Pictures | -5,174.32 |
| 01/15/2013 | 1449 | Paramount Pictures | -7,507.36 |

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Check | Payee | Amount |
|------|-------|-------|--------|
| 01/23/2013 | 1493 | Paramount Pictures | -11,226.25 |
| 01/29/2013 | 1528 | Paramount Pictures | -5,474.86 |
| 02/06/2013 | 1543 | Paramount Pictures | -2,353.56 |
| 02/20/2013 | 1641 | Paramount Pictures | -3,551.97 |
| 02/27/2013 | 1698 | Paramount Pictures | -2,289.28 |
| 12/12/2012 | 1212 | Pepsi | -1,581.48 |
| 12/18/2012 | 1248 | Pepsi | -180.75 |
| 12/20/2012 | 1269 | Pepsi | -1,719.49 |
| 12/27/2012 | 1311 | Pepsi | -1,931.60 |
| 01/03/2013 | 1352 | Pepsi | -2,135.53 |
| 01/10/2013 | 1426 | Pepsi | -3,788.47 |
| 01/17/2013 | 1459 | Pepsi | -1,053.85 |
| 01/24/2013 | 1519 | Pepsi | -2,643.55 |
| 01/30/2013 | 1534 | Pepsi | -969.14 |
| 02/07/2013 | 1548 | Pepsi | -664.03 |
| 02/14/2013 | 1595 | Pepsi | -1,250.22 |
| 02/20/2013 | 1649 | Pepsi | -3,143.26 |
| 02/28/2013 | 1721 | Pepsi | -1,464.16 |
| 03/07/2013 | 1780 | Pepsi | -2,130.46 |
| 01/03/2013 | 1364 | Pitney Bowes Global Financial Services | -119.00 |
| 02/28/2013 | 1720 | Pitney Bowes Global Financial Services | -87.00 |
| 12/20/2012 | 1276 | Pitney Bowes Postage by Phone | -246.24 |
| 01/10/2013 | 1432 | Pitney Bowes Postage by Phone | -7.71 |
| 02/22/2013 | 1669 | Pitney Bowes Postage by Phone | -450.00 |
| 02/28/2013 | 1724 | Pitney Bowes Postage by Phone | -51.96 |
| 12/18/2012 | 1255 | Pulley Child Support | -93.97 |
| 01/07/2013 | 1421 | Pulley Child Support | -78.31 |
| 01/09/2013 | 1428 | Pulley Child Support | -78.31 |
| 01/21/2013 | 1486 | Pulley Child Support | -78.31 |
| 02/08/2013 | 1551 | Pulley Child Support | -78.31 |
| 02/18/2013 | 1627 | Pulley Child Support | -78.31 |
| 03/05/2013 | 1775 | Pulley Child Support | -93.97 |
| 03/01/2013 | 1728 | real D | -452.50 |
| 02/27/2013 | 1699 | Relativity | -1,116.25 |
| 03/06/2013 | 1741 | Relativity | -798.53 |
| 02/22/2013 | 1646 | Rite Way Glass & Mirror Co. | -109.07 |
| 12/13/2012 | 7026 | Schamberger Bros, Inc | -245.60 |
| 01/03/2013 | 1374 | Schamberger Bros, Inc | -171.00 |
| 01/10/2013 | 1433 | Schamberger Bros, Inc | -376.25 |
| 01/16/2013 | 1460 | Schamberger Bros, Inc | -227.00 |
| 01/24/2013 | 1518 | Schamberger Bros, Inc | -171.00 |
| 02/07/2013 | 1549 | Schamberger Bros, Inc | -143.00 |
| 02/14/2013 | 1596 | Schamberger Bros, Inc | -202.50 |
| 02/14/2013 | 1660 | Schamberger Bros, Inc | -208.30 |
| 03/07/2013 | 1782 | Schamberger Bros, Inc | -283.00 |

# Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Ref | Payee | Amount |
|---|---|---|---|
| 01/03/2013 | 1365 | Sherman Mechanical Inc | -254.00 |
| 01/07/2013 | 1422 | Smith Garnishment | -160.05 |
| 01/21/2013 | 1487 | Smith Garnishment | -162.88 |
| 02/18/2013 | 1628 | Smith Garnishment | -85.23 |
| 02/21/2013 | 1650 | Smith Garnishment | -70.37 |
| 03/01/2013 | 1727 | Smith Garnishment | -68.17 |
| 03/05/2013 | 1777 | Smith Garnishment | -86.03 |
| 12/17/2012 | wire | Sony | -8,651.60 |
| 12/19/2012 | wire | Sony | -5,330.00 |
| 12/28/2012 | wire | Sony | -964.00 |
| 01/03/2013 | wire | Sony | -700.70 |
| 01/07/2013 | wire | Sony | -5,000.00 |
| 01/29/2013 | wire | Sony | -525.40 |
| 02/12/2013 | wire | Sony | -711.20 |
| 02/15/2013 | wire | Sony | -503.65 |
| 02/21/2013 | wire | Sony | -7,551.95 |
| 03/04/2013 | wire | Sony | -382.55 |
| 12/17/2012 | cashier chc | Southern Wine & Spirits | -1,705.35 |
| 12/18/2012 | 1250 | Southern Wine & Spirits | -1,705.35 |
| 12/28/2012 | 1312 | Southern Wine & Spirits | -1,419.42 |
| 01/14/2013 | 1439 | Southern Wine & Spirits | -514.55 |
| 01/31/2013 | 1537 | Southern Wine & Spirits | -521.40 |
| 02/11/2013 | 1563 | Southern Wine & Spirits | -1,351.30 |
| 02/18/2013 | 1635 | Southern Wine & Spirits | -1,037.35 |
| 03/07/2013 | 1787 | Southern Wine & Spirits | -2,935.80 |
| 03/08/2013 | 1788 | Southern Wine & Spirits | -1,451.70 |
| 02/21/2013 | 1658 | Stealth Security | -191.70 |
| 01/05/2013 | | Sterling National Bank | -5,029.16 |
| 02/05/2013 | phone | Sterling National Bank | -5,029.16 |
| 12/18/2012 | 1251 | Stoller Wholesale | -542.28 |
| 01/23/2013 | 1511 | Stoller Wholesale | -352.50 |
| 12/13/2012 | 1213 | Superior Beverage Co | -381.20 |
| 12/18/2012 | 1257 | Superior Beverage Co | -467.50 |
| 01/02/2013 | 1345 | Superior Beverage Co | -567.30 |
| 01/11/2013 | 1440 | Superior Beverage Co | -712.50 |
| 01/15/2013 | 1445 | Superior Beverage Co | -416.95 |
| 01/22/2013 | 1489 | Superior Beverage Co | -205.75 |
| 02/01/2013 | 1535 | Superior Beverage Co | -177.25 |
| 02/05/2013 | 1538 | Superior Beverage Co | -390.55 |
| 02/12/2013 | 1560 | Superior Beverage Co | -370.00 |
| 02/19/2013 | 1634 | Superior Beverage Co | -359.00 |
| 02/26/2013 | 1684 | Superior Beverage Co | -330.70 |
| 03/05/2013 | 1735 | Superior Beverage Co | -242.10 |
| 12/10/2012 | 1225 | Sysco Food Srvc | -6,071.12 |
| 12/11/2012 | 1226 | Sysco Food Srvc | -5,918.05 |

# Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| | | | |
|---|---|---|---|
| 12/12/2012 | 1227 | Sysco Food Srvc | -5,700.38 |
| 12/21/2012 | 1264 | Sysco Food Srvc | -5,589.88 |
| 12/24/2012 | 1265 | Sysco Food Srvc | -8,543.50 |
| 12/28/2012 | 1313 | Sysco Food Srvc | -10,000.00 |
| 12/31/2012 | 1314 | Sysco Food Srvc | -9,477.01 |
| 01/01/2013 | 1315 | Sysco Food Srvc | -10,480.14 |
| 01/04/2013 | 1375 | Sysco Food Srvc | -5,337.24 |
| 01/07/2013 | 1376 | Sysco Food Srvc | -8,000.00 |
| 01/10/2013 | 1377 | Sysco Food Srvc | -8,013.81 |
| 01/11/2013 | 1378 | Sysco Food Srvc | -9,592.11 |
| 01/11/2013 | 1411 | Sysco Food Srvc | -8,500.00 |
| 01/14/2013 | 1412 | Sysco Food Srvc | -8,482.30 |
| 01/16/2013 | 1413 | Sysco Food Srvc | -8,500.00 |
| 01/17/2013 | 1414 | Sysco Food Srvc | -8,665.70 |
| 01/21/2013 | 1453 | Sysco Food Srvc | -7,400.00 |
| 01/22/2013 | 1454 | Sysco Food Srvc | -7,394.31 |
| 01/24/2013 | 1455 | Sysco Food Srvc | -9,318.63 |
| 01/25/2013 | 1513 | Sysco Food Srvc | -10,213.40 |
| 01/29/2013 | 1514 | Sysco Food Srvc | -9,000.00 |
| 01/30/2013 | 1515 | Sysco Food Srvc | -10,786.23 |
| 02/08/2013 | 1546 | Sysco Food Srvc | -16,259.71 |
| 02/08/2013 | 1547 | Sysco Food Srvc | -14,472.18 |
| 02/18/2013 | 1566 | Sysco Food Srvc | -7,307.75 |
| 02/18/2013 | 1565 | Sysco Food Srvc | -6,611.81 |
| 02/22/2013 | 1638 | Sysco Food Srvc | -14,850.75 |
| 03/01/2013 | 1689 | Sysco Food Srvc | -12,665.75 |
| 03/01/2013 | 1691 | Sysco Food Srvc | -11,310.79 |
| 03/01/2013 | 1690 | Sysco Food Srvc | -9,220.23 |
| 03/08/2013 | 1770 | Sysco Food Srvc | -16,906.15 |
| 03/08/2013 | 1771 | Sysco Food Srvc | -16,025.54 |
| 03/08/2013 | 1772 | Sysco Food Srvc | -9,683.22 |
| 12/18/2012 | 1252 | Technicolor | -395.11 |
| 12/20/2012 | 1277 | Technicolor | -225.00 |
| 12/26/2012 | 1319 | Technicolor | -272.56 |
| 12/27/2012 | 1330 | Technicolor | -161.77 |
| 01/03/2013 | 1366 | Technicolor | -255.77 |
| 02/15/2013 | 1617 | Technicolor | -232.20 |
| 02/21/2013 | 1653 | Technicolor | -348.06 |
| 02/26/2013 | 1685 | Technicolor | -290.22 |
| 02/28/2013 | 1725 | Technicolor | -250.26 |
| 12/10/2012 | 1242 | Ted Bulthaup | -1,750.00 |
| 01/07/2013 | 1410 | Ted Bulthaup | -3,750.00 |
| 01/14/2013 | 1446 | Ted Bulthaup | -3,750.00 |
| 01/21/2013 | 1490 | Ted Bulthaup | -3,750.00 |
| 01/28/2013 | 1525 | Ted Bulthaup | -1,500.00 |

## Hollywood Blvd Cinema LLC
### Creditor Payments
Dec 8 2012 - Mar 8 2013

| Date | Check | Payee | Amount |
|---|---|---|---|
| 02/11/2013 | 1554 | Ted Bulthaup | -2,000.00 |
| 02/18/2013 | 1626 | Ted Bulthaup | -3,500.00 |
| 02/25/2013 | 1682 | Ted Bulthaup | -3,000.00 |
| 12/21/2012 | 1281 | Top Shelf Cleaning | -3,407.00 |
| 01/04/2013 | 1379 | Top Shelf Cleaning | -2,700.00 |
| 01/18/2013 | 1461 | Top Shelf Cleaning | -3,200.00 |
| 02/11/2013 | 1552 | Top Shelf Cleaning | -2,700.00 |
| 02/20/2013 | 1637 | Top Shelf Cleaning | -3,612.50 |
| 03/08/2013 | 1789 | Top Shelf Cleaning | -2,700.00 |
| 12/28/2012 | 1316 | Tressler LLP | -8,333.33 |
| 12/31/2012 | 1346 | Tressler LLP | -8,333.34 |
| 12/31/2012 | 1347 | Tressler LLP | -8,333.33 |
| 01/24/2013 | 1522 | Tri-State Agency | -1,375.00 |
| 12/14/2012 | 1214 | Turano Baking Co | -1,041.05 |
| 12/20/2012 | 1268 | Turano Baking Co | -1,000.74 |
| 12/27/2012 | 1307 | Turano Baking Co | -1,183.26 |
| 01/03/2013 | 1351 | Turano Baking Co | -1,165.43 |
| 01/10/2013 | 1425 | Turano Baking Co | -1,031.56 |
| 01/17/2013 | 1458 | Turano Baking Co | -1,021.76 |
| 01/21/2013 | 1517 | Turano Baking Co | -1,069.30 |
| 01/31/2013 | 1533 | Turano Baking Co | -1,020.14 |
| 02/14/2013 | 1592 | Turano Baking Co | -822.16 |
| 02/21/2013 | 1648 | Turano Baking Co | -958.82 |
| 02/28/2013 | 1711 | Turano Baking Co | -967.15 |
| 03/08/2013 | 1786 | Turano Baking Co | -1,020.09 |
| 01/07/2013 | 1423 | U.S. Dept of Education | -121.77 |
| 01/21/2013 | 1485 | U.S. Dept of Education | -138.19 |
| 02/18/2013 | 1629 | U.S. Dept of Education | -71.00 |
| 03/01/2013 | 1726 | U.S. Dept of Education | -55.25 |
| 03/05/2013 | 1776 | U.S. Dept of Education | -57.06 |
| 12/18/2012 | 1253 | Universal | -1,372.00 |
| 01/23/2013 | 1494 | Universal | -4,555.88 |
| 01/29/2013 | 1529 | Universal | -10,625.94 |
| 02/06/2013 | 1544 | Universal | -4,863.25 |
| 02/13/2013 | 1575 | Universal | -3,282.00 |
| 02/20/2013 | 1644 | Universal | -7,208.12 |
| 02/27/2013 | 1700 | Universal | -3,270.12 |
| 03/06/2013 | 1742 | Universal | -1,229.81 |
| 12/18/2012 | 1299 | UPS | -98.75 |
| 12/26/2012 | 1336 | UPS | -145.77 |
| 01/03/2013 | 1367 | UPS | -132.22 |
| 01/16/2013 | 1475 | UPS | -155.32 |
| 02/13/2013 | 1594 | UPS | -244.88 |
| 02/15/2013 | 1611 | UPS | -150.66 |
| 02/22/2013 | 1673 | UPS | -214.15 |

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| Date | Ref | Payee | Amount |
|---|---|---|---|
| 02/27/2013 | 1692 | UPS | -246.37 |
| 02/28/2013 | 1719 | UPS | -50.97 |
| 12/08/2012 | 1207 | US Bank - 4798-1768-6200-1050 | -1,000.00 |
| 01/18/2013 | 1474 | US Bank - 4798-1768-6200-1050 | -1,000.00 |
| 02/15/2013 | 1607 | US Bank - 4798-1768-6200-1050 | -1,000.00 |
| 02/21/2013 | 1661 | US Bank - 4798-1768-6200-1050 | -475.00 |
| 01/03/2013 | 1381 | Village of Woodridge | -2,205.78 |
| 01/04/2013 | 1382 | Village of Woodridge | -220.58 |
| 02/18/2013 | 1655 | Village of Woodridge | -3,056.59 |
| 12/18/2012 | 1262 | Walt Disney Studios Motion Pictures | -6,600.00 |
| 12/26/2012 | 1320 | Walt Disney Studios Motion Pictures | -5,700.00 |
| 12/27/2012 | 1327 | Walt Disney Studios Motion Pictures | -2,900.00 |
| 01/09/2013 | 1416 | Walt Disney Studios Motion Pictures | -3,529.15 |
| 01/15/2013 | 1451 | Walt Disney Studios Motion Pictures | -2,100.00 |
| 01/29/2013 | 1530 | Walt Disney Studios Motion Pictures | -1,150.56 |
| 02/11/2013 | wire | Walt Disney Studios Motion Pictures | -3,266.37 |
| 02/27/2013 | 1701 | Walt Disney Studios Motion Pictures | -490.30 |
| 12/18/2012 | wire | Warner Bros Distributing | -6,513.03 |
| 12/28/2012 | wire | Warner Bros Distributing | -9,756.60 |
| 01/07/2013 | wire | Warner Bros Distributing | -7,296.60 |
| 01/11/2013 | wire | Warner Bros Distributing | -5,824.20 |
| 01/18/2013 | wire | Warner Bros Distributing | -2,061.00 |
| 01/29/2013 | wire | Warner Bros Distributing | -1,479.60 |
| 02/12/2013 | wire | Warner Bros Distributing | -1,463.27 |
| 02/15/2013 | wire | Warner Bros Distributing | -4,744.98 |
| 02/21/2013 | wire | Warner Bros Distributing | -3,257.76 |
| 02/27/2013 | wire | Warner Bros Distributing | -5,714.09 |
| 03/06/2013 | wire | Warner Bros Distributing | -2,704.80 |
| 12/27/2012 | 1326 | Weinstein | -735.00 |
| 01/09/2013 | 1420 | Weinstein | -1,471.08 |
| 01/15/2013 | 1450 | Weinstein | -1,335.38 |
| 01/23/2013 | 1496 | Weinstein | -68.18 |
| 01/29/2013 | 1531 | Weinstein | -12,359.52 |
| 02/06/2013 | 1545 | Weinstein | -8,953.74 |
| 02/13/2013 | 1576 | Weinstein | -4,384.26 |
| 02/20/2013 | 1645 | Weinstein | -2,645.46 |
| 02/27/2013 | 1702 | Weinstein | -1,384.56 |
| 12/28/2012 | 1342 | Weldon, Williams & Lick, Inc. | -521.40 |
| 01/23/2013 | 1512 | Weldon, Williams & Lick, Inc. | -1,042.80 |
| 02/22/2013 | 1670 | Weldon, Williams & Lick, Inc. | -522.54 |
| 12/28/2012 | 7028 | Western Equipment Finance | -1,064.97 |
| 01/13/2013 | 1470 | Western Equipment Finance | -1,224.72 |
| 01/11/2013 | 1442 | WGN-TV | -2,000.00 |
| 12/21/2012 | cashier | Willow-Ridge Glass, Inc | -2,525.00 |
| 01/11/2013 | cashier ck | Willow-Ridge Glass, Inc | -2,980.00 |

## Hollywood Blvd Cinema LLC
## Creditor Payments
### Dec 8 2012 - Mar 8 2013

| 12/18/2012 | 1254 | Wirtz Beverage Illinois | -2,178.06 |
| 12/24/2012 | 1309 | Wirtz Beverage Illinois | -12,431.85 |
| 12/28/2012 | 1343 | Wirtz Beverage Illinois | -2,431.49 |
| 01/04/2013 | 1394 | Wirtz Beverage Illinois | -4,064.33 |
| 01/10/2013 | 1429 | Wirtz Beverage Illinois | -3,943.53 |
| 01/21/2013 | 1483 | Wirtz Beverage Illinois | -850.05 |
| 01/22/2013 | 1491 | Wirtz Beverage Illinois | -2,458.60 |
| 02/11/2013 | 1564 | Wirtz Beverage Illinois | -1,931.08 |
| 02/13/2013 | 1593 | Wirtz Beverage Illinois | -1,304.04 |
| 02/21/2013 | 1652 | Wirtz Beverage Illinois | -553.28 |
| 02/22/2013 | 1665 | Wirtz Beverage Illinois | -874.95 |
| 03/04/2013 | 1732 | Wirtz Beverage Illinois | -3,564.63 |
| 03/06/2013 | 1778 | Wirtz Beverage Illinois | -5,908.45 |

**EXHIBIT 3(c)**

## Hollywood Blvd Cinema LLC
# Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|---|---|---|---|
| **Dividend Advanced to Officer** | | | |
| 03/10/2012 | | American Express Plum | 139.51 |
| 03/12/2012 | 5473 | Ted Bulthaup | 3,750.00 |
| 03/14/2012 | TB | American Express | 374.00 |
| 03/19/2012 | 5512 | Ted Bulthaup | 3,750.00 |
| 03/26/2012 | 5562 | Ted Bulthaup | 3,750.00 |
| 03/31/2012 | | American Express Plum | 586.74 |
| 03/31/2012 | TB | American Express | 2,733.46 |
| 03/31/2012 | AB | American Express | 505.36 |
| 04/02/2012 | 5626 | Ted Bulthaup | 3,750.00 |
| 04/09/2012 | 5668 | Ted Bulthaup | 5,000.00 |
| 04/10/2012 | | Capital One Small Buisness Services | 145.22 |
| 04/11/2012 | | American Express Plum | 49.95 |
| 04/13/2012 | 5709 | Ted Bulthaup | 5,000.00 |
| 04/20/2012 | 5710 | Ted Bulthaup | 5,000.00 |
| 04/27/2012 | 5711 | Ted Bulthaup | 5,000.00 |
| 04/30/2012 | TB | American Express | 18.41 |
| 05/01/2012 | 5848 | Ted Bulthaup | 3,700.00 |
| 05/01/2012 | | American Express Plum | 49.95 |
| 05/08/2012 | 5896 | Ted Bulthaup | 3,750.00 |
| 05/14/2012 | TB | American Express | 71.91 |
| 05/15/2012 | 5974 | Ted Bulthaup | 3,750.00 |
| 05/15/2012 | | U.S. Bank | 1,208.60 |
| 05/21/2012 | 5975 | Ted Bulthaup | 3,750.00 |
| 05/29/2012 | 5999 | Ted Bulthaup | 3,750.00 |
| 05/31/2012 | | William H. Wegmann | 625.00 |
| 05/31/2012 | | American Express Plum | 62.23 |
| 05/31/2012 | TB | American Express | 4,400.51 |
| 06/04/2012 | 6078 | Ted Bulthaup | 3,750.00 |
| 06/10/2012 | | American Express Plum | 107.28 |
| 06/11/2012 | 6106 | Ted Bulthaup | 3,750.00 |
| 06/11/2012 | 6107 | Ted Bulthaup | 5,000.00 |
| 06/14/2012 | | U.S. Bank | 262.16 |
| 06/14/2012 | TB | American Express | 128.69 |
| 06/25/2012 | 6203 | Ted Bulthaup | 2,500.00 |
| 06/27/2012 | TED | Ted Bulthaup | 30,044.42 |
| 06/29/2012 | 4911 | Ted Bulthaup | -654.76 |
| 06/30/2012 | | American Express Plum | 1,545.90 |
| 07/01/2012 | 6237 | Ted Bulthaup | 3,750.00 |
| 07/09/2012 | 6291 | Ted Bulthaup | 3,750.00 |
| 07/10/2012 | | American Express Plum | 49.95 |
| 07/12/2012 | | Robert Killian | 326.86 |
| 07/14/2012 | TB | American Express | 3,053.68 |
| 07/16/2012 | 6343 | Ted Bulthaup | 5,000.00 |
| 07/20/2012 | 6344 | Ted Bulthaup | 5,000.00 |

## Hollywood Blvd Cinema LLC
## Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 07/30/2012 | 6455 | Ted Bulthaup | 1,250.00 |
| 07/31/2012 | interco | Ted Bulthaup | 4,000.00 |
| 07/31/2012 | | American Express Plum | 118.20 |
| 07/31/2012 | CB | American Express | 627.83 |
| 07/31/2012 | TB | American Express | 2,138.44 |
| 08/06/2012 | 6509 | Ted Bulthaup | 3,750.00 |
| 08/10/2012 | | American Express Plum | 128.37 |
| 08/13/2012 | 6537 | Ted Bulthaup | 3,750.00 |
| 08/13/2012 | 6537 | Ted Bulthaup | -750.00 |
| 08/13/2012 | CB | American Express | 170.00 |
| 08/13/2012 | TB | American Express | 1,639.21 |
| 08/27/2012 | 6583 | Ted Bulthaup | 3,750.00 |
| 08/27/2012 | 6583 | Ted Bulthaup | -1,750.00 |
| 08/31/2012 | interco | Ted Bulthaup | 3,750.00 |
| 08/31/2012 | | American Express Plum | 53.58 |
| 08/31/2012 | TB | American Express | 39.95 |
| 09/01/2012 | 6625 | Ted Bulthaup | 3,750.00 |
| 09/01/2012 | 6625 | Ted Bulthaup | -750.00 |
| 09/10/2012 | | American Express Plum | 49.95 |
| 09/13/2012 | TB | American Express | 39.95 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 2,500.00 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 101.68 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 359.00 |
| 09/17/2012 | 6675 | Ted Bulthaup | 1,000.00 |
| 09/27/2012 | 6740 | Ted Bulthaup | 5,000.00 |
| 09/30/2012 | | American Express Plum | 1,000.00 |
| 10/01/2012 | 6751 | Ted Bulthaup | 1,000.00 |
| 10/07/2012 | 6820 | Ted Bulthaup | 5,000.00 |
| 10/10/2012 | | American Express Plum | 89.90 |
| 10/15/2012 | 6828 | Ted Bulthaup | 1,000.00 |
| 10/22/2012 | 6888 | Ted Bulthaup | 3,750.00 |
| 10/29/2012 | 6937 | Ted Bulthaup | 3,750.00 |
| 10/31/2012 | PER CHERI | Cheryl Bulthaup | -3,631.28 |
| 11/05/2012 | 6985 | Ted Bulthaup | 3,750.00 |
| 11/08/2012 | | American Express Plum | 89.90 |
| 11/12/2012 | 6940 | Ted Bulthaup | 3,750.00 |
| 11/19/2012 | 1089 | Ted Bulthaup | 3,750.00 |
| 11/26/2012 | 1165 | Ted Bulthaup | 3,750.00 |
| 11/30/2012 | | American Express Plum | 582.79 |
| 11/30/2012 | CB | American Express | 10,679.08 |
| 12/03/2012 | 1221 | Ted Bulthaup | 3,750.00 |
| 12/06/2012 | 7015 | Ted Bulthaup | 1,000.00 |
| 12/06/2012 | | American Express Plum | 89.90 |
| 12/07/2012 | 1241 | Ted Bulthaup | 1,000.00 |
| 12/10/2012 | 1242 | Ted Bulthaup | 1,750.00 |

## Hollywood Blvd Cinema LLC
## Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|---|---|---|---|
| 12/12/2012 | | Ted Bulthaup | -20.00 |
| 12/13/2012 | CB | American Express | 45.60 |
| 12/18/2012 | 1175 | Ted Bulthaup | 500.00 |
| 12/18/2012 | 1176 | Ted Bulthaup | 500.00 |
| 12/21/2012 | CASH | Ted Bulthaup | 6,000.00 |
| 12/31/2012 | | American Express Plum | 103.30 |
| 01/07/2013 | 1410 | Ted Bulthaup | 3,750.00 |
| 01/10/2013 | | American Express Plum | 89.90 |
| 01/14/2013 | 1446 | Ted Bulthaup | 3,750.00 |
| 01/16/2013 | | Home Depot Credit Services | 318.85 |
| 01/21/2013 | 1490 | Ted Bulthaup | 3,750.00 |
| 01/28/2013 | 1525 | Ted Bulthaup | 1,500.00 |
| 02/08/2013 | | American Express Plum | 89.90 |
| 02/11/2013 | 1554 | Ted Bulthaup | 2,000.00 |
| 02/18/2013 | 1626 | Ted Bulthaup | 3,500.00 |
| 02/25/2013 | 1682 | Ted Bulthaup | 3,000.00 |
| 03/05/2013 | 1526 | Genievie Pingul | -300.00 |

**Total Dividend Advanced to Officer**　　　　　　**241,229.03**

**EXHIBIT 23**

## Hollywood Blvd Cinema LLC
## Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|------|-----|------|-------:|
| **Dividend Advanced to Officer** | | | |
| 03/10/2012 | | American Express Plum | 139.51 |
| 03/12/2012 | 5473 | Ted Bulthaup | 3,750.00 |
| 03/14/2012 | TB | American Express | 374.00 |
| 03/19/2012 | 5512 | Ted Bulthaup | 3,750.00 |
| 03/26/2012 | 5562 | Ted Bulthaup | 3,750.00 |
| 03/31/2012 | | American Express Plum | 586.74 |
| 03/31/2012 | TB | American Express | 2,733.46 |
| 03/31/2012 | AB | American Express | 505.36 |
| 04/02/2012 | 5626 | Ted Bulthaup | 3,750.00 |
| 04/09/2012 | 5668 | Ted Bulthaup | 5,000.00 |
| 04/10/2012 | | Capital One Small Buisness Services | 145.22 |
| 04/11/2012 | | American Express Plum | 49.95 |
| 04/13/2012 | 5709 | Ted Bulthaup | 5,000.00 |
| 04/20/2012 | 5710 | Ted Bulthaup | 5,000.00 |
| 04/27/2012 | 5711 | Ted Bulthaup | 5,000.00 |
| 04/30/2012 | TB | American Express | 18.41 |
| 05/01/2012 | 5848 | Ted Bulthaup | 3,700.00 |
| 05/01/2012 | | American Express Plum | 49.95 |
| 05/08/2012 | 5896 | Ted Bulthaup | 3,750.00 |
| 05/14/2012 | TB | American Express | 71.91 |
| 05/15/2012 | 5974 | Ted Bulthaup | 3,750.00 |
| 05/15/2012 | | U.S. Bank | 1,208.60 |
| 05/21/2012 | 5975 | Ted Bulthaup | 3,750.00 |
| 05/28/2012 | 5999 | Ted Bulthaup | 3,750.00 |
| 05/31/2012 | | William H. Wegmann | 625.00 |
| 05/31/2012 | | American Express Plum | 62.23 |
| 05/31/2012 | TB | American Express | 4,400.51 |
| 06/04/2012 | 6078 | Ted Bulthaup | 3,750.00 |
| 06/10/2012 | | American Express Plum | 107.28 |
| 06/11/2012 | 6106 | Ted Bulthaup | 3,750.00 |
| 06/11/2012 | 6107 | Ted Bulthaup | 5,000.00 |
| 06/14/2012 | | U.S. Bank | 262.16 |
| 06/14/2012 | TB | American Express | 128.69 |
| 06/25/2012 | 6203 | Ted Bulthaup | 2,500.00 |
| 06/27/2012 | TED | Ted Bulthaup | 30,044.42 |
| 06/29/2012 | 4911 | Ted Bulthaup | -654.76 |
| 06/30/2012 | | American Express Plum | 1,545.90 |
| 07/01/2012 | 6237 | Ted Bulthaup | 3,750.00 |
| 07/09/2012 | 6291 | Ted Bulthaup | 3,750.00 |
| 07/10/2012 | | American Express Plum | 49.95 |
| 07/12/2012 | | Robert Killian | 326.86 |
| 07/14/2012 | TB | American Express | 3,053.68 |
| 07/16/2012 | 6343 | Ted Bulthaup | 5,000.00 |
| 07/20/2012 | 6344 | Ted Bulthaup | 5,000.00 |

## Hollywood Blvd Cinema LLC
# Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 07/30/2012 | 6455 | Ted Bulthaup | 1,250.00 |
| 07/31/2012 | interco | Ted Bulthaup | 4,000.00 |
| 07/31/2012 | | American Express Plum | 118.20 |
| 07/31/2012 | CB | American Express | 627.83 |
| 07/31/2012 | TB | American Express | 2,138.44 |
| 08/06/2012 | 6509 | Ted Bulthaup | 3,750.00 |
| 08/10/2012 | | American Express Plum | 128.37 |
| 08/13/2012 | 6537 | Ted Bulthaup | 3,750.00 |
| 08/13/2012 | 6537 | Ted Bulthaup | -750.00 |
| 08/13/2012 | CB | American Express | 170.00 |
| 08/13/2012 | TB | American Express | 1,639.21 |
| 08/27/2012 | 6583 | Ted Bulthaup | 3,750.00 |
| 08/27/2012 | 6583 | Ted Bulthaup | -1,750.00 |
| 08/31/2012 | interco | Ted Bulthaup | 3,750.00 |
| 08/31/2012 | | American Express Plum | 53.58 |
| 08/31/2012 | TB | American Express | 39.95 |
| 09/01/2012 | 6625 | Ted Bulthaup | 3,750.00 |
| 09/01/2012 | 6625 | Ted Bulthaup | -750.00 |
| 09/10/2012 | | American Express Plum | 49.95 |
| 09/13/2012 | TB | American Express | 39.95 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 2,500.00 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 101.68 |
| 09/14/2012 | | US Bank - 4798-1768-6200-1050 | 359.00 |
| 09/17/2012 | 6675 | Ted Bulthaup | 1,000.00 |
| 09/27/2012 | 6740 | Ted Bulthaup | 5,000.00 |
| 09/30/2012 | | American Express Plum | 1,000.00 |
| 10/01/2012 | 6751 | Ted Bulthaup | 1,000.00 |
| 10/07/2012 | 6820 | Ted Bulthaup | 5,000.00 |
| 10/10/2012 | | American Express Plum | 89.90 |
| 10/15/2012 | 6828 | Ted Bulthaup | 1,000.00 |
| 10/22/2012 | 6888 | Ted Bulthaup | 3,750.00 |
| 10/29/2012 | 6937 | Ted Bulthaup | 3,750.00 |
| 10/31/2012 | PER CHERI | Cheryl Bulthaup | -3,631.28 |
| 11/05/2012 | 6985 | Ted Bulthaup | 3,750.00 |
| 11/08/2012 | | American Express Plum | 89.90 |
| 11/12/2012 | 6940 | Ted Bulthaup | 3,750.00 |
| 11/19/2012 | 1089 | Ted Bulthaup | 3,750.00 |
| 11/26/2012 | 1165 | Ted Bulthaup | 3,750.00 |
| 11/30/2012 | | American Express Plum | 582.79 |
| 11/30/2012 | CB | American Express | 10,679.08 |
| 12/03/2012 | 1221 | Ted Bulthaup | 3,750.00 |
| 12/06/2012 | 7015 | Ted Bulthaup | 1,000.00 |
| 12/06/2012 | | American Express Plum | 89.90 |
| 12/07/2012 | 1241 | Ted Bulthaup | 1,000.00 |
| 12/10/2012 | 1242 | Ted Bulthaup | 1,750.00 |

## Hollywood Blvd Cinema LLC
## Dividend Advanced to Officer
### Mar 7 2012 - Mar 8 2013

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 12/12/2012 | | Ted Bulthaup | -20.00 |
| 12/13/2012 | CB | American Express | 45.60 |
| 12/18/2012 | 1175 | Ted Bulthaup | 500.00 |
| 12/18/2012 | 1176 | Ted Bulthaup | 500.00 |
| 12/21/2012 | CASH | Ted Bulthaup | 6,000.00 |
| 12/31/2012 | | American Express Plum | 103.30 |
| 01/07/2013 | 1410 | Ted Bulthaup | 3,750.00 |
| 01/10/2013 | | American Express Plum | 89.90 |
| 01/14/2013 | 1446 | Ted Bulthaup | 3,750.00 |
| 01/16/2013 | | Home Depot Credit Services | 318.85 |
| 01/21/2013 | 1490 | Ted Bulthaup | 3,750.00 |
| 01/28/2013 | 1525 | Ted Bulthaup | 1,500.00 |
| 02/08/2013 | | American Express Plum | 89.90 |
| 02/11/2013 | 1554 | Ted Bulthaup | 2,000.00 |
| 02/18/2013 | 1626 | Ted Bulthaup | 3,500.00 |
| 02/25/2013 | 1682 | Ted Bulthaup | 3,000.00 |
| 03/05/2013 | 1526 | Genievie Pingul | -300.00 |

**Total Dividend Advanced to Officer**                                   **241,229.03**