**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, ) | |
| LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Judge Eugene R. Wedoff |
| ) | |

## NOTICE OF MOTION

To: See Attached Service List

**PLEASE TAKE NOTICE** that on **November 6, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Eugene R. Wedoff, or another judge sitting in his courtroom, Room 744 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, which is located at 219 S. Dearborn Street, Chicago, Illinois and then and there present the *Final Application of Barnes & Thornburg LLP for Approval of Fees and Expenses*.

Any party seeking a copy of the *Final Fee Application of Barnes & Thornburg LLP for Approval of Fees and Expenses* who has not received a prior copy will receive a copy upon written request made to the undersigned.

THE HEARING DATE IS NOVEMBER 6, 2013 AT 10:00 AM., AT WHICH TIME YOU MAY APPEAR AND BE HEARD.

Dated: October 25, 2013            Respectfully submitted,

            **BARNES & THORNBURG LLP**

            By: /s/ *Paula K. Jacobi*
                  One of Its Partners

Paula K. Jacobi (ARDC No. 1311247)
Timothy S. McFadden (ARDC No. 6275486)
**Barnes & Thornburg LLP**
Suite 4400
Chicago, Illinois 60601
(T) (312) 214-4866
(F) (312) 759-5646
pjacobi@btlaw.com

## CERTIFICATE OF SERVICE

I, Paula K. Jacobi, pursuant to penalties of perjury, state that I caused the *Final Application of Barnes & Thornburg LLP for Approval of Fees and Expenses* to be served upon all parties who have appeared via this Court's ECF, listed below and only the *Notice of Motion and Coversheet* to be served on all creditors listed on the attached Service List on this 25 day of October, 2013:

Thomas V Askounis on behalf of Creditor FPC Funding II, LLC
taskounis@askounisdarcy.com, akapai@askounisdarcy.com

Kurt M Carlson on behalf of Creditor First Midwest Bank
kcarlson@carlsondash.com, knoonan@carlsondash.com

Alex Darcy on behalf of Creditor FPC Funding II, LLC
adarcy@askounisdarcy.com

Richard M. Fogel
rfogel@shawfishman.com, il72@ecfcbis.com

Edward P. Freud on behalf of Creditor Republic Bank of Chicago
epfreud@rwrlaw.com

John W Guzzardo on behalf of Trustee Richard M. Fogel
jguzzardo@shawfishman.com, jhampton@shawfishman.com

Dean C Harvalis on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, constantine.harvalis@usdoj.gov

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Mark E Leipold on behalf of Interested Party Kimco Realty Corporation
mleipold@gouldratner.com, stamssot@gouldratner.com;hmartinez@gouldratner.com

Colleen E McManus on behalf of Creditor First Midwest Bank
cmcmanus@carlsondash.com, knoonan@carlsondash.com;jbubacz@carlsondash.com

Joel R Nathan on behalf of Attorney Small Business Administration
joel.nathan@usdoj.gov,
paula.gabriel@usdoj.gov,marina.ravelo@usdoj.gov,carol.bithos@usdoj.gov,ecf1.ausa@usdoj.gov

David A. Newby on behalf of Stockholder Ted Bulthaup
dnewby@comanderson.com, tmaurer@comanderson.com

Ashley Parker on behalf of Creditor FPC Funding II, LLC
aparker@askounisdarcy.com, agrajek@gmail.com

Peter J Roberts on behalf of blank Richard M. Fogel
proberts@shawfishman.com

/s/ Paula K. Jacobi

## ALL CREDITORS

| | |
|---|---|
| Patrick S. Layng<br>William T. Neary<br>Office of the U.S. Trustee<br>for the Northern District of Illinois<br>219 S. Dearborn; Suite 873<br>Chicago, Illinois 60604 | AT&T<br>PO Box 5080<br>Carol Stream, IL 60197 |
| Advantage Leasing<br>324 E. Wisconsin Ave.; Suite 250<br>Milwaukee, WI 53202 | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197 |
| Alarm Detection System, Inc.<br>1111 Church Rd<br>Aurora, IL 60505 | American Express<br>c/o Becket & Lee<br>PO Box 3001<br>16 General Warren Blvd.<br>Malvern, PA 19355 |
| Clear Channel Outdoor<br>Attn: Corporate Bankruptcy Specialist<br>PO Box 591790<br>San Antonio, TX 78259 | CBeyond Communications<br>13474 Collections Center Dr.<br>Chicago, IL 60693 |
| Chicago Tribune<br>14839 Collections Center Dr.<br>Chicago, IL 60693 | Chicago Office Technology Group<br>PO Box 5940<br>Lock Box #20-COE-001<br>Carol Stream, IL 60197 |
| CIT Technology Fin Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673 | Chicago-Sun Times, Inc.<br>8225 Solutions Center<br>Chicago, IL 60677 |
| Coactiv Capital Partners, Inc.<br>655 Business Center Drive<br>Horsham, PA 19044 | Cobra Capital, LLC<br>2831 W. 83rd Street<br>Darien, IL 60561 |
| Concession Services, Inc.<br>1723 S. Michigan Ave.<br>Chicago, IL 60616 | Com Ed<br>PO Box 6111<br>Carol Stream, IL 60197 |
| Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 | DuPage Co Public Works<br>421 County Farm Rd<br>Wheaton, IL 60187 |
| First Midwest Bank<br>520 N. Cass Ave<br>Westmont, IL 60559 | FPC Funding (IFC)<br>NW 7668<br>PO Box 1450<br>Minneapolis, MN 55485-7668 |
| First Sound Bank ISAOA<br>925 Fourth Avenue<br>Suite 2350<br>Seattle, WA 98104 | First Midwest Bank<br>c/o Stephen M. Alderman<br>Garfield & Merel, Ltd.<br>Two Prudential Plaza<br>180 N. Stetson Avenue; Suite 1300<br>Chicago, IL 60601 |

| | |
|---|---|
| General Electric Capital Corp.<br>PO Box 35701<br>Billings, MT 59107 | Humana<br>PO Box 533<br>Carol Stream, IL 60132 |
| Jeffrey Hu<br>11724 South Decathlon Lane<br>Plainfield, IL 60585 | Groot Industries, Inc.<br>PO Box 92257<br>Elk Grove Village, IL 60009 |
| Heartland Bank<br>401 N. Hershey Blvd.<br>Bloomington, IN 61702 | Hospitality Solutions Intl.<br>9977 N. 90th Street; Suite 300<br>Scottsdale, AZ 85258 |
| FPC Funding II, LLC<br>c/o Alex Darcy<br>444 N. Michigan Avenue; Suite 3270<br>Chicago, IL 60611 | Internal Revenue Service<br>c/o Joel Nathan<br>219 S. Dearborn, 5th Floor<br>Chicago, IL 60604 |
| James D. Newbold<br>Assistant Attorney General<br>Revenue Litigation Bureau<br>100 W. Randolph Street<br>Chicago, IL 60601 | Kimco Realty<br>PO Box 82565<br>Dept. Code SILW0563<br>Goleta, CA 93118 |
| Kimco Realty<br>10600 W. Higgins, Suite 408<br>Des Plaines, IL 60018 | Katherine E. Theodoropoulos<br>10418 S. Michael Drive<br>Palos Hills, IL 60465 |
| Internet Presence Consulting, Inc.<br>182 Brookwood Lane East<br>Bolingbrook, IL 60440 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 |
| JGH Technologies<br>520 Oakhill Road<br>Elgin, IL 60120 | IFC Credit Corporation<br>c/o Brandon Hamada<br>Ashley N. Parker<br>Alex Darcy<br>Askounis & Darcy, PC<br>444 North Michigan Avenue; Suite 3270<br>Chicago, IL 60611 |
| Katherine E. Theodoropoulos<br>c/o David Feuer<br>1 N. LaSalle Street; Suite 2600<br>Chicago, IL 60602 | MC Squared Energy<br>PO Box 25235<br>Lehigh Valley, PA 18002 |
| LCA Bank Corporation<br>3150 Livernois Rd; Suite 300<br>Troy, MI 48083 | SBA<br>500 W. Madison; Suite 1150<br>Chicago, IL 60661 |
| M2 Lease Funds LLC<br>175 N. Patrick Blvd; Suite 140<br>Brookfield, WI 53045 | Orkin<br>603 E. Diehl Road; Suite 124<br>Naperville, IL 60563 |
| Mass Mutual<br>P.O. Box 371368<br>Pittsburgh, PA 15250 | Nova Cinetech, Inc.<br>4688 E. 29th Road<br>Sandwich, IL 60548 |

| | |
|---|---|
| McKee & Gunderson PC<br>10412 Allison Road; Suite 210<br>Fishers, IN 46038 | Sheppard Mullin Richter & Hampton<br>333 S. Hope Street, 43rd Floor<br>Los Angeles, CA 90071 |
| Signs Now<br>1548 Ogden Ave.<br>Downers Grove, IL 60515 | Sterling National Bank<br>500 7th Ave; 10th Floor<br>New York, NY 10018 |
| Schindler Elevator Corp<br>PO Box 70433<br>Chicago, IL 60673 | Tri-State Theater Service, Inc.<br>10250 Alliance Road; Suite 205<br>Cincinnati, OH 45242 |
| Small Business Growth Corporation<br>2401 W. White Oaks Dr<br>Springfield, IL 62704-7423 | Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301 |
| Sysco Food Srvc<br>PO Box 5037<br>Des Plaines, IL 60017 | Waterhouse Aquariums<br>4235 Caribou Ct<br>Joliet, IL 60431 |
| Top Shelf Cleaning<br>8701 Cranbrook Ln<br>Bridgeview, IL 60455 | William H. Wegmann<br>1241 Whittingham Circle<br>Naperville, IL 60540 |
| Lion's Gate Films<br>2700 Colorado Avenue; Suite 200<br>Santa Monica, CA 90404 | Southern Wine & Spirits<br>2971 Paysphere Circle<br>Chicago, IL 60674 |
| Warner Bros. Distributing Inc.<br>c/o Constance Minnett, Esq.<br>SVP and General Counsel<br>4000 Warner Boulevard<br>Burbank, CA 91522 | Twentieth Century Fox Film Corp.<br>PO Box 900<br>Beverly Hills, CA 90213 |
| Relativity Media LLC<br>9242 Beverly Blvd.; Suite 300<br>Beverly Hills, CA 90210 | Open Road Films<br>12301 Wilshire Blvd.; Suite 600<br>Los Angeles, CA 90025 |
| Film District<br>1540 2nd Street; Suite 200<br>Santa Monica, CA 90401 | A Windy City Look & Safe Service<br>6943 Ticonderoga Road<br>Downers Grove, IL 61516 |
| Airgas National Carbonation<br>PO Box 601985<br>Charlotte, NC 28260 | Battalion Fire Safety Services, Inc.<br>PO Box 788<br>Lake Zurich, IL 60047 |
| Colson Services Corp.<br>4 New York Plaza, 17th Floor<br>New York, NY 104 | Economy Lamp Company<br>4611 W. National Avenue<br>Milwaukee, WI 53214 |
| Liberty Bell Telephone Company<br>4114 W. Madison<br>Hillside, IL 60162 | GP Print Solutions, Inc.<br>PO Box 479<br>Union Special Plaza #122C<br>Huntley, IL 60142 |
| Hamco Windy City<br>7710 W. Berwyn Ave.<br>Chicago, IL 60656 | Harleysville Lake States Insurance<br>600 East Front Street, Suite 200<br>Traverse City, MI 49686 |

| | |
|---|---|
| Harleysville Insurance<br>300 Park Boulevard, Suite 175<br>Itasca, IL 60143 | Maestranzi's Knife Services<br>4715 N. Ronald Street<br>Harwood Heights, IL 60706 |
| MCIM Insurance<br>PO Box 80440<br>Lansing, MI 48908 | Mass Mutual<br>900 E. 96th Street<br>Indianapolis, IN 46240 |
| NiCor<br>P.O. Box 416<br>Aurora, IL 60568 | North American Co for Life & Health<br>PO Box 4274<br>Carol Stream, IL |
| Payent Solutions<br>60 Market Street; Suite 221<br>Gaithersburg, MD 20878 | Technicolor<br>8498 Los Angeles<br>Los Angeles, CA 90084 |
| Summit Strategies, LLC<br>8818 Maxwell Drive<br>Potomac, MD 20854 | Susquehanna Commercial Finance, Inc.<br>2 Country View Road; Suite 300<br>Malvern, PA 19355 |
| Turano Baking Co.<br>36749 Eagle Way<br>Chicago, IL 60678 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132 |
| Republic Bank<br>Attn: Peter Sperling<br>2221 Camden Court<br>Oakbrook, IL 60523 | Paramount Pictures<br>5555 Melrose Avenue<br>Los Angeles, CA 90038 |
| Edward P. Freud<br>Ruff, Weidenaar & Reidy, Ltd.<br>222 North LaSalle; Suite 700<br>Chicago, IL 60601 | Hollywood Boulevard Cinema LLC<br>c/o Ted Bulthaup, Manager<br>1001 West 75th Street<br>Woodridge, IL 60517 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, ) | |
| LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Judge Eugene R. Wedoff |
| ) | |

## COVER SHEET FOR FINAL FEE APPLICATION OF BARNES & THORNBURG LLP FOR APPROVAL OF FEES AND EXPENSES

Name of Applicant: Barnes & Thornburg LLP

Authorized to Provide Professional Services to: above-captioned debtor and debtor in possession

Date of Retention: April 24, 2013 *nunc pro tunc* to March 8, 2013

Application Period: August 1, 2013 through October 9, 2013

Amount of Compensation sought as
Actual, reasonable and necessary: $71,528.50

Amount of Expense Reimbursement sought
As actual, reasonable and necessary: $152.65

Net Amount of Compensation requested: $71,528.50

This is a: ___ monthly ___ interim _X_ final application.

### Summary of Prior Fee Applications

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees | Approved Expenses (D) | Holdback Amount |
|---|---|---|---|---|---|---|---|
| 9/23/13 Doc. 166 | 3/8/13-7/31/13 | 131,408.50 | $12,508.13 | pending | | | |

Any party seeking a copy of the Application who has not received a prior copy will receive a copy upon written request made to the undersigned.

**THE HEARING DATE IS NOVEMBER 6, 2013 AT 10:00 AM., AT WHICH TIME YOU MAY APPEAR AND BE HEARD.**

Dated: October 25, 2013                              Respectfully submitted,

                                                 **BARNES & THORNBURG LLP**

                                                 By:  /s/ *Paula K. Jacobi*
                                                           Debtor's Counsel

Paula K. Jacobi
Timothy S. McFadden
**Barnes & Thornburg LLP**
Suite 4400
Chicago, Illinois 60601
(T) (312) 214-4866
(F) (312) 759-5646
pjacobi@btlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, LLC, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Judge Eugene R. Wedoff |

## FINAL APPLICATION OF BARNES & THORNBURG LLP
## FOR APPROVAL OF FEES AND EXPENSES

Barnes & Thornburg LLP ("B&T"), counsel for Hollywood Boulevard Cinema, LLC, debtor and debtor in possession in the above case ("Debtor"), moves for entry of an Order approving payment of $71,528.50 in attorney fees and reimbursement of $152.65 in expenses advanced to B&T, counsel to debtor in possession, for services rendered and actual costs incurred between August 1, 2013 and October 9, 2013 (the "Final Application Period"). In support of this Application, B&T states as follows:

## BACKGROUND

1. On March 8, 2013 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing this Chapter 11 case. The Debtor continues to operate its business as a debtor-in-possession pursuant to Sections 1107(c) and 1108 of the Bankruptcy Code.

2. The Debtor is an independent movie theater with ten auditoriums operating out of leased space located at 1001 W. 75th Street, Suite 153, Woodridge, Illinois 60517 (the "Theater").

3. Debtor filed its chapter 11 petition in order to restructure its business and debt to preserve the value of the Theater for the benefit of all of its creditors. Given the current cash flow from the Debtor's business prior to debt service, Debtor believes that it can propose and confirm a plan promptly that will retain the Debtor's business for the benefit of all of its creditors, parties in interest and holders of equity in Debtor.

4. The Debtor has two secured creditors, the Small Business Administration ("SBA") and First Midwest Bank ("First Midwest"), with liens on substantially all of the Debtor's personal property (the "Property") other than a limited number of specific pieces of equipment which was financed by ten (10) different entities ("Equipment Financers") each of which have the first lien on the equipment they each financed to secure their respective indebtedness. The debt of the SBA and First Midwest is approximately $770,000.00 and $1.9 million, respectively. Debtor believes that the present value of its Property is less than the amount of the Debtor's secured debt owed to First Midwest and SBA. Further, Debtor submits that the value of Debtor's equipment that secures the debt due to the Equipment Financers is worth less than the debt.

5. In addition to SBA, First Midwest and the Equipment Financers, Debtor has unsecured creditors holding approximately $677,044.74 in debt. There is also a priority and unsecured claim filed by the IRS for approximately $350,000.00 related to 2004-2005 withholding taxes from a company unrelated to Debtor which Debtor is contesting.

6. On April 2, 2013, the Debtor filed its Application of Debtor in Possession to Employ Counsel ("Retention Application"). On April 24, 2013, the Court entered an order ("Retention Order") approving the Retention Application and the Debtor's employment of B&T as its bankruptcy counsel in this case *nunc pro tunc* to the Petition Date.

7. On or about September 23, 2013, B&T filed its First Interim Application for Approval of Fees and Expenses for the period commencing on the Petition Date through July 31, 2013 ("First Application"). In the First Application, the total amount of fees and expense reimbursement, respectively, was $131,408.50 and $12,508.13 for a total request of $143,916.63. Hearing on the First Application is set for November 6, 2013 at 10:00 a.m.

8. On October 1, 2013, B&T filed a motion to withdraw as counsel to the Debtor ("Withdrawal Motion"). On October 9, 2013, the Court entered an order approving the Withdrawal Motion therefore relieving B&T from their duties of representing the Debtor.

**DESCRIPTION OF SERVICES RENDERED**

9. Now that B&T has withdrawn as counsel, it submits this request for fee and expense reimbursement as its final application. With respect to this Application, the following attorneys and paralegals have performed services to the Debtor in this case with the numbers of hours spent from August 1, 2013 through October 9, 2013 noted below with the hourly rate charged for each professional and the total cost for the work of each professional also provided:

| Attorney/or Paralegal (as noted) | Title | Hours Spent | Hourly Rate | Total |
|---|---|---|---|---|
| Paula K. Jacobi | Partner | 82.20 | $470 | **$38,634.00** |
| Patrick Cotter | Partner | 4.50 | $535 | **$2,407.50** |
| Timothy S. McFadden | Associate | 81.10 | $370 | **$30,007.00** |
| Anne McGuire | Paralegal | 3.00 | $160 | **$480.00** |
| **Totals** | | **170.80** | | **$71,528.50** |

The above hourly rates for legal services are the same rates generally charged by B&T to its non-bankruptcy clients.

10. B&T expended 170.80 hours with a value of $71,528.50 in connection with

3

Debtor's case during the Final Application Period.

**REASONABLE AND NECESSARY SERVICES BY B&T – CATEGORIES BY MATTER**

11.  A detailed itemization of the professional time expended in connection with the cases is attached as Exhibit A. The detailed categories include: 1 (Cash Collateral), 2 (IDOR/IRS), 3 (KIMCO/Landlord), 4 (Equipment Lessors), 7 (Film Distributors), 9 (Attorney Disclosure/Retention), 12 (Bankruptcy Administration), 13 (First Midwest), 14 (Unsecured Creditors), 15 (Plan of Reorganization) and 17 (Investigation).

12.  In accordance with the factors enumerated in § 331 of the Code, the amount of fees requested is fair and reasonable given (i) the complexity of this Chapter 11 Case; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; (v) the costs of comparable services other than in cases under the Code; and (vi) the delay in receiving compensation.

13.  B&T submits that the fees requested are fair and reasonable and should be awarded, particularly in light of counsel's success and efficiency in this Case, getting a viable plan and disclosure statement submitted, and once it learned of the matters set forth in B&T's Motion to Withdraw, promptly investigating and recovering for the bankruptcy estate $26,200.00 that had been previously diverted from the estate.

14.  Exhibit A (i) identifies the individuals that rendered services in each Subject Matter (as defined below); (ii) describes each activity or service that each individual performed; and (iii) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

| **Subject Matter of Services** | **Hours** | **Amount Sought** |
|---|---|---|
| **Cash Collateral #1** | 1.90 hrs. | $753.00 |

The services provided in this category included, without limitation, work with Debtor to prepare and file monthly budgets and UST quarterly fee statements.

| **IDOR/IRS #2** | 1.10 hrs. | $437.00 |

The services provided in this category included, without limitation: (i) researching FRBP rules regarding procedural mechanism for removing tax lien and (ii) communicating with IRS and client regarding claimed underpays from new tax returns.

| **Kimco/Landlord #3** | 13.40 hrs. | $5,778.00 |

The services provided in this category included, without limitation: (i) working with Debtor on issues of lease and assumption, requested modification and rationale for CAM requests; (ii) drafting and revising of lease proposal for assumption for Kimco; (iii) working with counsel for Kimco regarding lease terms; (iv) researching legal standard for continued extension under 365(d); (v) reviewing, editing and communicating with counsel regarding joint agreed motion to extend; and (vi) attending court regarding motion to extend.

| **Equipment Finance Lessors #4** | 2.50 hrs. | $955.00 |

The services provided in this category included, without limitation, (i) drafting and editing form letter to equipment finance parties; (ii) communicating with counsel for Republic Bank regarding continued hearing on motion to compel; and (iii) attending court status on motion to compel.

| **Film Distributors #7** | .30 hrs. | $141.00 |

The services provided in this category included, without limitation, working with Debtor on issue of terms with studios.

5

**Attorney Retention/Fees #9**　　　　　　**18.20 hrs.**　　　　　　**$7,834.00**

The services provided in this category included, without limitation, (i) working on first interim fee application (categorizing 4 months of time); (ii) working on motion to withdraw as Debtor's counsel; (iii) reviewing First Midwest's objection to motion to withdraw; (iv) reviewing and editing response to First Midwest's objection to motion to withdraw; (v) reviewing and communicating with counsel regarding First Midwest's surreply regarding motion to withdraw and exhibit hereto; and (vi) preparing and attending hearing on motion to withdraw and Chapter 11 trustee motion.

**Bankruptcy Administration #12**　　　　　　**1.80 hrs.**　　　　　　**$666.00**

The services provided in this category included, without limitation, (i) working with Debtor regarding monthly operating reports and having the same timely filed; and (ii) reviewing transcript of May hearing.

**First Midwest Bank #13**　　　　　　**23.90 hrs.**　　　　　　**$8,653.00**

The services provided in this category included, without limitation, (i) work with First Midwest to obtain and deliver all documents and information it requested for second round of production; (ii) preparing document request reply and communicating with First Midwest regarding on-site review and number of boxes, etc.; (iii) communicating with Debtor on missing documents and timing of Bank visit; (iv) communicating with Bank counsel regarding examiner motion and plan treatment; (v) attending Court on examiner motion (denied without prejudice); (vi) analyzing issues regarding discovery requests; (vii) communicating with Debtor regarding production demands from First Midwest and threat to compel; (viii) reviewing and analyzing motion to appoint chapter 11 trustee; (ix) supervising production of documents by Debtor to First

6

Midwest at Debtor's offices; and (x) communicating with Bank's counsel regarding document production photocopying and logistics.

**Unsecured Creditors** #14  hrs.         .50 hrs.              $235.00

The services provided in this category included, without limitation, responding to and conferring with Givex (unsecured creditor) regarding bar date and Debtor's relationship to Great Hollywood Theatres.

**Plan of Reorganization** #15           74.30 hrs.           $31,321.00

The services provided in this category included, without limitation, (i) working with client regarding terms of plan and funding; (ii) reviewing equipment leases and proofs of claim in preparation for Chapter 11 plan drafting; (iii) analyzing outline of plan of reorganization; (iv) work on motion to extend time on disclosure statement; (v) extensive work on plan and disclosure statement (reviewing local rules, drafting exhibits thereto, reviewing cash flow projections, etc.); (vi) attending court hearing on motion to extend time to file disclosure statement and case status; (vii) work on liquidation analysis to separate out secured value for First Midwest and equipment financiers; (viii) meeting with client to discuss amendments to disclosure statement (3 year projection, liquidation analysis and financials) based on new information; and (ix) analyzing prior drafts of 3 yr. financial projections and liquidation analysis to assess needed revisions to each.

**Investigation**           #17              32.90 hrs.           $14,755.50

The services provided in this category included, without limitation, (i) extensive work with Bryan Cave on Origin Fire garnished funds issue; (ii) call from Debtor employee claiming "illegal activity" and diversion of funds by Debtor; (iii) communicating with in-house counsel on how to proceed and contacting client to set up immediate meeting regarding allegations; (iv)

reviewing anonymous fax with "questions for Ted"; (v) meeting with client regarding financial situation and prior court financial reports; (vi) extensive work to recover garnishment funds; (vii) researching Illinois and Federal law regarding sales tax non-reporting; (viii) drafting and editing of letter to Debtor's manager regarding options company has based on disclosed financial improprieties and regarding required corrective filings; (ix) multiple communications with client regarding corrective filings and amended disclosure statement and; (x) work with client regarding correct financial information.

## REASONABLE AND NECESSARY EXPENSES

15.  B&T also seeks $152.65 for costs and expenses it incurred in connection with this case during that same period that are reimbursable under applicable rules. Exhibit B provides a detailed itemization of these expenses. The expenses are summarized as follows:

| Expense Category | Amount |
| --- | --- |
| Copying Charges (.15 per page) | $123.30 |
| Courier Service Charge | $5.35 |
| Transcript Charge | $24.00 |
| **Total** | **$152.65** |

WHEREFORE, Barnes & Thornburg LLP respectfully requests that the Court enter an order substantially in the proposed form attached hereto (i) awarding B&T $71,528.50 in attorney fees; (ii) awarding reimbursement of expenses in the amount of $152.65 which were advanced by B&T, for the period from August 1, 2013 through October 9, 2013 in accordance with §§ 330 and 331 of the Code; and (iii) authorizing and directing payment of the awarded fees and expenses totaling $71,681.15 from the balance of the pre-petition advance payment retainer

of $146,195.39, if any, that remains unused after the applying the fees and costs awarded per the First Application.

BARNES & THORNBURG LLP

By: /s/ Paula K. Jacobi
One of its Partners

Paula K. Jacobi
Timothy S. McFadden
**Barnes & Thornburg LLP**
One North Wacker Drive
Suite 4400
Chicago, Illinois  60601
(T) (312) 214-8307
(F) (312) 759-5646
pjacobi@btlaw.com