**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, LLC, | ) | Hon. Eugene Wedoff |
| | ) | |
| | ) | Hearing Date: April 16, 2014 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Wednesday, April 16, 2014 at 9:30 a.m.** (the "Hearing"), Richard M. Fogel, the chapter 11 trustee (the "Trustee") for the estate of Hollywood Boulevard Cinema, LLC (the "Debtor") will present first and final applications for the allowance of compensation and reimbursement of expenses, on a final basis, for: (1) the Trustee; (2) his attorneys, Shaw Fishman Glantz and Towbin LLC ("Shaw Fishman"); and (3) his financial consultants, High Ridge Partners ("HRP") to the **Honorable Eugene Wedoff**, Bankruptcy Judge, in Courtroom 744, United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois:

| APPLICANT | PERIOD | AMOUNT REQUESTED | AMOUNT PAID TO DATE |
|---|---|---|---|
| Trustee | October 10, 2013 through March 18, 2014 | $110,250.00 (Compensation)<br><br>$219.72 (Expenses) | $0.00 |
| Shaw Fishman | October 9, 2013 through March 18, 2014 | $88,671.50 (Compensation)<br><br>$1,907.39 (Expenses) | $0.00 |
| HRP | October 9, 2013 through March 18, 2014 | $149,053.50 (Compensation)<br><br>$4,017.68 (Expenses) | $101,676.08 |

{10710-001 NTC A0370419.DOC}

**PLEASE BE ADVISED** that copies of the applications are on file with the Clerk of the U.S. Bankruptcy Court and are available upon request from the Trustee.

**PLEASE BE FURTHER ADVISED** that any creditor or party in interest that objects to the relief requested by the Trustee must file a written objection with the Court prior to the Hearing and must attend the Hearing to present the objection. If no objections are filed, the Court may grant the relief requested at the Hearing.

Dated: March 21, 2014               */s/ John Guzzardo*
                                    Peter J. Roberts
                                    John Guzzardo
                                    Shaw Fishman Glantz & Towbin LLC
                                    321 North Clark Street, Suite 800
                                    Chicago, Illinois 60654
                                    (312) 541-0151
                                    *Counsel for the Trustee*

{10710-001 NTC A0370419.DOC}

# **CERTIFICATE OF SERVICE**

John Guzzardo, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleadings upon the attached service list in the manner indicated therein on March 21, 2014.

*/s/ John Guzzardo*

**Mailing Information for Case 13-9232**

**Electronic Mail Notice List**

- Thomas V Askounis     taskounis@askounisdarcy.com, akapai@askounisdarcy.com
- Kurt M Carlson     kcarlson@carlsondash.com, knoonan@carlsondash.com
- Alex Darcy     adarcy@askounisdarcy.com
- Richard M. Fogel     rfogel@shawfishman.com
- Richard M. Fogel     rfogel@shawfishman.com, il72@ecfcbis.com
- Richard M. Fogel     rfogel@shawfishman.com, il72@ecfcbis.com
- Edward P. Freud     epfreud@rwrlaw.com
- John W Guzzardo     jguzzardo@shawfishman.com, jhampton@shawfishman.com
- James K Haney     jhaney@wongfleming.com
- Dean C Harvalis     USTPRegion11.es.ecf@usdoj.gov, constantine.harvalis@usdoj.gov
- Amrit S Kapai     akapai@askounisdarcy.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Mark E Leipold     mleipold@gouldratner.com, srodriguez@gouldratner.com;lgray@gouldratner.com
- Timothy S. McFadden     tmcfadden@btlaw.com
- Colleen E McManus     cmcmanus@carlsondash.com, knoonan@carlsondash.com;tempsec@carlsondash.com
- Joel R Nathan     joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov,marina.ravelo@usdoj.gov,carol.bithos@usdoj.gov,ecf1.ausa@usdoj.gov
- David A. Newby     dnewby@comananderson.com, tmaurer@comananderson.com
- Ashley Parker     aparker@askounisdarcy.com, agrajek@gmail.com
- Peter J Roberts     proberts@shawfishman.com
- Deborah L. Thorne     dthorne@btlaw.com, jbennett@btlaw.com

## FIRST CLASS U.S. MAIL SERVICE LIST

A Windy City Look & Safe Service
6943 Ticonderoga Road
Downers Grove, IL 60516-3143

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Adair, Rayette
6722 Patton Drive
Woodridge, IL 60517-1420

Airgas National Carbonation
POBox 601985
Charlotte, NC 28260-1985

Advantage Leasing Corporation
13400 Bishops Lane Suite 280
Brookfield,WI 53005-6237

Albert Chen
672 Suffolk Lane
Carmel, IN 46032-8660

Alarm Detection System, Inc.
1111 Church Rd
Aurora, IL 60505-1905

American Express Travel Related
Services Company, Inc.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Anderson, Scott
18003 Gottschalk Avenue
Homewood, IL 60430-1711

Anguiano, Eduardo
310 E. Daisy Circle
Romeoville, IL 60446-4965

Anspach, Kegan Q.
16710 West 146th Place
Lockport, IL 60441-2348

Assethold LLC
417 Shoemaker Drive
Carmel, IN 46032-9794

Bambule, Jacob C.
14312 Graham Court
Plainfield, IL 60544-5928

Bandera, Macario
2201 Prentiss Drive Apt. N114
Downers Grove, IL 60516-5320

Battalion Fire Safety Services, Inc
PO Box 788
Lake Zurich, IL 60047-0788

Bayne, Matt J.
80 Abbeywood Court
Romeoville, IL 60446-1111

Bernard, Raquel A.
23 Srementi Drive
Steger, IL 60475-1096

Boyer, Danielle C.
6375 Kindling Court
Lisle, IL 60532-3313

Brandlin, Shane D.
674 Sedge Meadow Ct.
Romeoville, IL 60446-4819

Burzynski, Arthur
613 Cedar Court
Romeoville, IL 60446-4012

Bush, Daniel
1635 Dianne Drive
Joliet, IL 60432-2787

CBeyond
320 Interstate North Parkway
Atlanta, GA 30339-2213

CIT Technology Financing Services, Inc
c/o Weltman, Weinberg & Reis
175 S. Third Street, Ste 900
Columbus, OH 43215-5166

COMMONWEALTH EDISON
BANKRUPTCY DEPARTMENT
3 LINCOLN CENTER 4TH FLOOR
OAKBROOK TERRACE, IL 60181-4204

Calles, Antionette
7972 Burr Ridge Court, Apt. #207
Woodridge, IL 60517-6818

Cannon, Jr., Londell Y.
680 Sheffield Avenue
Bolingbrook, IL 60440-1024

Cappelletti, Joseph M.
471 Gainsburough Drive
Romeoville, IL 60446-1767

Carrera, Joaquin
1603 S. Clarence Avenue
Berwyn, IL 60402-1914

Carrera, Victor
1603 S. Clarence Avenue
Berwyn, IL 60402-1914

Carter, Arthur L.
620 Melissa Drive
Bolingbrook, IL 60440-2537

Chicago Office Technology Group
PO Box 5940 Lock Box #20-COE-001
Carol Stream, IL 60197

Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693-0148

Christian D. Rossebo
4555 Broadway Street
Indianapolis, IN 46205-1849

Clear Channel Outdoor
Attn: Bankruptcy Specialist
P.O. Box 591790
San Antonio, TX 78259-0139

Cleary, Matthew R.
460 Carol Lane
Braidwood, IL 60408-2080

Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Cobra Capital, LLC
2831 W. 83rd Street
Darien, IL 60561-5612

Coz, Justin Troy M.
7425 Woodward Avenue
Woodridge, IL 60517-2651

Colson Services Corp.
4 New York Plaza, 17th Floor
New York, NY 10004-2413

Custable, Sam S.
2783 Woodward Drive
Darien, IL 60561

Concession Services, Inc.
1723 S. Michigan Ave.
Chicago, IL 60616-1289

Davalos, Diana
556 Fuller Lane
Bolingbrook, IL 60440-2021

Cruz, Ricardo O.
2411 Ogden Avenue Apt. 1A
Downers Grove, IL 60515-1739

Deir, Joseph G.
7730 Woodward Avenue
Woodridge, IL 60517-3109

Dan Laiken
29148 Cliffside Dr.
Malibu, CA 90265

Dowell, Anthony B.
210 Nippert Ave.
Romeoville, IL 60446-1640

David Knall
600 East 96th Street
Indianapolis, IN 46240-3851

DuPage Co Public Works
421 County Farm Rd
Wheaton, IL 60187-3991

Delavega, Luis
8420 Captons Lane Apt. #201
Darien, IL 60561-5447

Economy Lamp Company
4611 W. National Ave
Milwaukee, WI 53214-3632

Detro, Bradley
313 Sulgrave Court
Bolingbrook, IL 60440-1045

Element Financial Corp f/k/a
CoActiv Capital Partners, Inc
794 Penllyn Pike
Blue Bell, PA 19422-1669

Dowell, Timothy
210 Nippert Avenue
Romeoville, IL 60446-1640

Espino, Michael A.
121 E. Quincy St.
Westmont, IL 60559-1822

{10710-001 NTC A0370419.DOC}  3

Dunbar, Larcenia
1943 N. Natoma Ave
Elmwood Park, IL 60707-3921

Espinos, Nina
121 E. Quincy St.
Westmont, IL 60559-1822

Elavon
7300 Chapman Highway
Knoxville, TN 37920-6612

Farmer, Kyle
9012 Oak Grove Avenue
Willowbrook, IL 60527-6429

Equipment Service Professionals, Inc.
2379 N 2750 W Road
Kankakee, IL 60901-7246

Film District
1540 2nd Street; Suite 200
Santa Monica, CA 90401-3513

Espinos, Melanie R.
348 W. Ethel
Lombard, IL 60148-3202

Fisher, Alan M.
7100 Lyman
Downers Grove, IL 60516-3830

Fabian, Richard
1237 Longford St.
Woodridge, IL 60517-7749

Flipski, Mary Ellen A.
6340 Wesley Road
Willowbrook, IL 60527-5480

Ferguson, Ashley
481 Susan St.
Romeoville, IL 60446-5148

Flores, Lilliana E.
585 Redwood Road
Bolingbrook, IL 60440-2579

First Sound Bank ISAOA
925 Fourth Avenue Suite 2350
Seattle, WA 98104-1146

Franger, Trevor C.
5 Williams Court
Woodridge, IL 60517-1924

Fitzgerald, Paul J.
830 N. McClaran Avenue
Aurora, IL 60506-5620

Gagala, Terrence A.
6618 Briargate Drive
Downers Grove, IL 60516-3014

Flores, Jose A.
3619 Pandola Avenue
Joliet, IL 60431-2729

Garcia, David C.
6146 W. 60th Street
Chicago, IL 60638-4316

GP Print Solutions, Inc.
PO Box 479
Huntley, IL 60142-0479

General Electric Capital Corp
PO Box 35701
Billings, MT 59107-5701

Galbreath, Jackie M.
1934 Sprucewood Court
Naperville, IL 60565-2845

Groot Industries, Inc.
PO Box 92257
Elk Grove Village, IL 60009-2257

General Electric Capital Corp
P.O. Box 740425
Atlanta, GA 30374-0425

Guerrero, Juan
241 Butternut Drive
Bolingbrook, IL 60440-2613

Gianakas, Chris W.
7045 98th Street#302
Chicago Ridge, IL 60415-2546

Halick, Donna
3001 Shepherd St
Woodridge, IL 60517-1929

Guarino, Deana
6010 Oakwood Drive 3M
Lisle, IL 60532-3033

Hamill Jr., James E.
1796 Stockton Avenue
Des Plaines, IL 60018-3032

Guerrero, Mayra
241 Butternut Drive
Bolingbrook, IL 60440-2613

Harleysville Lake States Insurance
600 East Front Street, Suite 200
Traverse City, MI 49686-2892

Hamco Windy City
7710 W. Berwyn Ave.
Chicago, IL 60656-1655

Harvey, Jeffrey
60 W. 59th Street Apt. E
Westmont, IL 60559-2557

Harleysville Insurance
300 Park Boulevard, Suite 175
Itasca, IL 60143-2661

Heartland Bank
401 N. Hershey Road
Bloomington, IL 61704-3742

Harris, Jonovan T.
401 S. Cass Avenue
Westmont, IL 60559-2359

Hodges, Chloe A.
5525 Brookbank Road
Downers Grove, IL 60516-1364

Haywood, Stephen
21414 Frost Court
Plainfield, IL 60544-6089

Hospitality Solutions Intl.
9977 N. 90th Street Suite 300
Scottsdale, AZ 85258-4428

Heinrich, Christopher J.
6921 Martin Drive
Woodridge, IL 60517-1933

Huling, Nicholas L.
8746 S. 81st Court
Hickory Hills, IL 60457-1440

Hoth, Kelly
12 Sinde Circle
Romeoville, IL 60446-1826

Hunter, Rebecca
8405 Captons Lane Apt. 5
Darien, IL 60561-5456

Humana
PO Box 533
Carol Stream, IL 60132-0533

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Hurford, Chris M.
231 Arlington Avenue
Naperville, IL 60565-3394

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internet Presence Consulting, Inc.
182 Brookwood Lane East
Bolingbrook, IL 60440-5512

JGH Technologies
520 Oakhill Road
Elgin, IL 60120-2239

Jackson, Tasean A.
3428 High Trail Drive
Woodridge, IL 60517-1426

Janin, Julie A.
10731 S. McVicker
Chicago Ridge, IL 60415-2255

Jeffrey Hu
11724 South Decathlon Lane
Plainfield, IL 60585-6142

Joseph P. Huffine
9044 Bay Breeze Court
Indianapolis, IN 46236-9170

Kane, Brian D. 137 Glen Lake
Bolingbrook, IL 60440-1682

Katherine E. Theodoropoulos
c/o David Feuer
1 N. LaSalle Street, Suite 2600
Chicago, IL 60602-4002

J. Glenn Campbell
616 Royal Lake Drive
Cape Girardeau, MO 63701-9244

Jackson, Loretta
6403 Dean Drive
Woodridge, IL 60517-1229

James, Kevon D.
5635 Plymouth Street
Downers Grove, IL 60516-1232

Janke, Don S.
8 South Huffman Street
Naperville, IL 60540-4925

Joseph L. Quinn
6748 Dorchester Cort
Indianapolis, IN 46214-3718

Kalnes, Greg S.
7513 Farmingdale Apt. 204
Darien, IL 60561-4741

Katherine E. Theodoropoulos
10418 S. Michael Drive
Palos Hills, IL 60465-1905

Kerr, Joseph A.
8716 Lake Ridge Drive
Darien, IL 60561-8428

Knapp, Jehoshuah W.
2544 Crystal CourtApt. 102
Woodridge, IL 60517-4028

Lease Corporation of America
3150 Livernois Rd Suite 300
Troy, MI 48083-5000

Leming, William M.
403 Charlestown Drive
Bolingbrook, IL 60440-1209

Kopecky, Daniel
2061 E. Touhy Avenue
Des Plaines, IL 60018-3635

Leslie Dianda
1495 Charlevoix Way
Schererville, IN 46375-1292

Lanigan, Brian A.
2722 63rd Street
Woodridge, IL 60517-1355

Lion's Gate Films
2700 Colorado Avenue Suite 200
Santa Monica, CA 90404-5502

Lechocki, Victoria Ann
3633 Euclid Avenue
Berwyn, IL 60402-3864

Lundmark, Nick E.
1428 Jefferson Avenue
Downers Grove, IL 60516-1235

Leracey, Randy R.
342 Osage Drive
Bolingbrook, IL 60490-2136

MC Squared Energy Services, LLC
Two North Riverside Plaza Suite 1350
Chicago, IL 60606-2655

Liberty Bell Telephone Company
4114 W. Madison
Hillside, IL 60162-1728

Maestranzi's Knife Services
4715 N. Ronald St. Harwood Hts.
Harwood Heights, IL 60706

Lucas, Madeline
14806 Menard Avenue
Oak Forest, IL 60452-1127

Mass Mutual
900 E. 96th Street
Indianapolis, IN 46240-3876

M2 Lease Funds LLC
175 N. Patrick Blvd Suite 140
Brookfield, WI 53045-5811

Mastercard
8755 W Higgins Rd
Chicago, IL 60631-2708

Martin, Cody K.
4306 Nutmeg Lane Apt. 250
Lisle, IL 60532-1174

McKee & Gunderson PC
Jeffrey McKee
10412 Allisonville Road Suite 210
Fishers, IN 46038-2032

McNamara, Nicholas A.
10837 S. Whipple Street
Chicago, IL 60655-2130

McSwain, Jerin L.
2584 Burr Ridge Court Apt. 201
Woodridge, IL 60517-6831

Miller, Nicholas
54 Fernwood Road
Montgomery, IL 60538-2004

Michigan Commercial Insurance Mutual
1044 Eastbury Drive
Lansing, MI 48917-9776

Montalvo, Ruben
6501 18th
Berwyn, IL 60402-5025

Montalvo, Hector
241 Butternut Drive
Bolingbrook, IL 60440-2613

Morgan, Andrew
23650 W. Main
Plainfield, IL 60544-3152

Morrison, Ryan M.
17240 Arrowhead Drive
Lockport, IL 60441-8828

Navarro, Jose
2580 Burr Ridge Court #108
Woodridge, IL 60517-4040

Najera, Luis
1113 Bramble Avenue
Bolingbrook, IL 60490-3126

North American Co for Life & Health
PO Box 4274
Carol Stream, IL 60197-4274

NiCor
PO Box 416
Aurora, IL 60568-0001

Nunez, Lizette
3441 Scott Street
Franklin Park, IL 60131-1652

Nova Cinetech, Inc.
4688 E 29th Rd
Sandwich, IL 60548-9104

Ochotorena, Norman J.
553 Monroe Road
Bolingbrook, IL 60440-2067

O'Donnell, Tyler
1256 Lakeview Drive
Darien, IL 60561

Orkin
603 E. Diehl Road Suite 124
Naperville, IL 60563-4904

Open Road Films
12301 Wilshire Blvd.
Los Angeles, CA 90025-1021

Pachl, Stephanie J.
11S078 Frontage Road
Lemont, IL 60439-8824

Osbourne, James
4955 Fender Road
Lisle, IL 60532-3807

Paul Glantz
200 Kirts Blvd., Suite 100
Troy, MI 48084-5286

Paramount Pictures
5555 Melrose Avenue
Los Angeles, CA 90038-3197

Payent Solutions
60 Market Street Suite 221
Gaithersburg, MD 20878-6559

Paul Skojdt
9910 Towne Road
Carmel, IN 46032-8512

Petro, Jason
1053 W. Ogden Ave #249
Naperville, IL 60563-2941

Peoples, Marc
1658 Ashbury Lane
Romeoville, IL 60446-4887

Randant, Kenneth
898 Wellington Ave. #201
Elk Grove Village, IL 60007-3352

Pulley, Daniel
6722 Patton Drive
Woodridge, IL 60517-1420

Reberski, Jacqueline M.
2148 Prentiss Drive Apt. S
Downers Grovc, IL 60516-5317

Relativity Media LLC
9242 Beverly Blvd.; Suite 300
Beverly Hills, CA 90210-3728

Richard E. Deer
1332 Queensway
Carmel, IN 46032-9664

Retzler, Robert A.
1233 Longford St
Woodridge, IL 60517-7749

Roche, Melissa
2408 Mohawk Avenue
Woodridge, IL 60517-2312

Rivera, Jose Ricardo
308 S. Raynor Avenue
Joliet, IL 60436-2055

Rojas, Tonatiuh
2056 N. 19th Avenue Apt. 3
Melrose Park, IL 60160-1246

Rodriguez, Israel
1669 Coach Drive Apt. #204
Naperville, IL 60565-2454

Ronald Elberger
431 Somerset Drive West
Indianapolis, IN 46260-2919

Romero, Jessica M.
6115 Knollwood Rd.
Willowbrook, IL 60527-3220

Rutter, Eric C.
450 Alcester Court
Bolingbrook, IL 60440-2218

Rusick, Wesley
7810 Pine Parkway
Darien, IL 60561-5034

Sanchez, Monica
1766 Rebecca Drive
Romeoville, IL 60446-5052

Sanchez, Roy
210 Delaware Drive
Bolingbrook, IL 60440-1862

Sass, Matthew W.
254 Willow Street
Frankfort, IL 60423-1231

Schindler Elevator Corporation
1530 Timberwolf Drive
Holland, OH 43528-9161

Schumacher, James M.
60 Piers Drive #203
Westmont, IL 60559-3236

Scott Molander
8450 North Park Avenue
Indianapolis, IN 46240-2242

Shallcross, Jorey R.
230 Charlestown Drive
Bolingbrook, IL 60440-1370

Sheppard Mullin Richter & Hampton
333 S Hope St, 43rd Floor
Los Angeles, CA 90071-1422

Sheri and Joshua Edwards
4588 East Dayhuff Road
Mooresville, IN 46158-6715

Signs Now
1548 Ogden Ave.
Downers Grove, IL 60515-2771

{10710-001 NTC A0370419.DOC}  9

Smith, Dillon A.
321 Eaton Avenue
Romeoville, IL 60446-1754

Smego, Benjamin T.
6009 Osage Avenue
Downers Grove, IL 60516-2054

Smith, James
5815 Sunset Avenue
La Grange, IL 60525-7118

Smith, Jadwiga
321 Eaton Avenue
Romeoville, IL 60446-1754

Soberanis, Brisa
1365 Terry Road
Glendale Heights, IL 60139-3332

Smith, Tikesha
533 Spruce Road
Bolingbrook, IL 60440-2504

Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674-0029

Soria, Jorge
3210 Monroe Street
Bellwood, IL 60104-2244

Stocks, Ryne R.
4314 Nutmeg Lane #274
Lisle, IL 60532-1796

Steve Zeiser
c/o Tri-State Theater Service
636 Northland
Cincinnati, OH 45240-3221

Summit Strategies, LLC
8818 Maxwell Drive
Potomac, MD 20854-3122

Stuart, Steve C.
5708 Walnut Avenue Apt #1C
Downers Grove, IL 60516-1087

Susquehanna Commercial Finance, Inc.
2 Country View Road, Suite 300
Malvern, PA 19355-1420

Sun-Times Media dba Chicago Sun-Times
c/o Laurie Robertson
350 N Orleans, 10th Fl
Chicago, IL 60654-1700

Technicolor
8498 Los Angeles
Los Angeles, CA 90084-0001

Taraszka, Patrick S.
8123 1/2 S. Nashville Avenue
Burbank, IL 60459-1733

Theodoropoulos, Katherine E.
10418 S. Michael Drive
Oak Lawn, IL 60454

Tracy, Rachel
428 Arnold Avenue
Romeoville, IL 60446-1406

Thompkins, Paris A.
2444 Forest Drive
Woodridge, IL 60517-3842

Tri-State Theatre Service Inc.
10250 Alliance Road Suite 205
Cincinnati, OH 45242-4774

Top Shelf Cleaning
8701 Cranbrook Ln
Bridgeview, IL 60455-2007

Turano Baking Co.
36749 Eagle Way
Chicago, IL 60678-1367

Tribune Company d/b/a Tribune Media Group
c/o Blue Lynx Media
2501 S State Hwy 121 Bus Bldg #800B
Lewisville, TX 75067-8229

Twentieth Century Fox Film Corp Fox
Group Legal Attn: Randy Kender
Pob 900
Los Angeles, CA 90213-0900

Twombly, Brandon A.
20 Doral Street
Minooka, IL 60447-9530

Velazquez, Javier A.
1876 Appaloosa Drive
Naperville, IL 60565-1792

Visa
P.O. Box 8999
San Francisco, CA 94128-8999

Waterhouse Aquariums
4235 Caribou Ct
Joliet, IL 60431-4749

Weins, Jason A.
1206 Will Drive
Lockport, IL 60441-3810

Western Equipment Finance
Vogel Law Firm, Attn: Jon R Brakke
PO Box 1389
Fargo, ND 58107-1389

White, Kendra N.
158 E. Bailey Apt. M
Naperville, IL 60565-1434

Wolf, Justin D.
3018 Jonquil Lane
Woodridge, IL 60517-3306

Woolfork, Jasmine C.
3238 83rd Street
Woodridge, IL 60517-3634

United Parcel Service
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, Maryland 21094-4396

Velazquez, Francisco
439 Seneca Lane
Bolingbrook, IL 60440-1844

Vinckus, Billy B.
206 Hemlock Avenue
Romeoville, IL 60446-1626

Warner Bros. Distributing, Inc.
4000 Warner Boulevard
Attn: Constance Minnett/Gen Csl.
Burbank, CA 91522-0001

Watkins, Calvin
418 Stevens Drive Apt. 107
Addison, IL 60101-2420

Wessel, Philip A.
623 Jonquil Avenue
Lisle, IL 60532-2462

White River Venture Partners
3603 East Raymond Street
Indianapolis, IN 46203-4762

William H. Wegmann
1241 Whittingham Circle
Naperville, IL 60540-6929

Zamora, Mario
3017 Dan Ireland Drive
Joliet, IL 60435-9036

Zarlenga, Stephanie L.
404 Nassau Avenue
Bolingbrook, IL 60440-2134