UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, LLC, | ) ) ) ) ) ) | Chapter:  7  Honorable Eugene Wedoff |
| Debtor(s) | ) | |

### ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF HIGH RIDGE PARTNERS AS FINANCIAL CONSULTANTS TO CHAPTER 11 TRUSTEE AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First and Final Fee Application (the "Application"), (capitalized terms not defined herein shall have the meaning ascribed to them in the Application), of High Ridge Partners ("HRP"), requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6) and 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $149,053.50 as compensation for 475.0 hours of professional services rendered and $4,017.68 in actual expenses incurred by HRP as financial consultant to Richard M. Fogel, not individually, but solely in his capacity as chapter 11 trustee ("Trustee") for Hollywood Boulevard Cinema, LLC ("Debtor") for the period beginning October 10, 2013 through and including March 18, 2014 (the "Application Period"); the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; proper notice having been given; and there being no sustainable objection to the requested relief, it is hereby ORDERED:

(a) The Application is allowed to the extent provided herein;

(b) Notice of the Application as provided for therein is sufficient; and

(c) HRP is allowed $149,053.50 in compensation and $4,017.68 in expense reimbursement, on a final basis, for services provided to the Trustee during the Application Period.

Enter:

*/s/ Eugene R. Wedoff*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  April 16, 2014

**Prepared by:**

John Guzzardo
Shaw Fishman Glantz
  & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 541-0151
jguzzardo@shawfishman.com