Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09232 ERW  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  
**Period Ending:** 03/31/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/14 (c)  
**§341(a) Meeting Date:** 04/17/14  
**Claims Bar Date:** 07/21/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand (See Footnote) | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2 | Bank accounts-US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposits- Nicor | 2,386.00 | 2,386.00 | | 0.00 | 2,386.00 |
| 4 | Security Deposits- Com Ed | 4,322.00 | 4,322.00 | | 0.00 | 4,322.00 |
| 5 | Books and art objects- Movie Memorabilia (See Footnote) | 191,763.00 | 191,763.00 | | 0.00 | FA |
| 6 | Interests in Insurance Policies | 0.00 | Unknown | | 0.00 | FA |
| 7 | Stock and business interests- Formosa Cafe LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts Receivable- Credit Cards (See Footnote) | 23,862.00 | 23,862.00 | | 0.00 | FA |
| 9 | Accounts Receivable- Grt Hollywood /Naperville T | 1,484,804.60 | Unknown | | 0.00 | 1.00 |
| 10 | Liquidated Debts Owing Debtor-Advance to officer | 643,329.34 | Unknown | | 0.00 | 1.00 |
| 11 | Business & liquor license (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Office equipment, furnishings and supplies (See Footnote) | 23,706.00 | 23,706.00 | | 0.00 | FA |
| 13 | Machinery, fixtures & business equipt- Supplies (See Footnote) | 11,375.00 | 11,375.00 | | 0.00 | FA |
| 14 | Machinery, fixtures & business equipt- Equipment (See Footnote) | 1,335,137.00 | 1,335,137.00 | | 2,900,000.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09232 ERW  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  
**Period Ending:** 03/31/14

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/14 (c)  
**§341(a) Meeting Date:** 04/17/14  
**Claims Bar Date:** 07/21/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 15 | Inventory (See Footnote) | 89,011.00 | 89,011.00 | | 0.00 | FA |
| 16 | Formosa equipment and furnishings    Purchased by trustee in connection with sale of business (See Footnote) | 0.00 | 10,500.00 | | 10,500.00 | FA |
| 17 | Miscellaneous refunds and credits (u) | 0.00 | Unknown | | 41,568.36 | 33,431.64 |
| 18 | Avoidance Actions (u) | 0.00 | Unknown | | 0.00 | 1.00 |
| 19 | Bank accounts- Chapter 11 operating account (u) (See Footnote) | 0.00 | 225,000.00 | | 220,000.00 | 5,000.00 |
| 20 | Bank accounts- Republic Bank of Chicago (u) | 0.00 | 201.20 | | 0.00 | 201.20 |
| **20** | **Assets**   Totals (Excluding unknown values) | **$3,817,695.94** | **$1,925,263.20** | | **$3,180,068.36** | **$45,343.84** |

RE PROP# 1   Estate received credit at closing of sale of theater  
RE PROP# 5   Sold in Chapter 11  
RE PROP# 7   Formosa Cafe was insolvent and ceased operations during Chapter 11 case  
RE PROP# 8   Collected prior to trustee's appointment  
RE PROP# 11   Non-transferable  
RE PROP# 12   Sold in Chapter 11  
RE PROP# 13   Sold in Chapter 11  
RE PROP# 14   Sold in Chapter 11- proceeds include movie memorabilia, supplies, equipment, inventory and intangibles  
RE PROP# 15   Sold in Chapter 11  
RE PROP# 16   Sold in Chapter 11

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09232 ERW  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/14 (c)  
**§341(a) Meeting Date:** 04/17/14  

**Period Ending:** 03/31/14  
**Claims Bar Date:** 07/21/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 19    Net operating revenue from chapter 11 estate | | | | | |

**Major Activities Affecting Case Closing:**

    341 meeting is April 17.  
    Set claims bar date  
    Recover unearned insurance premiums, credit balances and other funds for pre-sale chapter 11 operations  
    Investigate potential claims for improper dividends  
    File estate income tax returns

**Initial Projected Date Of Final Report (TFR):** December 31, 2015      **Current Projected Date Of Final Report (TFR):** December 31, 2015

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-09232 ERW | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5968 - Ch 7 Checking Account |
| Taxpayer ID #: | **-***0945 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/31/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/26/14 | | From Account #******5966 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | 978,283.17 | | 978,283.17 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,107.66 | 977,175.51 |
| | | | **ACCOUNT TOTALS** | | 978,283.17 | 1,107.66 | **$977,175.51** |
| | | | Less: Bank Transfers | | 978,283.17 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,107.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,107.66** | |

{} Asset reference(s)                                             Printed: 07/22/2014 11:32 AM    V.13.15

Page: 2

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 13-09232 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5966 - Ch 11- Proceeds & Revenue |
| Taxpayer ID #: | **-***0945 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/31/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/14 | {14} | SHAW FISHMAN CLIENT TRUST ACCOUNT | Earnest money deposit for purchase of business assets per o/c 2-4-14 | 1129-000 | 100,000.00 | | 100,000.00 |
| 02/10/14 | | JP MORGAN CHASE BANK | Sale of personal property per o/c 2-4-14 | | 2,708,320.00 | | 2,808,320.00 |
| | {14} | | Sale of business per o/c   2,800,000.00<br>2-4-14 | 1129-000 | | | 2,808,320.00 |
| | {1} | | Credit for cash on hand         8,000.00 | 1129-000 | | | 2,808,320.00 |
| | {17} | | Credits for pre-paid rent       41,330.00<br>& film costs | 1229-000 | | | 2,808,320.00 |
| | | | Credit for gift cards         -116,350.00 | 6950-000 | | | 2,808,320.00 |
| | | | Credit for assumed          -20,890.00<br>vacation pay | 6950-000 | | | 2,808,320.00 |
| | | | Inventory adjustment          -3,770.00 | 6950-000 | | | 2,808,320.00 |
| 02/11/14 | 101 | FPC Funding II, LLC | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 59,600.00 | 2,748,720.00 |
| 02/11/14 | 102 | Lease Corporation of America | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 9,000.00 | 2,739,720.00 |
| 02/11/14 | 103 | Sterling National Bank | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 60,000.00 | 2,679,720.00 |
| 02/11/14 | 104 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 55,000.00 | 2,624,720.00 |
| 02/11/14 | 105 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 55,000.00 | 2,569,720.00 |
| 02/11/14 | 106 | Element Financial Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 20,000.00 | 2,549,720.00 |
| 02/11/14 | 107 | Advantage Leasing Corporation | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 4,000.00 | 2,545,720.00 |
| 02/11/14 | 108 | M2 Lease Funds LLC | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 10,000.00 | 2,535,720.00 |
| 02/11/14 | 109 | First Midwest Bank | Partial payment of secured claim per o/c 2-4-14 | 4210-000 | | 1,600,000.00 | 935,720.00 |
| 02/11/14 | 110 | INTERNATIONAL SURETIES, LTD. | Additional bond premium | 2300-000 | | 3,047.00 | 932,673.00 |
| 02/11/14 | 111 | ROMAY CORP. | Transcripts of Auction Sale | 2500-000 | | 816.12 | 931,856.88 |

Subtotals :  $2,808,320.00   $1,876,463.12

{} Asset reference(s)  Printed: 07/22/2014 11:32 AM   V.13.15

Page: 3

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 13-09232 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5966 - Ch 11- Proceeds & Revenue |
| Taxpayer ID #: | **-***0945 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/31/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/14 | 112 | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer to operating account to cover Cobra Capital/Republic Bank transaction | 8500-002 | | 85,000.00 | 846,856.88 |
| 02/12/14 | | To Account #******5967 | Account Transfer for Kimco Escrow per o/c 2-11-14 | 9999-000 | | 10,000.00 | 836,856.88 |
| 02/12/14 | 113 | WOODGROVE FESTIVAL 563 LLC | Cure costs for HBC lease per o/c 2-11-14 | 7100-000 | | 60,175.07 | 776,681.81 |
| 02/12/14 | 114 | WOODGROVE FESTIVAL 563 LLC | Termination fee for Formosa Cafe lease per o/c 2-11-14 | 7100-000 | | 25,000.00 | 751,681.81 |
| 02/25/14 | {16} | C&S STORE FIXTURE, INC. | Purchase of Formosa kitchen equipment per o/c 2-25-14 | 1129-000 | 7,500.00 | | 759,181.81 |
| 02/25/14 | 115 | R.M.C. INDUSTRIAL SERVICES | Sales agent fee per o/c 2-25-14 | 3991-000 | | 1,050.00 | 758,131.81 |
| 03/03/14 | {16} | HOLLYWOOD BOULEVARD CINEMA- OPERATING ACCOUNT | Purchase of Formosa furnishings and memorabilia | 1129-000 | 3,000.00 | | 761,131.81 |
| 03/12/14 | | From Account #******5967 | Account Transfer- Return unused escrow funds to sale proceeds account | 9999-000 | 1,423.00 | | 762,554.81 |
| 03/17/14 | 116 | CMC Construction Management Corporation | Removal of dragon sculpture and lighting fixtures at Formosa Cafe- Inv. ##33032 and 33033 | 2410-000 | | 4,510.00 | 758,044.81 |
| 03/24/14 | {19} | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer of funds from chapter 11 operating account | 1290-010 | 220,000.00 | | 978,044.81 |
| 03/24/14 | {17} | HOBSON FINANCIAL GROUP OF ILLINOIS | ADP refund credited to buyer's account | 1229-000 | 238.36 | | 978,283.17 |
| 03/26/14 | | To Account #******5968 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | | 978,283.17 | 0.00 |

Subtotals :        $232,161.36        $1,164,018.24

{} Asset reference(s)                                                                                                   Printed: 07/22/2014 11:32 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-09232 ERW | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- |
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5966 - Ch 11- Proceeds & Revenue |
| Taxpayer ID #: | **-***0945 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/31/14 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 3,040,481.36 | 3,040,481.36 | $0.00 |
| | | | Less: Bank Transfers | | 1,423.00 | 988,283.17 | |
| | | | **Subtotal** | | 3,039,058.36 | 2,052,198.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,039,058.36** | **$2,052,198.19** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 07/22/2014 11:32 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 13-09232 ERW | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | Bank Name: | Rabobank, N.A. |
|  |  | Account: | ******5967 - Kimco Escrow Account |
| Taxpayer ID #: | **-***0945 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/31/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/14 |  | From Account #******5966 | Account Transfer for Kimco Escrow per o/c 2-11-14 | 9999-000 | 10,000.00 |  | 10,000.00 |
| 03/12/14 |  | To Account #******5966 | Account Transfer- Return unused escrow funds to sale proceeds account | 9999-000 |  | 1,423.00 | 8,577.00 |
| 03/12/14 | 101 | Woodgrove Festival 563 LLC | Payment of final cure costs per o/c 2-11-14 | 7100-000 |  | 8,577.00 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 10,000.00 | 10,000.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 10,000.00 | 1,423.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 8,577.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$8,577.00** |  |

| Net Receipts : | 3,039,058.36 |
| Plus Gross Adjustments : | 141,010.00 |
| Less Other Noncompensable Items : | 85,000.00 |
| Net Estate : | $3,095,068.36 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5968 | 0.00 | 1,107.66 | 977,175.51 |
| Checking # ******5966 | 3,039,058.36 | 2,052,198.19 | 0.00 |
| Checking # ******5967 | 0.00 | 8,577.00 | 0.00 |
|  | $3,039,058.36 | $2,061,882.85 | $977,175.51 |

{} Asset reference(s)