**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HOLLYWOOD BOULEVARD CINEMA, LLC | § | Case No. 13-09232 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 11 of the United States Bankruptcy Code was filed on March 08, 2013.   The case was converted to one under Chapter 7 on March 18, 2014.  The undersigned trustee was appointed on March 18, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          3,250,706.35

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 2,613,610.00 |
| Administrative expenses | 398,568.73 |
| Bank service fees | 7,268.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 85,750.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 145,509.56 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 07/21/2014
and the deadline for filing governmental claims was 07/21/2014.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,736.78.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,736.78, for a total compensation of $6,736.78.[2]In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $305.46, for total expenses of
$305.46.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 01/08/2015          By:/s/RICHARD M. FOGEL
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-09232 | Trustee: (330720) RICHARD M. FOGEL |
| Case Name: HOLLYWOOD BOULEVARD CINEMA, LLC | Filed (f) or Converted (c): 03/18/14 (c) |
| | §341(a) Meeting Date: 04/17/14 |
| Period Ending: 01/08/15 | Claims Bar Date: 07/21/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand  (See Footnote) | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2 | Bank accounts-US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposits- Nicor (See Footnote) | 2,386.00 | 2,386.00 | | 0.00 | FA |
| 4 | Security Deposits- Com Ed  (See Footnote) | 4,322.00 | 4,322.00 | | 0.00 | FA |
| 5 | Books and art objects- Movie Memorabilia  (See Footnote) | 191,763.00 | 191,763.00 | | 0.00 | FA |
| 6 | Interests in Insurance Policies | 0.00 | Unknown | | 40,589.70 | FA |
| 7 | Stock and business interests- Formosa Cafe LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts Receivable- Credit Cards  (See Footnote) | 23,862.00 | 23,862.00 | | 0.00 | FA |
| 9 | Accounts Receivable- Grt Hollywood /Naperville T (See Footnote) | 1,484,804.60 | Unknown | | 0.00 | FA |
| 10 | Liquidated Debts Owing Debtor-Advance to officer (See Footnote) | 643,329.34 | Unknown | | 0.00 | FA |
| 11 | Business & liquor license  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Office equipment, furnishings and supplies  (See Footnote) | 23,706.00 | 23,706.00 | | 0.00 | FA |
| 13 | Machinery, fixtures & business equipt- Supplies  (See Footnote) | 11,375.00 | 11,375.00 | | 0.00 | FA |
| 14 | Machinery, fixtures & business equipt- Equipment (See Footnote) | 1,335,137.00 | 1,335,137.00 | | 2,900,000.00 | FA |
| 15 | Inventory  (See Footnote) | 89,011.00 | 89,011.00 | | 0.00 | FA |
| 16 | Formosa equipment and furnishings<br>   Purchased by trustee in connection with sale of business  (See Footnote) | 0.00 | 10,500.00 | | 10,500.00 | FA |
| 17 | Miscellaneous refunds and credits  (u) | 0.00 | Unknown | | 67,438.82 | FA |
| 18 | Avoidance Actions  (u) (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 19 | Bank accounts- Chapter 11 operating account  (u) (See Footnote) | 0.00 | 225,000.00 | | 223,976.63 | FA |
| 20 | Bank accounts- Republic Bank of Chicago  (u) | 0.00 | 201.20 | | 201.20 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-09232 | Trustee:        (330720)   RICHARD M. FOGEL |
| Case Name:   HOLLYWOOD BOULEVARD CINEMA, LLC | Filed (f) or Converted (c):  03/18/14 (c) |
| | §341(a) Meeting Date:  04/17/14 |
| Period Ending: 01/08/15 | Claims Bar Date:  07/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20    Assets   Totals (Excluding unknown values) | $3,817,695.94 | $1,925,263.20 | | $3,250,706.35 | $0.00 |

| | |
|---|---|
| RE PROP# 1 | Estate received credit at closing of sale of theater |
| RE PROP# 3 | Subject to setoff |
| RE PROP# 4 | Subject to setoff |
| RE PROP# 5 | Sold in Chapter 11 |
| RE PROP# 7 | Formosa Cafe was insolvent and ceased operations during Chapter 11 case |
| RE PROP# 8 | Collected prior to trustee's appointment |
| RE PROP# 9 | Deemed uncollectible. |
| RE PROP# 10 | Deemed uncollectible |
| RE PROP# 11 | Non-transferable |
| RE PROP# 12 | Sold in Chapter 11 |
| RE PROP# 13 | Sold in Chapter 11 |
| RE PROP# 14 | Sold in Chapter 11- proceeds include movie memorabilia, supplies, equipment, inventory and intangibles |
| RE PROP# 15 | Sold in Chapter 11 |
| RE PROP# 16 | Sold in Chapter 11 |
| RE PROP# 18 | Trustee determined that claim were not worth pursuing due to cost of solvency expert, risk of outcome and uncertainty of collectibility |
| RE PROP# 19 | Net operating revenue from chapter 11 estate |

**Major Activities Affecting Case Closing:**

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 31, 2015 | Current Projected Date Of Final Report (TFR): | December 31, 2015 |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-09232 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5968 - Ch 7 Checking Account |
| **Taxpayer ID #:** **-***0945 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/08/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/14 | | From Account #******5966 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | 978,283.17 | | 978,283.17 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,107.66 | 977,175.51 |
| 04/03/14 | 101 | OFFICE OF THE UNITED STATES TRUSTEE | UST QUARTERLY FEE -Q1 2014 | 2950-000 | | 10,400.00 | 966,775.51 |
| 04/09/14 | {17} | HOBSON FINANCIAL GROUP OF ILLINOIS | Reimburse ADP processing fee charged to debtor's account | 1229-000 | 161.45 | | 966,936.96 |
| 04/09/14 | {17} | WARNER BROS. PICTURES | Refund of film deposit | 1229-000 | 11,226.61 | | 978,163.57 |
| 04/14/14 | {20} | REPUBLIC BANK OF CHICAGO | Balance on deposit in savings account | 1229-000 | 201.20 | | 978,364.77 |
| 04/16/14 | 102 | RICHARD M. FOGEL | Chapter 11 compensation and expenses per o/c 4-16-14 | | | 110,469.72 | 867,895.05 |
| | | | | 110,250.00 | 6101-000 | | 867,895.05 |
| | | | | 219.72 | 6102-000 | | 867,895.05 |
| 04/16/14 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Chapter 11 compensation and expenses per o/c 4-16-14 | | | 90,578.89 | 777,316.16 |
| | | | | 88,671.50 | 6110-000 | | 777,316.16 |
| | | | | 1,907.39 | 6120-000 | | 777,316.16 |
| 04/16/14 | 104 | HIGH RIDGE PARTNERS | Balance of Chapter 11 compensation per o/c 4-16-14 | 6700-420 | | 51,395.11 | 725,921.05 |
| 04/24/14 | {6} | HARLEYSVILLE INSURANCE | Insurance audit refund | 1129-000 | 7,836.00 | | 733,757.05 |
| 04/24/14 | {17} | CORP US | Refund of studio deposit | 1229-000 | 200.53 | | 733,957.58 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,348.35 | 732,609.23 |
| 05/06/14 | {17} | SYSCO CHICAGO, INC. | Refund of post-petition credit balance | 1229-000 | 1,958.36 | | 734,567.59 |
| 05/13/14 | 105 | HUMANA | Final payment for HBC health insurance | 6950-000 | | 4,464.47 | 730,103.12 |
| 05/13/14 | 106 | WOODRIDGE POLICE DEPARTMENT | Alarm response charges | 6950-000 | | 120.00 | 729,983.12 |
| 05/13/14 | 107 | DELUXE ECHOSTAR LLC | Exhibitor delivery and services fees- Inv. 9055082 | 6950-000 | | 319.60 | 729,663.52 |
| 05/13/14 | 108 | MAESTRANZI BROTHERS | Inv. ##330949 and 326201 | 6950-000 | | 36.00 | 729,627.52 |
| 05/13/14 | 109 | DUPAGE COUNTY PUBLIC WORKS | Water and sewer charges through 2/10/14- Acct. No. 16529913-04 | 6950-000 | | 2,614.69 | 727,012.83 |
| 05/13/14 | 110 | H&L SEWER SERVICE | Inv. ##990 and 1214 | 6950-000 | | 400.00 | 726,612.83 |
| 05/20/14 | {17} | GLOBAL SURETY LLC | Refund of unearned surety bond premium | 1229-000 | 2,011.00 | | 728,623.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,052.77 | 727,571.06 |
| 06/11/14 | {6} | V3 INSURANCE PARTNERS LLC | Refund of unearned workers compensation premium | 1129-000 | 10,956.00 | | 738,527.06 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,020.02 | 737,507.04 |
| 07/09/14 | {17} | SONY PICTURES | Refund of studio deposit | 1229-000 | 7,927.01 | | 745,434.05 |

| | | |
|---|---|---|
| Subtotals : | $1,020,761.33 | $275,327.28 |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-09232
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

**Taxpayer ID #:** **-***0945
**Period Ending:** 01/08/15

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******5968 - Ch 7 Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/14 | {17} | THE WEINSTEIN COMPANY LLC | Refund of studio deposit | 1229-000 | 1,635.50 | | 747,069.55 |
| 07/17/14 | 111 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14 Voided on 07/17/14 | 6950-000 | | 10,763.52 | 736,306.03 |
| 07/17/14 | 111 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14 Voided: check issued on 07/17/14 | 6950-000 | | -10,763.52 | 747,069.55 |
| 07/17/14 | 112 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14 Voided on 07/18/14 | 6950-000 | | 10,763.52 | 736,306.03 |
| 07/18/14 | 112 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14 Voided: check issued on 07/17/14 | 6950-000 | | -10,763.52 | 747,069.55 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,176.90 | 745,892.65 |
| 08/21/14 | 113 | First Midwest Bank | Settlement of secured claim per o/c 8-19-14 | 4210-000 | | 600,000.00 | 145,892.65 |
| 08/21/14 | 114 | ALAN D. LASKO & ASSOCIATES, P.C. | Interim compensation and expenses per o/c 8-19-14 | | | 2,444.50 | 143,448.15 |
| | | | | 3410-000 | 2,403.20 | | 143,448.15 |
| | | | | 3420-000 | 41.30 | | 143,448.15 |
| 08/21/14 | 115 | HIGH RIDGE PARTNERS | Interim compensation and expenses per o/c 8-219-14 | | | 11,584.70 | 131,863.45 |
| | | | | 3731-420 | 10,363.50 | | 131,863.45 |
| | | | | 3732-430 | 1,221.20 | | 131,863.45 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 948.45 | 130,915.00 |
| 09/22/14 | {17} | SONY PICTURES | Wire transfer intended for Hobson Financial Group | 1229-002 | 750.00 | | 131,665.00 |
| 09/23/14 | 116 | HOBSON FINANCIAL GROUP OF ILLINOIS | Wire transfer from Sony Pictures | 8500-002 | | 750.00 | 130,915.00 |
| 09/24/14 | {6} | SERPE INSURANCE AGENCY | Refund of unearned premiums for general liability and property insurance policies | 1129-000 | 21,797.70 | | 152,712.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.36 | 152,506.34 |
| 10/01/14 | 117 | Jermaine Evans | Replace final payroll check #0000124883 (state dated) | 6950-720 | | 196.33 | 152,310.01 |
| 10/07/14 | 118 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for October 2013-Acct No. 3626-1068 | 6950-000 | | 1,394.03 | 150,915.98 |

Subtotals : $24,183.20 $618,701.27

{} Asset reference(s)

Printed: 01/08/2015 08:40 AM    V.13.20

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-09232 |
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC |
| Taxpayer ID #: | **-***0945 |
| Period Ending: | 01/08/15 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5968 - Ch 7 Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/14 | 119 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for November 2013-<br>Acct No. 3626-1068 | 6950-000 | | 2,493.09 | 148,422.89 |
| 10/07/14 | 120 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for December 2013-<br>Acct No. 3626-1068 | 6950-000 | | 4,018.63 | 144,404.26 |
| 10/08/14 | 121 | ILLINOIS DEPARTMENT OF REVENUE | Additional amounts due for sales tax for<br>November 2013- Acct No. 3626-1068 | 6950-000 | | 1,264.98 | 143,139.28 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.21 | 142,920.07 |
| 11/03/14 | {19} | FIRST MIDWEST BANK | Balance on deposit in DIP account | 1290-010 | 3,976.63 | | 146,896.70 |
| 11/04/14 | 122 | ADP, INC. | Preparation of 2014 Form W-2s | 2990-000 | | 1,198.80 | 145,697.90 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.34 | 145,509.56 |

|  | ACCOUNT TOTALS | 1,048,921.16 | 903,411.60 | $145,509.56 |
|---|---|---|---|---|
| | Less: Bank Transfers | 978,283.17 | 0.00 | |
| | Subtotal | 70,637.99 | 903,411.60 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $70,637.99 | $903,411.60 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-09232 | **Trustee:** RICHARD M. FOGEL (330720) |
| **Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** *****5966 - Ch 11- Proceeds & Revenue |
| **Taxpayer ID #:** **-***0945 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/08/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/06/14 | {14} | SHAW FISHMAN CLIENT TRUST ACCOUNT | Earnest money deposit for purchase of business assets per o/c 2-4-14 | | 1129-000 | 100,000.00 | | 100,000.00 |
| 02/10/14 | | JP MORGAN CHASE BANK | Sale of personal property per o/c 2-4-14 | | | 2,708,320.00 | | 2,808,320.00 |
| | {14} | | Sale of business per o/c 2-4-14 | 2,800,000.00 | 1129-000 | | | 2,808,320.00 |
| | {1} | | Credit for cash on hand | 8,000.00 | 1129-000 | | | 2,808,320.00 |
| | {17} | | Credits for pre-paid rent & film costs | 41,330.00 | 1229-000 | | | 2,808,320.00 |
| | | | Credit for gift cards | -116,350.00 | 6950-000 | | | 2,808,320.00 |
| | | | Credit for assumed vacation pay | -20,890.00 | 6950-000 | | | 2,808,320.00 |
| | | | Inventory adjustment | -3,770.00 | 6950-000 | | | 2,808,320.00 |
| 02/11/14 | 101 | FPC Funding II, LLC | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 59,600.00 | 2,748,720.00 |
| 02/11/14 | 102 | Lease Corporation of America | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 9,000.00 | 2,739,720.00 |
| 02/11/14 | 103 | Sterling National Bank | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 60,000.00 | 2,679,720.00 |
| 02/11/14 | 104 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 55,000.00 | 2,624,720.00 |
| 02/11/14 | 105 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 55,000.00 | 2,569,720.00 |
| 02/11/14 | 106 | Element Financial Corp | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 20,000.00 | 2,549,720.00 |
| 02/11/14 | 107 | Advantage Leasing Corporation | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 4,000.00 | 2,545,720.00 |
| 02/11/14 | 108 | M2 Lease Funds LLC | Satisfaction of secured claim per o/c 2-4-14 | | 4210-000 | | 10,000.00 | 2,535,720.00 |
| 02/11/14 | 109 | First Midwest Bank | Partial payment of secured claim per o/c 2-4-14 | | 4210-000 | | 1,600,000.00 | 935,720.00 |
| 02/11/14 | 110 | INTERNATIONAL SURETIES, LTD. | Additional bond premium | | 2300-000 | | 3,047.00 | 932,673.00 |
| 02/11/14 | 111 | ROMAY CORP. | Transcripts of Auction Sale | | 2500-000 | | 816.12 | 931,856.88 |
| 02/11/14 | 112 | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer to operating account to cover Cobra Capital/Republic Bank transaction | | 8500-002 | | 85,000.00 | 846,856.88 |
| 02/12/14 | | To Account #*****5967 | Account Transfer for Kimco Escrow per o/c 2-11-14 | | 9999-000 | | 10,000.00 | 836,856.88 |
| 02/12/14 | 113 | WOODGROVE FESTIVAL 563 LLC | Cure costs for HBC lease per o/c 2-11-14 | | 2500-000 | | 60,175.07 | 776,681.81 |
| 02/12/14 | 114 | WOODGROVE FESTIVAL 563 LLC | Termination fee for Formosa Cafe lease per o/c 2-11-14 | | 2500-000 | | 25,000.00 | 751,681.81 |
| 02/25/14 | {16} | C&S STORE FIXTURE, INC. | Purchase of Formosa kitchen equipment per o/c 2-25-14 | | 1129-000 | 7,500.00 | | 759,181.81 |
| 02/25/14 | 115 | R.M.C. INDUSTRIAL SERVICES | Sales agent fee per o/c 2-25-14 | | 3991-000 | | 1,050.00 | 758,131.81 |
| 03/03/14 | {16} | HOLLYWOOD BOULEVARD CINEMA- OPERATING ACCOUNT | Purchase of Formosa furnishings and memorabilia | | 1129-000 | 3,000.00 | | 761,131.81 |
| 03/12/14 | | From Account #*****5967 | Account Transfer- Return unused escrow funds to sale proceeds account | | 9999-000 | 1,423.00 | | 762,554.81 |
| 03/17/14 | 116 | CMC Construction Management | Removal of dragon sculpture and lighting | | 2410-000 | | 4,510.00 | 758,044.81 |

Subtotals : $2,820,243.00   $2,062,198.19

{} Asset reference(s)

Printed: 01/08/2015 08:40 AM   V.13.20

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 13-09232 |
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC |
| Taxpayer ID #: | **-***0945 |
| Period Ending: | 01/08/15 |

| | |
|---|---|
| Trustee: | RICHARD M. FOGEL (330720) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5966 - Ch 11- Proceeds & Revenue |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corporation | fixtures at Formosa Cafe- Inv. ##33032 and 33033 | | | | |
| 03/24/14 | {19} | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer of funds from chapter 11 operating account | 1290-010 | 220,000.00 | | 978,044.81 |
| 03/24/14 | {17} | HOBSON FINANCIAL GROUP OF ILLINOIS | ADP refund credited to buyer's account | 1229-000 | 238.36 | | 978,283.17 |
| 03/26/14 | | To Account #******5968 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | | 978,283.17 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,040,481.36** | **3,040,481.36** | **$0.00** |
| Less: Bank Transfers | 1,423.00 | 988,283.17 | |
| **Subtotal** | **3,039,058.36** | **2,052,198.19** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,039,058.36** | **$2,052,198.19** | |

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-09232 |
| **Case Name:** | HOLLYWOOD BOULEVARD CINEMA, LLC |
| **Taxpayer ID #:** | **-***0945 |
| **Period Ending:** | 01/08/15 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5967 - Kimco Escrow Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/14 | | From Account #******5966 | Account Transfer for Kimco Escrow per o/c 2-11-14 | 9999-000 | 10,000.00 | | 10,000.00 |
| 03/12/14 | | To Account #******5966 | Account Transfer- Return unused escrow funds to sale proceeds account | 9999-000 | | 1,423.00 | 8,577.00 |
| 03/12/14 | 101 | Woodgrove Festival 563 LLC | Payment of final cure costs for lease per o/c 2-11-14 | 2500-000 | | 8,577.00 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | **$0.00** |
| Less: Bank Transfers | 10,000.00 | 1,423.00 | |
| **Subtotal** | **0.00** | **8,577.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,577.00** | |

| | |
|---|---|
| Net Receipts : | 3,109,696.35 |
| Plus Gross Adjustments : | 141,010.00 |
| Less Other Noncompensable Items : | 86,500.00 |
| Net Estate : | $3,164,206.35 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5968** | **70,637.99** | **903,411.60** | **145,509.56** |
| **Checking # ******5966** | **3,039,058.36** | **2,052,198.19** | **0.00** |
| **Checking # ******5967** | **0.00** | **8,577.00** | **0.00** |
| | **$3,109,696.35** | **$2,964,186.79** | **$145,509.56** |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

**Case Number:** 13-09232

**Debtor Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

Page: 1

**Date:** January 8, 2015
**Time:** 08:40:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $6,736.78 | $0.00 | 6,736.78 |
| B 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $305.46 | $0.00 | 305.46 |
| FF 200 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 S. LaSALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $6,496.80 | $2,403.20 | 4,093.60 |
| GG 200 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 S. LaSALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $97.78 | $41.30 | 56.48 |
| CCC 200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $14,672.50 | $0.00 | 14,672.50 |
| DDD 200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $644.63 | $0.00 | 644.63 |
| EEE 200 | HIGH RIDGE PARTNERS<br>140 S. DEARBORN ST., SUITE 420<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $12,474.00 | $10,363.50 | 2,110.50 |
| FFF 200 | HIGH RIDGE PARTNERS<br>140 S. DEARBORN, SUITE 420<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $1,265.10 | $1,221.20 | 43.90 |
| AA 300 | RICHARD M. FOGEL<br>SHAW FISHMAN<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 11 | | $110,250.00 | $110,250.00 | 0.00 |
| BB 300 | RICHARD M. FOGEL<br>SHAW FISHMAN<br>321 N. CLARK STREET, SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 11 | | $219.72 | $219.72 | 0.00 |
| CC 300 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 11 | | $88,671.50 | $88,671.50 | 0.00 |
| DD 300 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 11 | | $1,907.39 | $1,907.39 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

---

**Case Number:** 13-09232
**Debtor Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

Page: 2

**Date:** January 8, 2015
**Time:** 08:40:44 AM

---

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EE 300 | HIGH RIDGE PARTNERS 140 S. Dearborn Street, Suite 420 Chicago, IL 60603 | Admin Ch. 11 | Total fees were $149,053.50 and total expenses were $4,017.68.  Interim compensation of $101,676.08 was paid prior to conversion. | $51,395.11 | $51,395.11 | 0.00 |
| 41 350 | Illinois Department of Employment Security 33 S. State Street, 10th Floor Chicago, IL 60603 | Admin Ch. 11 | | $6,505.96 | $0.00 | 6,505.96 |
| 49 350 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Admin Ch. 11 | Claim filed after completion of IDOR audit | $125,645.06 | $0.00 | 125,645.06 |
| 15P 505 | Sysco Chicago Inc Attn Gene Engle 250 Wieboldt Drive Des Plaines, IL 60016-3192 | Priority | 503(b)(9)  claim | $72,810.86 | $0.00 | 72,810.86 |
| 1P-3 570 | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Priority | Amended 8-26-14 | $234,884.83 | $0.00 | 234,884.83 |
| 38P 570 | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 | Priority | | $6,304.43 | $0.00 | 6,304.43 |
| 39P 570 | Illinois Department of Employment Security 33 South State Street Attn: Bankruptcy Unit - 10th flr. Chicago, IL 60603 | Priority | | $1,250.05 | $0.00 | 1,250.05 |
| 37-2P 570 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | Amended October xx, 2014 after completion of IDOR audit | $619,673.31 | $0.00 | 619,673.31 |
| 2S 100 | General Electric Capital Corp P.O. Box 740425 Atlanta, GA 30374-0425 | Secured | | $55,000.00 | $55,000.00 | 0.00 |
| 3S 100 | General Electric Capital Corp P.O. Box 740425 Atlanta, GA 30374-0425 | Secured | | $55,000.00 | $55,000.00 | 0.00 |
| 10S-2 100 | Sterling National Bank Attn: John O'Toole 42 Broadway, 3rd Floor New York, NY 10004 | Secured | | $60,000.00 | $60,000.00 | 0.00 |
| 12S 100 | M2 Lease Funds LLC 175 N. Patrick Blvd Suite 140 Brookfield, WI 53045 | Secured | | $10,000.00 | $10,000.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

**Case Number:** 13-09232
**Debtor Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

Page: 3

**Date:** January 8, 2015
**Time:** 08:40:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13S 100 | Lease Corporation of America<br>3150 Livernois Rd<br>Suite 300<br>Troy, MI 48083 | Secured | | $9,000.00 | $9,000.00 | 0.00 |
| 17S 100 | FPC Funding II, LLC<br>c/o Thomas V. Askounis<br>444 N. Michigan Ave. Ste. 3270<br>Chicago, IL 60611 | Secured | | $59,600.00 | $59,600.00 | 0.00 |
| 20S 100 | Coactiv Capital Partners, Inc.<br>c/o Flamm Walton, P.C.<br>794 Penllyn Pike<br>Blue Bell, PA 19422 | Secured | Superceded by #34 | $0.00 | $0.00 | 0.00 |
| 21S 100 | Advantage Leasing Corporation<br>13400 Bishops Lane Suite 280<br>Brookfield, WI 53005 | Secured | Balance of claim unsecured per o/c 2-4-14 | $4,000.00 | $4,000.00 | 0.00 |
| 24 100 | Republic Bank of Chicago<br>c/o Edward P. Freud, Esq<br>222 N. LaSalle Street,Suite 700<br>Chicago, IL 60601 | Secured | Withdrawn | $0.00 | $0.00 | 0.00 |
| 30 100 | First Midwest Bank<br>c/o Carlson Dash, LLC<br>216 S. Jefferson St.<br>Chicago, IL 60661 | Secured | Secured claim settled for $2,200,000, per o/c 8-19-14.  Balance of claim withdrawn 9/22/14. | $2,200,000.00 | $2,200,000.00 | 0.00 |
| 34S 100 | Element Financial Corp<br>f/k/a CoActiv Capital Partners, Inc<br>794 Penllyn Pike<br>Blue Bell, PA 19422-1669 | Secured | Supercedes #20 | $20,000.00 | $20,000.00 | 0.00 |
| 1U-3 610 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | Amended 8-26-14 | $157,325.69 | $0.00 | 157,325.69 |
| 2U 610 | General Electric Capital Corp<br>P.O. Box 740425<br>Atlanta, GA 30374-0425 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $16,600.19 | $0.00 | 16,600.19 |
| 3U 610 | General Electric Capital Corp<br>P.O. Box 740425<br>Atlanta, GA 30374-0425 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $84,318.56 | $0.00 | 84,318.56 |
| 4 610 | Equipment Service Professionals, Inc.<br>2379 N 2750 W Road<br>Kankakee, IL 60901 | Unsecured | | $17,343.73 | $0.00 | 17,343.73 |
| 5 610 | Schindler Elevator Corporation<br>1530 Timberwolf Drive<br>Holland, OH 43528 | Unsecured | | $1,080.24 | $0.00 | 1,080.24 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 21, 2014

| Case Number: 13-09232 | Page: 4 | Date: January 8, 2015 |
|---|---|---|
| Debtor Name: HOLLYWOOD BOULEVARD CINEMA, LLC | | Time: 08:40:44 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | Equipment Service Professionals, Inc.<br>2379 N 2750 W Road<br>Kankakee, IL 60901 | Unsecured | Duplicate of #4 | $0.00 | $0.00 | 0.00 |
| 7<br>610 | CIT Technology Financing Services, Inc<br>c/o Weltman, Weinberg & Reis<br>175 S. Third Street, Ste 900<br>Columbus, OH 43215 | Unsecured | | $33,722.28 | $0.00 | 33,722.28 |
| 8 -3<br>610 | U S Small Business Administration<br>c/o US DOJ, Attn: Joel Nathan<br>219 S Dearborn St., 5th Floor<br>Chicago, IL 60661 | Unsecured | Amended claim per o/c 8-19-14 | $463,799.54 | $0.00 | 463,799.54 |
| 9<br>610 | Twentieth Century Fox Film Corp<br>Fox Group Legal Attn: Randy Kender<br>Pob 900<br>Los Angeles, CA 90213 | Unsecured | | $23,415.28 | $0.00 | 23,415.28 |
| 10U-2<br>610 | Sterling National Bank<br>Attn: John O'Toole<br>42 Broadway, 3rd Floor<br>New York, NY 10004 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $65,830.00 | $0.00 | 65,830.00 |
| 11<br>610 | Michigan Commercial Insurance Mutal<br>P.O. Box 80440<br>Lansing, MI 48908-0440 | Unsecured | | $31,860.00 | $0.00 | 31,860.00 |
| 12U<br>610 | M2 Lease Funds LLC<br>175 N. Patrick Blvd<br>Suite 140<br>Brookfield, WI 53045 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $10,436.00 | $0.00 | 10,436.00 |
| 13U<br>610 | Lease Corporation of America<br>3150 Livernois Rd<br>Suite 300<br>Troy, MI 48083 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $8,644.89 | $0.00 | 8,644.89 |
| 14<br>610 | Internet Presence Consulting, Inc.<br>182 Brookwood Lane East<br>Bolingbrook, IL 60440 | Unsecured | | $9,342.50 | $0.00 | 9,342.50 |
| 15U<br>610 | Sysco Chicago Inc<br>Attn Gene Engle<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3192 | Unsecured | | $113,140.05 | $0.00 | 113,140.05 |
| 16<br>610 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, MD 21094 | Unsecured | | $131.82 | $0.00 | 131.82 |
| 17U<br>610 | FPC Funding II, LLC<br>c/o Akounis & Darcy<br>444 N. Michigan Av., Suite 3270<br>Chicago, IL 60611 | Unsecured | Amended to reflect unsecured deficiency balance per o/c 2-4-14. Superceded by #45. | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

**Case Number:** 13-09232      Page: 5      **Date:** January 8, 2015
**Debtor Name:** HOLLYWOOD BOULEVARD CINEMA, LLC      **Time:** 08:40:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18￼610 | CBeyond￼320 Interstate North Parkway￼Atlanta, GA 30339 | Unsecured | | $2,944.02 | $0.00 | 2,944.02 |
| 19￼610 | McKee & Gunderson PC￼Jeffrey McKee￼10412 Allisonville Road,Suite 210￼Fishers, IN 46038 | Unsecured | | $6,645.00 | $0.00 | 6,645.00 |
| 20U￼610 | Coactiv Capital Partners, Inc.￼c/o Flamm Walton, P.C.￼794 Penllyn Pike￼Blue Bell, PA 19422 | Unsecured | Superceded by #34 | $0.00 | $0.00 | 0.00 |
| 21U￼610 | Advantage Leasing Corporation￼13400 Bishops Lane Suite 280￼Brookfield, WI 53005 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $2,312.96 | $0.00 | 2,312.96 |
| 22￼610 | Signs Now￼1548 Ogden Ave.￼Downers Grove, IL 60515 | Unsecured | | $2,464.50 | $0.00 | 2,464.50 |
| 23￼610 | Susquehanna Commercial Finance, Inc.￼2 Country View Road, Suite 300￼Malvern, PA 19355 | Unsecured | | $158,755.14 | $0.00 | 158,755.14 |
| 25￼610 | American Express Travel Related Services Company, Inc.￼c o Becket and Lee LLP,POB 3001￼Malvern, PA 19355-0701 | Unsecured | | $5,101.63 | $0.00 | 5,101.63 |
| 26￼610 | Hospitality Solutions Intl.￼9977 N. 90th Street￼Suite 300￼Scottsdale, AZ 85258-4428 | Unsecured | | $2,768.00 | $0.00 | 2,768.00 |
| 27￼610 | Clear Channel Outdoor￼Attn: Bankruptcy Specialist￼P.O. Box 591790￼San Antonio, TX 78258 | Unsecured | | $7,000.00 | $0.00 | 7,000.00 |
| 28￼610 | Concession Services, Inc.￼1723 S. Michigan Ave.￼Chicago, IL 60616 | Unsecured | | $9,897.23 | $0.00 | 9,897.23 |
| 29￼610 | Tribune Company￼d/b/a Tribune Media Group,c/o Blue Lynx Media,2501 S State Hwy 121 Bus Bldg #800￼Lewisville, TX 75067 | Unsecured | | $4,826.00 | $0.00 | 4,826.00 |
| 31￼610 | MC Squared Energy Services, LLC￼Two North Riverside Plaza￼Suite 1350￼Chicago, IL 60606 | Unsecured | | $4,518.62 | $0.00 | 4,518.62 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

**Case Number:** 13-09232  
**Debtor Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

Page: 6

**Date:** January 8, 2015  
**Time:** 08:40:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32<br>610 | Woodgrove Festival 563 LLC<br>c/o Kimco North Trust<br>Gary Bazydio,10600 W. Higgins,Suite 408<br>Des Plaines, IL 60018 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 33<br>610 | Western Equipment Finance<br>Vogel Law Firm, ATTn: Jon R Brakke<br>PO Box 1389<br>Fargo, ND 58107-1389 | Unsecured | Collateral abandoned per o/c 2-19-14 | $47,169.05 | $0.00 | 47,169.05 |
| 34U<br>610 | Element Financial Corp<br>f/k/a CoActiv Capital Partners, Inc<br>794 Penllyn Pike<br>Blue Bell, PA 19422-1669 | Unsecured | Balance of claim unsecured per o/c 2-4-14 | $39,448.82 | $0.00 | 39,448.82 |
| 35<br>610 | Jeffrey Hu<br>11724 South Decathlon Lane<br>Plainfield, IL 60585 | Unsecured | | $20,000.00 | $0.00 | 20,000.00 |
| 36<br>610 | Sun-Times Media dba Chicago Sun-Times<br>c/o Laurie Robertson<br>350 N Orleans, 10th Fl<br>Chicago, IL 60654 | Unsecured | | $7,854.00 | $0.00 | 7,854.00 |
| 37U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $5,651.17 | $0.00 | 5,651.17 |
| 38U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $351.86 | $0.00 | 351.86 |
| 39U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $610.00 | $0.00 | 610.00 |
| 40<br>610 | Michigan Commercial Insurance Mutual<br>1044 Eastbury Drive<br>Lansing,, MI 48917 | Unsecured | | $14,567.00 | $0.00 | 14,567.00 |
| 42<br>610 | Sysco Chicago, Inc.<br>Attn:  Gene Engle<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3192 | Unsecured | Duplicate of #15 | $0.00 | $0.00 | 0.00 |
| 43<br>610 | Commonwealth Edison<br>Bankruptcy Department<br>3 Lincoln Center, 4th Floor<br>Oak Brook Terrace, IL 60181 | Unsecured | | $2,502.33 | $0.00 | 2,502.33 |
| 44<br>610 | DuPage Co. Public Works<br>c/o Barbara Reynolds<br>503 N. County Farm Road<br>Wheaton, IL 60187 | Unsecured | | $4,345.28 | $0.00 | 4,345.28 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 21, 2014

**Case Number:** 13-09232                      Page:  7                      **Date:** January 8, 2015
**Debtor Name:**  HOLLYWOOD BOULEVARD CINEMA, LLC                           **Time:** 08:40:44 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 45<br>610 | FPC Funding II, LLC<br>1310 Madrid Street<br>Marshall, MN 56258 | Unsecured | Supercedes #17U | $106,641.12 | $0.00 | 106,641.12 |
| 46<br>610 | Great Hollywood Theaters Group, LLC<br>c/o David Newby<br>650 Warrenville Road, Duite 500<br>Lisle, IL 60532 | Unsecured | | $500,000.00 | $0.00 | 500,000.00 |
| 47<br>610 | Elavon<br>7300 Chapman Highway<br>Knoxville, TN 37920 | Unsecured | | $5,000.00 | $0.00 | 5,000.00 |
| 48<br>620 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $24,585.92 | $0.00 | 24,585.92 |
| **<< Totals >>** | | | | 5,857,761.69 | 2,739,072.92 | 3,118,688.77 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09232
Case Name: HOLLYWOOD BOULEVARD CINEMA, LLC
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**                    $            145,509.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:                         $         145,509.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - RICHARD M. FOGEL | 6,736.78 | 0.00 | 6,736.78 |
| Trustee, Expenses - RICHARD M. FOGEL | 305.46 | 0.00 | 305.46 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 14,672.50 | 0.00 | 14,672.50 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 644.63 | 0.00 | 644.63 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 6,496.80 | 2,403.20 | 4,093.60 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 97.78 | 41.30 | 56.48 |
| Other Fees: HIGH RIDGE PARTNERS | 12,474.00 | 10,363.50 | 2,110.50 |
| Other Expenses: HIGH RIDGE PARTNERS | 1,265.10 | 1,221.20 | 43.90 |

Total to be paid for chapter 7 administration expenses:    $         28,663.85
Remaining balance:                                         $        116,845.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Other Expenses: Illinois Department of Employment Security | 6,505.96 | 0.00 | 5,752.46 |
| Other Expenses: Illinois Department of Revenue | 125,645.06 | 0.00 | 111,093.25 |

Total to be paid for prior chapter administrative expenses:    $        116,845.71
Remaining balance:                                             $              0.00

**UST Form 101-7-TFR (05/1/2011)**

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $934,923.48 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-3 | Department of Treasury-Internal Revenue Service | 234,884.83 | 0.00 | 0.00 |
| 15P | Sysco Chicago Inc | 72,810.86 | 0.00 | 0.00 |
| 38P | Illinois Department of Employment Security | 6,304.43 | 0.00 | 0.00 |
| 39P | Illinois Department of Employment Security | 1,250.05 | 0.00 | 0.00 |
| 37-2P | Illinois Department of Revenue | 619,673.31 | 0.00 | 0.00 |

Total to be paid for priority claims:    $        0.00

Remaining balance:    $        0.00

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 1,998,364.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-3 | Department of Treasury-Internal Revenue Service | 157,325.69 | 0.00 | 0.00 |
| 2U | General Electric Capital Corp | 16,600.19 | 0.00 | 0.00 |
| 3U | General Electric Capital Corp | 84,318.56 | 0.00 | 0.00 |
| 4 | Equipment Service Professionals, Inc. | 17,343.73 | 0.00 | 0.00 |
| 5 | Schindler Elevator Corporation | 1,080.24 | 0.00 | 0.00 |
| 7 | CIT Technology Financing Services, Inc | 33,722.28 | 0.00 | 0.00 |
| 8 -3 | U S Small Business Administration | 463,799.54 | 0.00 | 0.00 |
| 9 | Twentieth Century Fox Film Corp | 23,415.28 | 0.00 | 0.00 |
| 10U-2 | Sterling National Bank | 65,830.00 | 0.00 | 0.00 |
| 11 | Michigan Commercial Insurance Mutal | 31,860.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 12U | M2 Lease Funds LLC | 10,436.00 | 0.00 | 0.00 |
| 13U | Lease Corporation of America | 8,644.89 | 0.00 | 0.00 |
| 14 | Internet Presence Consulting, Inc. | 9,342.50 | 0.00 | 0.00 |
| 15U | Sysco Chicago Inc | 113,140.05 | 0.00 | 0.00 |
| 16 | United Parcel Service | 131.82 | 0.00 | 0.00 |
| 18 | CBeyond | 2,944.02 | 0.00 | 0.00 |
| 19 | McKee & Gunderson PC | 6,645.00 | 0.00 | 0.00 |
| 21U | Advantage Leasing Corporation | 2,312.96 | 0.00 | 0.00 |
| 22 | Signs Now | 2,464.50 | 0.00 | 0.00 |
| 23 | Susquehanna Commercial Finance, Inc. | 158,755.14 | 0.00 | 0.00 |
| 25 | American Express Travel Related Services | 5,101.63 | 0.00 | 0.00 |
| 26 | Hospitality Solutions Intl. | 2,768.00 | 0.00 | 0.00 |
| 27 | Clear Channel Outdoor | 7,000.00 | 0.00 | 0.00 |
| 28 | Concession Services, Inc. | 9,897.23 | 0.00 | 0.00 |
| 29 | Tribune Company | 4,826.00 | 0.00 | 0.00 |
| 31 | MC Squared Energy Services, LLC | 4,518.62 | 0.00 | 0.00 |
| 33 | Western Equipment Finance | 47,169.05 | 0.00 | 0.00 |
| 34U | Element Financial Corp | 39,448.82 | 0.00 | 0.00 |
| 35 | Jeffrey Hu | 20,000.00 | 0.00 | 0.00 |
| 36 | Sun-Times Media dba Chicago Sun-Times | 7,854.00 | 0.00 | 0.00 |
| 37U | Illinois Department of Revenue | 5,651.17 | 0.00 | 0.00 |
| 38U | Illinois Department of Employment Security | 351.86 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 610.00 | 0.00 | 0.00 |
| 40 | Michigan Commercial Insurance Mutual | 14,567.00 | 0.00 | 0.00 |
| 43 | Commonwealth Edison | 2,502.33 | 0.00 | 0.00 |
| 44 | DuPage Co. Public Works | 4,345.28 | 0.00 | 0.00 |
| 45 | FPC Funding II, LLC | 106,641.12 | 0.00 | 0.00 |
| 46 | Great Hollywood Theaters Group, LLC | 500,000.00 | 0.00 | 0.00 |
| 47 | Elavon | 5,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $           0.00

Remaining balance: $           0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 24,585.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48 | Nicor Gas | 24,585.92 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00