# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-09232 |
| HOLLYWOOD BOULEVARD CINEMA, | ) | Hon. Eugene Wedoff |
| LLC, | ) | |
| | ) | |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Alan D. Lasko and Alan D. Lasko & Associates, P.C. |
| Authorized to Provide Professional Services to: | Richard M. Fogel, not individually, but solely in his capacity as chapter 7 trustee for Hollywood Boulevard Cinema, LLC |
| Date of Order Authorizing Employment: | April 2, 2014, effective as of March 19, 2014 |
| Period for Which Compensation is Sought: | May 6, 2014 – December 22, 2014 |
| Amount of Fees Sought: | $4,093.60 |
| Amount of Expense Reimbursement Sought: | $56.48 |

| This is a(n): | ☐ Interim Application | ☒ Final Application |
|---|---|---|

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| July 24, 2014 | Mar. 19, 2014 – May 5, 2014 | $2,444.50 | $2,444.50 | $0.00 |
| | | | | |

| | |
|---|---|
| Applicant:  Alan D. Lasko and Alan D. Lasko & Associates, P.C. | Richard M. Fogel, not individually, but solely in his capacity as chapter 7 trustee for Hollywood Boulevard Cinema, LLC |
| Date:   December 23, 2014 | By:   /s/ Richard M. Fogel |
| | Trustee |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hollywood Boulevard Cinema, LLC | ) | No. 13 B 09232 |
| | ) | |
| 20-2850945 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |

### SECOND AND FINAL APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request second and final compensation of $4,093.60 and expenses of $56.48

for the time period from May 6, 2014 through December 22, 2014. A detail is provided herein

for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.

### INTRODUCTION

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## HOLLYWOOD BOULEVARD CINEMA, LLC

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

### GENERAL

The Debtor filed a petition under Chapter 11 on or about March 8, 2013. The proceedings converted to one under Chapter 7 on March 18, 2014 and a Trustee was subsequently appointed. On April 2, 2014 nunc pro tunc to March 19, 2014, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's final year 2014 income tax returns.

### FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 36.0 hours of ADLPC's time spent and recorded in performing services during the Second and Final

2

## HOLLYWOOD BOULEVARD CINEMA, LLC

Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

3

### HOLLYWOOD BOULEVARD CINEMA, LLC

**BILLING**

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost    $118.00

A recap of compensation for this category is as follows:

|                   | Hours | Rate | Amount |
|-------------------|-------|------|--------|
| A. Lasko          | 0.2   | $ 280.00 | $ 56.00 |
| C. Wilson, Staff  | 1.0   | 62.00 | 62.00 |
|                   | 1.2   |      | $ 118.00 |

**TAX PREPARATION**

The Applicant incurred 34.8 hours in the preparation of the Estate's final year 2014 workpapers and income tax returns.

The work also included but was not limited to the following:

- Recap of Form 2 of Trustee and operating reports.
- Record sale of assets.
- Analyze and write-off worthless assets on the books of the Debtor.
- Calculate entity's discharge of indebtedness for tax purposes.
- Estimated time of preparation of final information tax returns.

Cost    $3,975.60

4

## HOLLYWOOD BOULEVARD CINEMA, LLC

A recap of compensation for this category is as follows:

|                     | Hours | Rate |        | Amount |          |
|---------------------|-------|------|--------|--------|----------|
| A. Lasko            | 4.0   | $    | 280.00 | $      | 1,120.00 |
| K. Seyller, Staff   | 8.8   |      | 122.00 |        | 1,073.60 |
| R. Berenguer, Staff | 22.0  |      | 81.00  |        | 1,782.00 |
|                     | 34.8  |      |        | $      | 3,975.60 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

|                  |       |   |       |
|------------------|-------|---|-------|
| Owner            | $275  | - | $280  |
| Manager/Director | 220   | - | 275   |
| Supervisors      | 160   | - | 220   |
| Senior           | 120   | - | 160   |
| Assistant        | 65    | - | 120   |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim | | Second and Final | | Total | |
|------------------|---------------|---|------------------|---|-------|---|
| Billing          | $ | 117.60    | $ | 118.00   | $ | 235.60   |
| Tax Preparation  |   | 2,285.60  |   | 3,975.60 |   | 6,261.20 |
| Net Request      | $ | 2,403.20  | $ | 4,093.60 | $ | 6,496.80 |

5

## HOLLYWOOD BOULEVARD CINEMA, LLC

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.4 | $ 235.60 | $ 98.17 |
| Tax Preparation | 52.0 | 6,261.20 | $ 120.41 |
| | 54.4 | $ 6,496.80 | $ 119.43 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim | Second and Final | Total |
|---|---|---|---|
| Delivery | $ 8.00 | $ 11.58 | $ 19.58 |
| Copy Costs | 33.30 | 44.90 | 78.20 |
| | $ 41.30 | 56.48 | $ 97.78 |

The Applicant received its First Interim compensation of $2,403.20 and expenses of $41.30 for the time period from March 19, 2014 through May 5, 2014.

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has

## HOLLYWOOD BOULEVARD CINEMA, LLC

taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

## HOLLYWOOD BOULEVARD CINEMA, LLC

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate.   ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.   Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.   Therefore, the requested second and final

8

## HOLLYWOOD BOULEVARD CINEMA, LLC

compensation of $4,093.60 and expenses of $56.48 should be allowed for services by your

Applicant for the period May 6, 2014 through December 22, 2014.

_____

Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hollywood Boulevard Cinema, LLC | ) | No. 13 B 09232 |
| | ) | |
| 20-2850945 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

**STATE OF ILLINOIS)**
              **)**       **SS.**
**COUNTY OF COOK )**

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.    I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Richard M. Fogel, Chapter 7 Trustee in this case ("Trustee").

2.    I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.    The Applicant received its First Interim compensation of $2,403.20 and expenses of $41.30 for the time period from March 19, 2014 through May 5, 2014.

10

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _22nd_ day of December, 2014.

_Claudette Wilson_
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

11

<u>**EXHIBIT A**</u>

<u>**ORDER OF EMPLOYMENT**</u>

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-09232 |
| | ) | |
| HOLLYWOOD BOULEVARD | ) | Chapter:  7 |
| CINEMA, LLC, | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) ) | | |

### ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANTS

This matter having come on to be heard on the application of Richard M. Fogel, the Chapter 7 Trustee (the "Trustee") of the estate of Hollywood Boulevard Cinema, LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P.2014 (a), for authority to employ and retain Alan D. Lasko ("Lasko") and the firm of Alabn D. Lasko & Associates, P.C. as his accountants in connection with the Debtor's Chapter 7 case (the "Application"), all as more particularly set forth therein, notice of the Application having been served on the parties entitled to same, and the Court being advised in the premises,

IT IS ORDERED:

1. The Trustee is authorized to employ Lasko as his accountant, effective as of March 19, 2014.

2. Compensation for services rendered and reimbursement of expenses incurred shall be subject to further order of Court upon appropriate application, notice and hearing.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  April 02, 2014

**Prepared by:**

Richard M. Fogel (#312714)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60654
(312) 541-0151

## EXHIBIT B

## PERSONNEL

## HOLLYWOOD BOULEVARD CINEMA, LLC

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 28 years. He brings his 38 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Karen Seyller – Staff

Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years. Duties include the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She is also attending John Marshall Law School to complete her JD in 2014.

## HOLLYWOOD BOULEVARD CINEMA, LLC

Joseph Lasko – Staff

Mr. Lasko is a third-year staff intern person performing accounting and tax services.  Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.  Mr. Lasko has also completed several post graduate accounting courses.

Rafael D. Berenguer – Staff

Mr. Berenguer is an intern staff accountant performing accounting and tax services. Mr. Berenguer has a Bachelor's and Master's Degree in Accounting from the University of Illinois at Chicago.  Mr. Berenguer is currently taking the various parts of the CPA examination.

**EXHIBIT C**

**STAFF LEVELS**

## HOLLYWOOD BOULEVARD CINEMA, LLC

### STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

#### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

#### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

#### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

## EXHIBIT D-1

## TAX PREPARATION

12/22/2014                          Alan D. Lasko & Associates, P.C.
4:14 PM                                  Pre-bill Worksheet                              Page      1

---

|                        | Selection Criteria                                |
|------------------------|---------------------------------------------------|
| Clie.Selection         | Include: Hollywood Blvd.002; Hollywood Blvd.012   |

| Nickname     | Hollywood Blvd.002 | 4395            |
|--------------|-------------------------------------|
| Full Name    | Hollywood Boulevard Cinema LLC      |
| Address      | c/o Richard M. Fogel, Trustee       |
|              | 321 N. Clark Street                 |
|              | Suite 800                           |
|              | Chicago IL 60654                    |

| Phone 1       |                        | Phone 2 |                  |
|---------------|------------------------|---------|------------------|
| Phone 3       |                        | Phone 4 |                  |
| In Ref To     | tax preparation        |         |                  |
| Fees Arrg.    | By billing value on each slip    |         |        |
| Expense Arrg. | By billing value on each slip    |         |        |
| Tax Profile   | Exempt                 |         |                  |
| Last bill     | 5/5/2014               |         |                  |
| Last charge   | 12/21/2014             |         |                  |
| Last payment  | 8/23/2014              | Amount  | $2,326.90        |

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 11/21/2014 130572 | A. Lasko 800 | 280.00 | 0.20 | 56.00 | Billable |
| | assist staff with workpapers for final return re: cash recap of operating reports detail | | | | |
| 11/21/2014 130575 | R. Berenguer 800 | 81.00 | 4.40 | 356.40 | Billable |
| | Preparation of workpapers - 2014 | | | | |
| 11/24/2014 130613 | R. Berenguer 800 | 81.00 | 5.70 | 461.70 | Billable |
| | Preparation of workpapers - 2014 | | | | |
| 11/25/2014 130655 | R. Berenguer 800 | 81.00 | 5.10 | 413.10 | Billable |
| | Preparation of workpapers - 2014 | | | | |
| 12/1/2014 130686 | K. Seyller 800 | 122.00 | 0.90 | 109.80 | Billable |
| | Reviewed operating report summaries for Jan-Mar 2014 for the fiscal year 2013 partnership tax return | | | | |
| 12/1/2014 130688 | R. Berenguer 800 | 81.00 | 4.20 | 340.20 | Billable |
| | Preparation of workpapers and Tax Return - 2014 | | | | |

12/22/2014
4:14 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page    2

Hollywood Blvd.002:Hollywood Boulevard Cinema LLC (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/2/2014 130746 | K. Seyller 800 initial review of workpapers and tax returns for final | 122.00 | 1.70 | 207.40 | Billable |
| 12/3/2014 130819 | K. Seyller 800 Reviewed excel summary of expense categorizations and income for January 2014 from general accounting register within the operating report | 122.00 | 0.90 | 109.80 | Billable |
| 12/3/2014 130820 | K. Seyller 800 Reviewed excel summary of expense categorizations and income for February 2014 from general accounting register within the operating report | 122.00 | 0.60 | 73.20 | Billable |
| 12/4/2014 130822 | K. Seyller 800 Reviewed sale of assets based on the relative sales value method | 122.00 | 0.80 | 97.60 | Billable |
| 12/4/2014 130831 | K. Seyller 800 prepared changes to staffs work re: certain balance sheet items and expense recaps for final return | 122.00 | 2.70 | 329.40 | Billable |
| 12/5/2014 130795 | A. Lasko 800 tax review for final return and partnership discharge income changes to be made | 280.00 | 1.10 | 308.00 | Billable |
| 12/5/2014 130804 | R. Berenguer 800 preparation of workpapers and tax return - changes to final work | 81.00 | 1.70 | 137.70 | Billable |
| 12/5/2014 130809 | A. Lasko 800 assisted staff with discharge of indebtedness for tax purposes calculation | 280.00 | 0.60 | 168.00 | Billable |
| 12/9/2014 130875 | A. Lasko 800 review of workpapers and tax return changes made for final return | 280.00 | 0.90 | 252.00 | Billable |
| 12/10/2014 130881 | A. Lasko 800 review of follow up sales allocation items and tax presentation thereof | 280.00 | 0.60 | 168.00 | Billable |
| 12/10/2014 130885 | R. Berenguer 800 additional changes to workpapers and tax returns, partial n/c final | 81.00 | 0.90 | 72.90 | Billable |

12/22/2014                          Alan D. Lasko & Associates, P.C.
4:14 PM                                Pre-bill Worksheet                          Page    3

Hollywood Blvd.002:Hollywood Boulevard Cinema LLC (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/11/2014<br>130899 | A. Lasko<br>800<br>sign off of 2014 final returns | 280.00 | 0.40 | 112.00 | Billable |
| 12/21/2014<br>131016 | K. Seyller<br>800<br>Estimiated time to prepare estate's final information tax return and cover<br>letter to trustee | 122.00 | 1.20 | 146.40 | Billable |
| 12/21/2014<br>131017 | A. Lasko<br>800<br>Estimated time to review estate's final informatiion tax returns and cover<br>letter trustee | 280.00 | 0.20 | 56.00 | Billable |
| TOTAL | Billable Fees | | 34.80 | | $3,975.60 |

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/10/2014<br>130898 | C. Wilson<br>115<br>Photocopy costs for 2014 Forms 1065 income tax returns - 449 pages @<br>$.10 per page. | 44.90 | 1.000 | 44.90 | Billable |
| 12/11/2014<br>130933 | C. Wilson<br>116<br>Delivery of 2014 Forms 1065 income tax returns to Richard Fogel -<br>confirmation #6129577. | 11.58 | 1.000 | 11.58 | Billable |
| TOTAL | Billable Costs | | | | $56.48 |

---

Calculation of Fees and Costs

---

| | Amount | Total |
|---|---|---|

Fees Bill Arrangement: Slips
By billing value on each slip.

| Total of billable time slips | $3,975.60 | |
| Total of Fees (Time Charges) | | $3,975.60 |

Costs Bill Arrangement: Slips
By billing value on each slip.

12/22/2014                    Alan D. Lasko & Associates, P.C.
4:14 PM                            Pre-bill Worksheet                          Page     4

Hollywood Blvd.002:Hollywood Boulevard Cinema LLC (continued)

|  | Amount | Total |
|---|---|---|
| Total of billable expense slips | $56.48 | |
| Total of Costs (Expense Charges) | | $56.48 |
| Total new charges | | $4,032.08 |
| Previous Balance | | |
| 120 Days | $2,326.90 | |
| Total Previous Balance | | $2,326.90 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 8/23/2014 | PAY | Payment - thank you | ($2,326.90) | |
| 16218 | | | | |
| Total Accounts Receivable | | | | ($2,326.90) |

| New Balance | | |
|---|---|---|
| Current | $4,032.08 | |
| Total New Balance | | $4,032.08 |

## EXHIBIT D-2

## BILLING TIME

12/22/2014                          Alan D. Lasko & Associates, P.C.
4:15 PM                                Pre-bill Worksheet                              Page      5

Nickname       Hollywood Blvd.012 | 4396
Full Name      Hollywood Boulevard Cinema LLC
Address        c/o Richard M. Fogel, Trustee
               321 N. Clark Street
               Suite 800
               Chicago IL 60654

Phone 1                              Phone 2
Phone 3                              Phone 4
In Ref To      fee petition
Fees Arrg.     By billing value on each slip
Expense Arrg.  By billing value on each slip
Tax Profile    Exempt
Last bill      5/5/2014
Last charge    12/22/2014
Last payment   8/23/2014          Amount    $117.60

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/22/2014 131019 | C. Wilson 800 Prepared fee petition. | 62.00 | 1.00 | 62.00 | Billable |
| 12/22/2014 131086 | A. Lasko 800 Prepared fee petition | 280.00 | 0.20 | 56.00 | Billable |
| TOTAL | Billable Fees | | 1.20 | | $118.00 |

Total of billable expense slips                                                        $0.00

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $118.00 | |
| Total of Fees (Time Charges) | | $118.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $118.00 |
| Previous Balance 120 Days | $117.60 | |

12/22/2014
4:15 PM

Alan D. Lasko & Associates, P.C.
Pre-bill Worksheet

Page      6

Hollywood Blvd.012:Hollywood Boulevard Cinema LLC (continued)

|  | Amount | Total |
|---|---|---|
| Total Previous Balance |  | $117.60 |

Accounts Receivables

| Date\|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 8/23/2014 16217 | PAY | Payment - thank you | ($117.60) |  |
| Total Accounts Receivable |  |  |  | ($117.60) |

New Balance

| | Amount | Total |
|---|---|---|
| Current | $118.00 | |
| Total New Balance | | $118.00 |