UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-09232 |
| ) | |
| HOLLYWOOD BOULEVARD CINEMA, ) | |
| LLC ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on February 18, 2015 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: January 8, 2015                        By:  /s/ Richard M. Fogel
                                                          Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HOLLYWOOD BOULEVARD CINEMA, LLC  § Case No. 13-09232
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $   3,250,706.35

*and approved disbursements of*            $   3,105,196.79

*leaving a balance on hand of* [1]         $     145,509.56

**Balance on hand:**                       $     145,509.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $    145,509.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,736.78 | 0.00 | 6,736.78 |
| Trustee, Expenses - RICHARD M. FOGEL | 305.46 | 0.00 | 305.46 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 14,672.50 | 0.00 | 14,672.50 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 644.63 | 0.00 | 644.63 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 6,496.80 | 2,403.20 | 4,093.60 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 97.78 | 41.30 | 56.48 |
| Other Fees: HIGH RIDGE PARTNERS | 12,474.00 | 10,363.50 | 2,110.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Other Expenses: HIGH RIDGE PARTNERS | 1,265.10 | 1,221.20 | 43.90 |

Total to be paid for chapter 7 administration expenses: $ 28,663.85
Remaining balance: $ 116,845.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Other Expenses: Illinois Department of Employment Security | 6,505.96 | 0.00 | 5,752.46 |
| Other Expenses: Illinois Department of Revenue | 125,645.06 | 0.00 | 111,093.25 |

Total to be paid for prior chapter administrative expenses: $ 116,845.71
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $934,923.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1P-3 | Department of Treasury-Internal Revenue Service | 234,884.83 | 0.00 | 0.00 |
| 15P | Sysco Chicago Inc | 72,810.86 | 0.00 | 0.00 |
| 38P | Illinois Department of Employment Security | 6,304.43 | 0.00 | 0.00 |
| 39P | Illinois Department of Employment Security | 1,250.05 | 0.00 | 0.00 |
| 37-2P | Illinois Department of Revenue | 619,673.31 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 1,998,364.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-3 | Department of Treasury-Internal Revenue Service | 157,325.69 | 0.00 | 0.00 |
| 2U | General Electric Capital Corp | 16,600.19 | 0.00 | 0.00 |
| 3U | General Electric Capital Corp | 84,318.56 | 0.00 | 0.00 |
| 4 | Equipment Service Professionals, Inc. | 17,343.73 | 0.00 | 0.00 |
| 5 | Schindler Elevator Corporation | 1,080.24 | 0.00 | 0.00 |
| 7 | CIT Technology Financing Services, Inc | 33,722.28 | 0.00 | 0.00 |
| 8-3 | U S Small Business Administration | 463,799.54 | 0.00 | 0.00 |
| 9 | Twentieth Century Fox Film Corp | 23,415.28 | 0.00 | 0.00 |
| 10U-2 | Sterling National Bank | 65,830.00 | 0.00 | 0.00 |
| 11 | Michigan Commercial Insurance Mutal | 31,860.00 | 0.00 | 0.00 |
| 12U | M2 Lease Funds LLC | 10,436.00 | 0.00 | 0.00 |
| 13U | Lease Corporation of America | 8,644.89 | 0.00 | 0.00 |
| 14 | Internet Presence Consulting, Inc. | 9,342.50 | 0.00 | 0.00 |
| 15U | Sysco Chicago Inc | 113,140.05 | 0.00 | 0.00 |
| 16 | United Parcel Service | 131.82 | 0.00 | 0.00 |
| 18 | CBeyond | 2,944.02 | 0.00 | 0.00 |
| 19 | McKee & Gunderson PC | 6,645.00 | 0.00 | 0.00 |
| 21U | Advantage Leasing Corporation | 2,312.96 | 0.00 | 0.00 |
| 22 | Signs Now | 2,464.50 | 0.00 | 0.00 |
| 23 | Susquehanna Commercial Finance, Inc. | 158,755.14 | 0.00 | 0.00 |
| 25 | American Express Travel Related Services | 5,101.63 | 0.00 | 0.00 |
| 26 | Hospitality Solutions Intl. | 2,768.00 | 0.00 | 0.00 |
| 27 | Clear Channel Outdoor | 7,000.00 | 0.00 | 0.00 |
| 28 | Concession Services, Inc. | 9,897.23 | 0.00 | 0.00 |
| 29 | Tribune Company | 4,826.00 | 0.00 | 0.00 |
| 31 | MC Squared Energy Services, LLC | 4,518.62 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 33 | Western Equipment Finance | 47,169.05 | 0.00 | 0.00 |
| 34U | Element Financial Corp | 39,448.82 | 0.00 | 0.00 |
| 35 | Jeffrey Hu | 20,000.00 | 0.00 | 0.00 |
| 36 | Sun-Times Media dba Chicago Sun-Times | 7,854.00 | 0.00 | 0.00 |
| 37U | Illinois Department of Revenue | 5,651.17 | 0.00 | 0.00 |
| 38U | Illinois Department of Employment Security | 351.86 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 610.00 | 0.00 | 0.00 |
| 40 | Michigan Commercial Insurance Mutual | 14,567.00 | 0.00 | 0.00 |
| 43 | Commonwealth Edison | 2,502.33 | 0.00 | 0.00 |
| 44 | DuPage Co. Public Works | 4,345.28 | 0.00 | 0.00 |
| 45 | FPC Funding II, LLC | 106,641.12 | 0.00 | 0.00 |
| 46 | Great Hollywood Theaters Group, LLC | 500,000.00 | 0.00 | 0.00 |
| 47 | Elavon | 5,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 24,585.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48 | Nicor Gas | 24,585.92 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-09232-ERW
Hollywood Boulevard Cinema, LLC                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: cmendoza1            Page 1 of 6            Date Rcvd: Jan 09, 2015
                                Form ID: pdf006            Total Noticed: 287

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2015.
```
db           +Hollywood Boulevard Cinema, LLC,    1001 W. 75th Street, Suite 153,    Woodridge, IL 60517-2655
aty          +Shaw Fishman,    Shaw Fishman Glantz & Towbin LLC,    321 N. Clark St.,,    Suite 800,
               Chicago, IL 60654-4766
20147069     +A Windy City Look & Safe Service,    6943 Ticonderoga Road,    Downers Grove, IL 60516-3143
20147071     +Adair, Rayette,    6722 Patton Drive,    Woodridge, IL 60517-1420
20620281     +Advantage Leasing Corporation,    13400 Bishops Lane Suite 280,    Brookfield,WI 53005-6237
20147073     +Airgas National Carbonation,    POBox 601985,    Charlotte, NC 28260-1985
20147074     +Alarm Detection System, Inc.,    1111 Church Rd,    Aurora, IL 60505-1905
20240485     +Albert Chen,    672 Suffolk Lane,    Carmel, IN 46032-8660
20147075     +American Express,    c/o Becket & Lee,    PO Box 3001,    16 General Warren Blvd.,
               Malvern, PA 19355-1245
21789678      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
20661667      American Express Travel Related Services,    Company, Inc.,    c o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
20147076     +Anderson, Scott,    18003 Gottschalk Avenue,    Homewood, IL 60430-1711
20147077     +Anguiano, Eduardo,    310 E. Daisy Circle,    Romeoville, IL 60446-4965
20147078     +Anspach, Kegan Q.,    16710 West 146th Place,    Lockport, IL 60441-2348
20240486     +Assethold LLC,    417 Shoemaker Drive,    Carmel, IN 46032-9794
20147084     +Bambule, Jacob C.,    14312 Graham Court,    Plainfield, IL 60544-5928
20147085     +Bandera, Macario,    2201 Prentiss Drive,    Apt. N114,    Downers Grove, IL 60516-2298
20147086     +Battalion Fire Safety Services, Inc,    PO Box 788,    Lake Zurich, IL 60047-0788
20147087     +Bayne, Matt J.,    80 Abbeywood Court,    Romeoville, IL 60446-1111
20147088     +Bernard, Raquel A.,    23 Screamenti Drive,    Steger, IL 60475-1096
20147089     +Boyer, Danielle C.,    6375 Kindling Court,    Lisle, IL 60532-3313
20147090     +Brandlin, Shane D.,    674 Sedge Meadow Ct.,    Romeoville, IL 60446-4819
20147092     +Burzynski, Arthur,    613 Cedar Court,    Romeoville, IL 60446-4012
20147093     +Bush, Daniel,    1635 Dianne Drive,    Joliet, IL 60432-2787
20147103     +CBeyond,    320 Interstate North Parkway,    Atlanta, GA 30339-2213
20147095     +Calles, Antionette,    7972 Burr Ridge Court,    Apt. #207,    Woodridge, IL 60517-6818
20147096     +Cannon, Jr., Londell Y.,    680 Sheffield Avenue,    Bolingbrook, IL 60440-1024
20147098     +Cappelletti, Joseph M.,    471 Gainsburough Drive,    Romeoville, IL 60446-1767
20147099     +Carrera, Joaquin,    1603 S. Clarence Avenue,    Berwyn, IL 60402-1914
20147100     +Carrera, Victor,    1603 S. Clarence Avenue,    Berwyn, IL 60402-1914
20147101     +Carter, Arthur L.,    620 Melissa Drive,    Bolingbrook, IL 60440-2537
20147104      Chicago Office Technology Group,    PO Box 5940,    Lock Box #20-COE-001,
               Carol Stream, IL 60197
20240487     +Christian D. Rossebo,    4555 Broadway Street,    Indianapolis, IN 46205-1849
20147109     +Clear Channel Outdoor,    Attn: Bankruptcy Specialist,    P.O. Box 591790,
               San Antonio, TX 78259-0139
20147110     +Cleary, Matthew R.,    460 Carol Lane,    Braidwood, IL 60408-2080
20147111     +Coactiv Capital Partners, Inc.,    655 Business Center Drive,    Horsham, PA 19044-3448
20272855     +Cobra Capital, LLC,    2831 W. 83rd Street,    Darien, IL 60561-5612
20147112     +Cobra Capital, LLC,    PO Box 88483,    Dept A,    Chicago, IL 60680-1483
20147114     +Colson Services Corp.,    4 New York Plaza, 17th Floor,    New York, NY 10004-2413
20147118     +Concession Services, Inc.,    1723 S. Michigan Ave.,    Chicago, IL 60616-1289
20147119     +Coz, Justin Troy M.,    7425 Woodward Avenue,    Woodridge, IL 60517-2651
20147120     +Cruz, Ricardo O.,    2411 Ogden Avenue,    Apt. 1A,    Downers Grove, IL 60515-1739
20147121      Custable, Sam S.,    2783 Woodward Drive,    Darien, IL 60561
20240488      Dan Laiken,    29148 Cliffside Dr.,    Malibu, CA 90265
20147122     +Davalos, Diana,    556 Fuller Lane,    Bolingbrook, IL 60440-2021
20240489     +David Knall,    600 East 96th Street,    Indianapolis, IN 46240-3851
20147123     +Deir, Joseph G.,    7730 Woodward Avenue,    Woodridge, IL 60517-3109
20147124     +Delavega, Luis,    8420 Captons Lane,    Apt. #201,    Darien, IL 60561-5447
20147126     +Detro, Bradley,    313 Sulgrave Court,    Bolingbrook, IL 60440-1045
20147127     +Dowell, Anthony B.,    210 Nippert Ave.,    Romeoville, IL 60446-1640
20147128     +Dowell, Timothy,    210 Nippert Avenue,    Romeoville, IL 60446-1640
20147130     +DuPage Co Public Works,    DuPage County State's Attorney's Office,    c/o Barbara Q. Reynolds,
               503 N. County Farm Road,    Wheaton, IL 60187-3942
20147129     +Dunbar, Larcenia,    1943 N. Natoma Ave,    Elmwood Park, IL 60707-3921
20147131     +Economy Lamp Company,    4611 W. National Ave,    Milwaukee, WI 53214-3632
20147132     +Elavon, Inc.,    7300 Chapman Highway,    Knoxville, TN 37920-6612
20707159      Element Financial Corp,    f/k/a CoActiv Capital Partners, Inc,    794 Penllyn Pike,
               Blue Bell, PA 19422-1669
20147133     +Equipment Service Professionals, Inc.,    2379 N 2750 W Road,    Kankakee, IL 60901-7246
20147134     +Espino, Michael A.,    121 E. Quincy St.,    Westmont, IL 60559-1822
20147135     +Espinos, Melanie R.,    348 W. Ethel,    Lombard, IL 60148-3202
20147136     +Espinos, Nina,    121 E. Quincy St.,    Westmont, IL 60559-1822
20147147      FPC Funding,    NW 7668,    PO Box 1450,    Minneapolis, MN 55485-7668
20215065     +FPC Funding II, LLC,    c/o Askounis & Darcy, PC,    444 N. Michigan Avenue,    Suite 3270,
               Chicago, IL 60611-3906
20214651     +FPC Funding II, LLC,    c/o Askounis Darcy, PC,    444 N. Michigan Avenue,    Suite 3270,
               Chicago, IL 60611-3906
20387807     +FPC Funding II, LLC,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
               444 N. Michigan Ave. Ste. 3270,    Chicago, IL 60611-3906
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 6                  Date Rcvd: Jan 09, 2015
                              Form ID: pdf006              Total Noticed: 287


20147149       +FPC Funding II, LLC,    c/o Alex Darcy, Esq.,    444 N. Michigan Avenue, Suite 3270,
                 Chicago, IL 60611-3906
22111321       +FPC Funding II, LLC,    1310 Madrid Street,    Marshall, MN 56258-4099
20147148       +FPC Funding II, LLC,    c/o David P. Leibowitz,    420 Clayton Street,    Waukegan, IL 60085-4216
20147137       +Fabian, Richard,    1237 Longford St.,    Woodridge, IL 60517-7749
20147138       +Farmer, Kyle,    9012 Oak Grove Avenue,    Willowbrook, IL 60527-6429
20147139       +Ferguson, Ashley,    481 Susan St.,    Romeoville, IL 60446-5148
20467102       +Film District,    1540 2nd Street; Suite 200,    Santa Monica, CA 90401-3513
20147140       +First Midwest Bank,    520 N. Cass Ave,    Westmont, IL 60559-1595
20280338       +First Midwest Bank,    c/o Carlson Dash, LLC,    216 S. Jefferson St.,    Chicago, IL 60661-5608
20147141       +First Sound Bank ISAOA,    925 Fourth Avenue,    Suite 2350,    Seattle, WA 98104-1146
20147142       +Fisher, Alan M.,    7100 Lyman,    Downers Grove, IL 60516-3830
20147143       +Fitzgerald, Paul J.,    830 N. McClaran Avenue,    Aurora, IL 60506-5620
20147144       +Flipski, Mary Ellen A.,    6340 Wesley Road,    Willowbrook, IL 60527-5480
20147145       +Flores, Jose A.,    3619 Pandola Avenue,    Joliet, IL 60431-2729
20147146       +Flores, Lilliana E.,    585 Redwood Road,    Bolingbrook, IL 60440-2579
20272869       +Formosa Cafe, LLC,    1001 75th St STE 153,    Woodridge, IL 60517-2655
20147150       +Franger, Trevor C.,    5 Williams Court,    Woodridge, IL 60517-1924
20147151       +Gagala, Terrence A.,    6618 Briargate Drive,    Downers Grove, IL 60516-3014
20147152       +Galbreath, Jackie M.,    1934 Sprucewood Court,    Naperville, IL 60565-2845
20147153       +Garcia, David C.,    6146 W. 60th Street,    Chicago, IL 60638-4316
20272856       +General Electric Capital Corp,    PO Box 35701,    Billings, MT 59107-5701
20147156       +Gianakas, Chris W.,    7045 98th Street,    #302,    Chicago Ridge, IL 60415-2546
22178705       +Great Hollywood Theaters Group, LLC,    c/o David A. Newby, Esq.,    Coman & Anderson, P.C.,
                 650 Warrenville Road, Suite 500,    Lisle, IL 60532-4318
20147160       +Groot Industries, Inc.,    PO Box 92257,    Elk Grove Village, IL 60009-2257
20147161       +Guarino, Deana,    6010 Oakwood Drive,    3M,    Lisle, IL 60532-3033
20147162       +Guerrero, Juan,    241 Butternut Drive,    Bolingbrook, IL 60440-2613
20147163       +Guerrero, Mayra,    241 Butternut Drive,    Bolingbrook, IL 60440-2613
20147165       +Halick, Donna,    3001 Shepherd St,    Woodridge, IL 60517-1929
20147166       +Hamco Windy City,    7710 W. Berwyn Ave.,    Chicago, IL 60656-1655
20147167       +Hamill Jr., James E.,    1796 Stockton Avenue,    Des Plaines, IL 60018-3032
20147168       +Harleysville Insurance,    300 Park Boulevard, Suite 175,    Itasca, IL 60143-2661
20147169       +Harleysville Lake States Insurance,    600 East Front Street, Suite 200,
                 Traverse City, MI 49686-2892
20147170       +Harris, Jonovan T.,    401 S. Cass Avenue,    Westmont, IL 60559-2359
20147171       +Harvey, Jeffrey,    60 W. 59th Street,    Apt. E,    Westmont, IL 60559-2557
20147172       +Haywood, Stephen,    21414 Frost Court,    Plainfield, IL 60544-6089
20147173       +Heinrich, Christopher J.,    6921 Martin Drive,    Woodridge, IL 60517-1933
20147175       +Hodges, Chloe A.,    5525 Brookbank Road,    Downers Grove, IL 60516-1364
20620065       +Hollywood Boulevard Cinema LLC,    Flamm Walton, P.C.,    794 Penllyn Pike,
                 Blue Bell, PA 19422-1669
20147178       +Hoth, Kelly,    12 Sinde Circle,    Romeoville, IL 60446-1826
20147179       +Huling, Nicholas L.,    8746 S. 81st Court,    Hickory Hills, IL 60457-1440
20147180        Humana,    PO Box 533,    Carol Stream, IL 60132-0533
20147181       +Hunter, Rebecca,    8405 Captons Lane,    Apt. 5,    Darien, IL 60561-5456
20147183       +Hurford, Chris M.,    231 Arlington Avenue,    Naperville, IL 60565-3394
20147185       +IFC Credit Corp. dba FirstCorp.,    8700 Waukegan Road, Suite 100,    Morton Grove, IL 60053-2104
20147186       +IFC Credit Corporation,    c/o David P. Leibowitz,    420 Clayton Street,
                 Waukegan, IL 60085-4216
20272857       +IFC Credit Corporation,    c/o D. Alendar Darcy & B. Hamada,
                 444 North Michigan Ave., Ste. 3270,    Chicago, IL 60611-3906
20147187      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court: Illinois Dept of Revenue,     c/o James D. Newbold Asst Attny General,
                 Revenue Litigation Bureau,    100 W. Randolph Street,    Chicago, IL 60601)
21095496       +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
20840263        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
20147192       +Internet Presence Consulting, Inc.,    182 Brookwood Lane East,    Bolingbrook, IL 60440-5512
20240490       +J. Glenn Campbell,    616 Royal Lake Drive,    Cape Girardeau, MO 63701-9244
20147199       +JGH Technologies,    520 Oakhill Road,    Elgin, IL 60120-2239
20147193       +Jackson, Loretta,    6403 Dean Drive,    Woodridge, IL 60517-1229
20147194       +Jackson, Tasean A.,    3428 High Trail Drive,    Woodridge, IL 60517-1426
20147195       +James, Kevon D.,    5635 Plymouth Street,    Downers Grove, IL 60516-1232
20147196       +Janin, Julie A.,    10731 S. McVicker,    Chicago Ridge, IL 60415-2255
20147197       +Janke, Don S.,    8 South Huffman Street,    Naperville, IL 60540-4925
20147198       +Jeffrey Hu,    11724 South Decathlon Lane,    Plainfield, IL 60585-6142
20240491       +Joseph L. Quinn,    6748 Dorchester Cort,    Indianapolis, IN 46214-3718
20240492       +Joseph P. Huffine,    9044 Bay Breeze Court,    Indianapolis, IN 46236-9170
20147200       +Kalnes, Greg S.,    7513 Farmingdale,    Apt. 204,    Darien, IL 60561-4741
20147201       +Kane, Brian D.,    137 Glen Lake,    Bolingbrook, IL 60440-1682
20147203       +Katherine E. Theodoropoulos,    c/o David Feuer,    1 N. LaSalle Street, Suite 2600,
                 Chicago, IL 60602-4002
20147204       +Kerr, Joseph A.,    8716 Lake Ridge Drive,    Darien, IL 60561-8428
20147207       +Kimco Real Estate,    10600 W. Higgins Suite 408,    Des Plaines, IL 60018-3718
20147209       +Kimco Realty,    10600 W. Higgons, Suite 408,    Des Plaines, IL 60018-3718
20147208       +Kimco Realty,    PO Box 82565,    Dept. Code SILW0563,    Goleta, CA 93118-2565
20147210       +Knapp, Jehoshuah W.,    2544 Crystal Court,    Apt. 102,    Woodridge, IL 60517-4028
```

```
District/off: 0752-1          User: cmendoza1              Page 3 of 6              Date Rcvd: Jan 09, 2015
                              Form ID: pdf006              Total Noticed: 287

20147211       +Kopecky, Daniel,    2061 E. Touhy Avenue,    Des Plaines, IL 60018-3635
20147212       +Kwasniewski, Kim M.,    7405 S. Woodward Avenue,    #2B,    Woodridge, IL 60517-2641
20147213       +Lanigan, Brian A.,    2722 63rd Street,    Woodridge, IL 60517-1355
20147214       +Lease Corporation of America,    3150 Livernois Rd,    Suite 300,    Troy, MI 48083-5000
20147218       +Lechocki, Victoria Ann,    3633 Euclid Avenue,    Berwyn, IL 60402-3864
20147219       +Leming, William M.,    403 Charlestown Drive,    Bolingbrook, IL 60440-1209
20147220       +Leracey, Randy R.,    342 Osage Drive,    Bolingbrook, IL 60490-2136
20240493       +Leslie Dianda,    1495 Charlevoix Way,    Schererville, IN 46375-1292
20467099       +Liberty Bell Telephone Company,    4114 W. Madison,    Hillside, IL 60162-1728
20147222       +Lion’s Gate Films,    2700 Colorado Avenue,    Suite 200,    Santa Monica, CA 90404-5502
20147223       +Lucas, Madeline,    14806 Menard Avenue,    Oak Forest, IL 60452-1127
20147224       +Lundmark, Nick E.,    1428 Jefferson Avenue,    Downers Grove, IL 60516-1235
20147225       +M2 Lease Funds LLC,    175 N. Patrick Blvd,    Suite 140,    Brookfield, WI 53045-5811
20147230       +MC Squared Energy Services, LLC,    Two North Riverside Plaza,    Suite 1350,
                 Chicago, IL 60606-2655
20147232        MCIM Insurance,    P.O. Box 80440,    Lansing, MI 48908-0440
20147226        Maestranzi’s Knife Services,    4715 N. Ronald St. Harwood Hts.,    Harwood Heights, IL 60706
20147227       +Martin, Cody K.,    4306 Nutmeg Lane,    Apt. 250,    Lisle, IL 60532-1174
20147228       +Mass Mutual,    P.O. Box 371368,    Pittsburgh, PA 15250-7368
20147229       +Mass Mutual,    900 E. 96th Street,    Indianapolis, IN 46240-3876
20272867       +Mastercard,    8755 W Higgins Rd,    Chicago, IL 60631-2708
20147231       +McDonald, Boston W.,    7309 Northgate Way,    Downers Grove, IL 60516-4031
20147233       +McKee & Gunderson PC,    Jeffrey McKee,    10412 Allisonville Road,    Suite 210,
                 Fishers, IN 46038-2032
20147234       +McNamara, Nicholas A.,    10837 S. Whipple Street,    Chicago, IL 60655-2130
20147235       +McSwain, Jerin L.,    2584 Burr Ridge Court,    Apt. 201,    Woodridge, IL 60517-6831
20453682        Michigan Commercial Insurance Mutual,    P.O. Box 80440,    Lansing, MI 48908-0440
21513813       +Michigan Commercial Insurance Mutual,    1044 Eastbury Drive,    Lansing, MI 48917-9776
20147236       +Miller, Nicholas,    54 Fernwood Road,    Montgomery, IL 60538-2004
20147237       +Montalvo, Hector,    241 Butternut Drive,    Bolingbrook, IL 60440-2613
20147238       +Montalvo, Ruben,    6501 18th,    Berwyn, IL 60402-5025
20147239       +Morales, Jose,    4695 Old Oaks Drive,    Apt. 2B,    Lisle, IL 60532-1465
20147240       +Morgan, Andrew,    23650 W. Main,    Plainfield, IL 60544-3152
20147241       +Morrison, Ryan M.,    17240 Arrowhead Drive,    Lockport, IL 60441-8828
20147242       +Najera, Armando,    2025 Prentiss Drive,    Apt. B 207,    Downers Grove, IL 60516-2190
20147243       +Najera, Luis,    1113 Bramble Avenue,    Bolingbrook, IL 60490-3126
20147245       +Navarro, Jose,    2580 Burr Ridge Court,    #108,    Woodridge, IL 60517-4040
20147249       +North American Co for Life & Health,    PO Box 4274,    Carol Stream, IL 60197-4274
20272864       +Nova Cinetech, Inc.,    4688 E 29th Rd,    Sandwich, IL 60548-9104
20147250       +Nunez, Lizette,    3441 Scott Street,    Franklin Park, IL 60131-1652
20147251        O’Donnell, Tyler,    1256 Lakeview Drive,    Darien, IL 60561
20147252       +Ochotorena, Norman J.,    553 Monroe Road,    Bolingbrook, IL 60440-2067
20467101       +Open Road Films,    12301 Wilshire Blvd.,    Los Angeles, CA 90025-1021
20147254       +Orkin,    603 E. Diehl Road,    Suite 124,    Naperville, IL 60563-4904
20147255       +Osbourne, James,    4955 Fender Road,    Lisle, IL 60532-3807
20147256       +Pachl, Stephanie J.,    11S078 Frontage Road,    Lemont, IL 60439-8824
20572869       +Paramount Pictures,    5555 Melrose Avenue,    Los Angeles, CA 90038-3197
20240494       +Paul Glantz,    200 Kirts Blvd., Suite 100,    Troy, MI 48084-5286
20240495       +Paul Skojdt,    9910 Towne Road,    Carmel, IN 46032-8512
20147258       +Payent Solutions,    60 Market Street,    Suite 221,    Gaithersburg, MD 20878-6559
20147259       +Peoples, Marc,    1658 Ashbury Lane,    Romeoville, IL 60446-4887
20147260       +Petro, Jason,    1053 W. Ogden Ave,    #249,    Naperville, IL 60563-2941
20147263       +Pulley, Daniel,    6722 Patton Drive,    Woodridge, IL 60517-1420
20147264       +Randant, Kenneth,    898 Wellington Ave.,    #201,    Elk Grove Village, IL 60007-3352
20147265       +Ray, Christopher,    7321 Woodward Avenue,    #207,    Woodridge, IL 60517-2540
20147267       +Reberski, Jacqueline M.,    2148 Prentiss Drive,    Apt. S111,    IL 60516-5317
20467100       +Relativity Media LLC,    9242 Beverly Blvd.; Suite 300,    Beverly Hills, CA 90210-3728
20651168       +Republic Bank of Chicago,    c/o Edward P. Freud, Esq,    222 N. LaSalle Street,    Suite 700,
                 Chicago, IL 60601-1024
20147271       +Retzler, Robert A.,    1233 Longford St,    Woodridge, IL 60517-7749
20240496       +Richard E. Deer,    1332 Queensway,    Carmel, IN 46032-9664
20147272       +Rivera, Jose Ricardo,    308 S. Raynor Avenue,    Joliet, IL 60436-2055
20147273       +Roche, Melissa,    2408 Mohawk Avenue,    Woodridge, IL 60517-2312
20147274       +Rodriguez, Israel,    1669 Coach Drive,    Apt. #204,    Naperville, IL 60565-2454
20147275       +Rojas, Tonatiuh,    2056 N. 19th Avenue,    Apt. 3,    Melrose Park, IL 60160-1246
20147276       +Romero, Jessica M.,    6115 Knollwood Rd.,    Willowbrook, IL 60527-3220
20240497       +Ronald Elberger,    431 Somerset Drive West,    Indianapolis, IN 46260-2919
20147277       +Rusick, Wesley,    7810 Pine Parkway,    Darien, IL 60561-5034
20147278       +Rutter, Eric C.,    450 Alcester Court,    Bolingbrook, IL 60440-2218
20147283       +SBA,   Attn: Joel Herscher,    500 W. Madison, Suite 1150,    Chicago, IL 60661-2566
20147279       +Sampson, Christopher,    5714 S. Walnut,    1C,    Downers Grove, IL 60516-1090
20147280       +Sanchez, Monica,    1766 Rebecca Drive,    Romeoville, IL 60446-5052
20147281       +Sanchez, Roy,    210 Delaware Drive,    Bolingbrook, IL 60440-1862
20147282       +Sass, Matthew W.,    254 Willow Street,    Frankfort, IL 60423-1231
20147285       +Schindler Elevator Corporation,    1530 Timberwolf Drive,    Holland, OH 43528-9161
20147286       +Schumacher, James M.,    60 Piers Drive,    #203,    Westmont, IL 60559-3236
20240498       +Scott Molander,    8450 North Park Avenue,    Indianapolis, IN 46240-2242
20147287       +Shallcross, Jorey R.,    230 Charlestown Drive,    Bolingbrook, IL 60440-1370
20240499       +Sheri and Joshua Edwards,    4588 East Dayhuff Road,    Mooresville, IN 46158-6715
20147290       +Signs Now,    1548 Ogden Ave.,    Downers Grove, IL 60515-2771
```

```
District/off: 0752-1          User: cmendoza1              Page 4 of 6                  Date Rcvd: Jan 09, 2015
                              Form ID: pdf006              Total Noticed: 287

20147294        +Small Business Growth Corporation,    2401 W. White Oaks Dr,    Springfield, IL 62704-7424
20147295        +Smego, Benjamin T.,    6009 Osage Avenue,    Downers Grove, IL 60516-2054
20147296        +Smith, Dillon A.,    321 Eaton Avenue,    Romeoville, IL 60446-1754
20147297        +Smith, Jadwiga,    321 Eaton Avenue,    Romeoville, IL 60446-1754
20147298        +Smith, James,    5815 Sunset Avenue,    La Grange, IL 60525-7118
20147299        +Smith, Tikesha,    533 Spruce Road,    Bolingbrook, IL 60440-2504
20147300        +Soberanis, Brisa,    1365 Terry Road,    Glendale Heights, IL 60139-3332
20147302        +Soria, Jorge,    3210 Monroe Street,    Bellwood, IL 60104-2244
20147303        +Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-0029
21177317        +Sterling National Bank,    c/o D. Alexander Darcy,    Askounis & Darcy, PC,
                  444 N. Michigan Avenue, Ste. 3270,    Chicago, IL 60611-3906
21177449        +Sterling National Bank,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
                  444 N. Michigan Avenue, Ste. 3270,    Chicago, IL 60611-3906
21177222        +Sterling National Bank,    c/o Amrit S. Kapai,    Askounis & Darcy, PC,
                  444 N. Michigan Avenue, Ste. 3270,    Chicago, IL 60611-3906
20240500        +Steve Zeiser,    c/o Tri-State Theater Service,    636 Northland,    Cincinnati, OH 45240-3221
20147306        +Stocks, Ryne R.,    4314 Nutmeg Lane,    #274,    Lisle, IL 60532-1796
20147308        +Stuart, Steve C.,    5708 Walnut Avenue,    Apt #1C,    Downers Grove, IL 60516-1087
20147309         Summit Strategies, LLC,    8818 Maxwell Drive,    Potomac, MD 20854-3122
20272865        +Susquehanna Commercial Finance, Inc.,    2 Country View Road, Suite 300,
                  Malvern, PA 19355-1420
20522878         Sysco Chicago Inc,    Attn Gene Engle,    250 Wieboldt Drive,    Des Plaines, IL 60016-3192
20147310        +Sysco Food Srvc,    PO Box 5037,    Des Plaines, IL 60017-5037
20147311        +Taraszka, Patrick S.,    8123 1/2 S. Nashville Avenue,    Burbank, IL 60459-1733
20147312        +Technicolor,    8498 Los Angeles,    Los Angeles, CA 90084-0001
20240501        +Ted E.G. Bulthaup, III,    6722 Patton Drive,    Woodridge, IL 60517-1420
20147313         Theodoropoulos, Katherine E.,    10418 S. Michael Drive,    Oak Lawn, IL 60454
20147314        +Thompkins, Paris A.,    2444 Forest Drive,    Woodridge, IL 60517-3842
20147315        +Top Shelf Cleaning,    8701 Cranbrook Ln,    Bridgeview, IL 60455-2007
20147316        +Tracy, Rachel,    428 Arnold Avenue,    Romeoville, IL 60446-1406
20147317        +Tri-State Agency,    636 Northland Blvd.,    Cincinnati, OH 45240-3221
20272866        +Tri-State Theatre Service Inc.,    10250 Alliance Road,    Suite 205,    Cincinnati, OH 45242-4774
20147318        +Turano Baking Co.,    36749 Eagle Way,    Chicago, IL 60678-1367
20384606        +Twentieth Century Fox Film Corp,    Fox Group Legal Attn: Randy Kender,    Pob 900,
                  Los Angeles,CA 90213-0900
20147319        +Twentieth Century Fox Film Corp,    P.O. Box 900,    Beverly Hills, CA 90213-0900
20147320        +Twombly, Brandon A.,    20 Doral Street,    Minooka, IL 60447-9530
20350632        +U S Small Business Administration,    Kate O’Loughlin c/o US Small Bus. Admin.,
                  500 W Madison St., #1150,    Chicago, IL 60661-2566
20147323        +U.S. Small Business Administration,    2401 West White Oaks Drive,    Springfield, IL 62704-7423
20147326        +UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
20147327        +US Small Business Administration,    2401 West White Oaks Drive,    Springfield, IL 62704-7423
20563136        +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
                  Timonium, Maryland 21094-4396
20147324        +United States Small Business Admin,    2401 West White Oaks Drive,    Springfield, IL 62704-7423
20147328        +Velazquez, Francisco,    439 Seneca Lane,    Bolingbrook, IL 60440-1844
20147329        +Velazquez, Javier A.,    1876 Appaloosa Drive,    Naperville, IL 60565-1792
20147331        +Vinckus, Billy B.,    206 Hemlock Avenue,    Romeoville, IL 60446-1626
20272868        +Visa,    P.O. Box 8999,    San Francisco, CA 94128-8999
20147333        +Warner Bros. Distributing, Inc.,    4000 Warner Boulevard,    Attn: Constance Minnett/Gen Csl.,
                  Burbank, CA 91522-0001
20147334        +Waterhouse Aquariums,    4235 Caribou Ct,    Joliet, IL 60431-4749
20147335        +Watkins, Calvin,    418 Stevens Drive,    Apt. 107,    Addison, IL 60101-2420
20147336        +Weins, Jason A.,    1206 Will Drive,    Lockport, IL 60441-3810
20147337        +Wessel, Philip A.,    623 Jonquil Avenue,    Lisle, IL 60532-2462
20147338         Western Equipment Finance,    Vogel Law Firm, ATTn: Jon R Brakke,    PO Box 1389,
                  Fargo, ND 58107-1389
20240502         White River Venture Partners,    3603 East Raymond Street,    Indianapolis, IN 46203-4762
20147340        +White, Kendra N.,    158 E. Bailey,    Apt. M,    Naperville, IL 60565-1434
20147341        +William H. Wegmann,    1241 Whittingham Circle,    Naperville, IL 60540-6929
20147346        +Wolf, Justin D.,    3018 Jonquil Lane,    Woodridge, IL 60517-3306
20701856        +Woodgrove Festival 563 LLC,    c/o Kimco North Trust,    Gary Bazydio,    10600 W. Higgins,
                  Suite 408,    Des Plaines, IL 60018-3718
20147348        +Woolfork, Jasmine C.,    3238 83rd Street,    Woodridge, IL 60517-3634
20147349        +Zamora, Mario,    3017 Dan Ireland Drive,    Joliet, IL 60435-9036
20147350        +Zarlenga, Stephanie L.,    404 Nassau Avenue,    Bolingbrook, IL 60440-2134
22178676        +c/o David A. Newby, Esq.,    Coman & Anderson, P.C.,    650 Warrenville Road, Suite 500,
                  Lisle, IL 60532-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20147081         E-mail/Text: g17768@att.com Jan 10 2015 01:26:24     AT&T,    PO Box 5080,
                  Carol Stream, IL 60197-5080
20147080        +E-mail/Text: g17768@att.com Jan 10 2015 01:26:24     AT&T,    PO Box 8100,
                  Aurora, IL 60507-8100
20147082        +E-mail/Text: g20956@att.com Jan 10 2015 01:28:20     AT&T Mobility,    PO Box 6463,
                  Carol Stream, IL 60197-6463
20147108        +E-mail/Text: citjaxbankruptcy@cit.com Jan 10 2015 01:26:31     CIT Technology Fin Serv, Inc.,
                  21146 Network Place,    Chicago, IL 60673-1211
20147107        +E-mail/Text: citjaxbankruptcy@cit.com Jan 10 2015 01:26:31     CIT Technology Fin Serv, Inc.,
                  10201 Centurion Parkway North,    Suite 100,    Jacksonville, FL 32256-4114
```

```
District/off: 0752-1          User: cmendoza1            Page 5 of 6             Date Rcvd: Jan 09, 2015
                              Form ID: pdf006            Total Noticed: 287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20315392        +E-mail/Text: BKRMailOps@weltman.com Jan 10 2015 01:27:24
                 CIT Technology Financing Services, Inc,    c/o Weltman, Weinberg & Reis,
                 175 S. Third Street, Ste 900,    Columbus, OH 43215-5166
20759468        +E-mail/Text: legalcollections@comed.com Jan 10 2015 01:28:26      COMMONWEALTH EDISON,
                 BANKRUPTCY DEPARTMENT,    3 LINCOLN CENTER 4TH FLOOR,    OAKBROOK TERRACE, IL 60181-4204
20147105        +E-mail/Text: collections@bluelynxmedia.com Jan 10 2015 01:27:54       Chicago Tribune,
                 14839 Collections Center Dr.,    Chicago, IL 60693-0148
20147115        +E-mail/Text: legalcollections@comed.com Jan 10 2015 01:28:26      Com Ed,    PO Box 6111,
                 Carol Stream, IL 60197-6111
20147117        +E-mail/Text: legalcollections@comed.com Jan 10 2015 01:28:26      ComEd,    PO Box 6111,
                 Carol Stream, IL 60197-6111
20176220         E-mail/Text: cio.bncmail@irs.gov Jan 10 2015 01:26:41
                 Department of Treasury-Internal Revenue Service,     PO Box 7346,   Philadelphia, PA 19101-7346
20147155         E-mail/Text: capitalbankruptcynotice@ge.com Jan 10 2015 01:27:59
                 General Electric Capital Corp,    P.O. Box 740425,    Atlanta, GA 30374-0425
20272861        +E-mail/Text: lossmitigation@hbtbank.com Jan 10 2015 01:26:45       Heartland Bank,
                 401 N. Hershey Road,    Bloomington, IL 61704-3742
20147177         E-mail/Text: psalmon@micros.com Jan 10 2015 01:27:54        Hospitality Solutions Intl.,
                 9977 N. 90th Street,    Suite 300,   Scottsdale, AZ 85258-4428
20147246        +E-mail/Text: bankrup@aglresources.com Jan 10 2015 01:26:14       NiCor,    PO Box 416,
                 Aurora, IL 60568-0001
22258861        +E-mail/Text: bankrup@aglresources.com Jan 10 2015 01:26:14       Nicor Gas,    PO Box 549,
                 Aurora IL 60507-0549
21810511        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 10 2015 01:27:08        Office of the U.S. Trustee,
                 219 S Dearborn St. Room 873,    Chicago, IL 60604-2027
20147288         E-mail/Text: tcohen@sheppardmullin.com Jan 10 2015 01:28:05
                 Sheppard Mullin Richter & Hampton,    333 S Hope St, 43rd Floor,    Los Angeles, CA 90071-1422
20147305        +E-mail/Text: david.johnson@sterlingnationalbank.com Jan 10 2015 01:26:46
                 Sterling National Bank,    Attn: John O'Toole,    500 7th Avenue 3rd Floor,
                 New York, NY 10018-5067
20147106        +E-mail/Text: lrobertson@suntimes.com Jan 10 2015 01:28:01
                 Sun-Times Media dba Chicago Sun-Times,    c/o Laurie Robertson,    350 N Orleans, 10th Fl,
                 Chicago, IL 60654-1700
20690210        +E-mail/Text: collections@bluelynxmedia.com Jan 10 2015 01:27:54       Tribune Company,
                 d/b/a Tribune Media Group,    c/o Blue Lynx Media,    2501 S State Hwy 121 Bus Bldg #800B,
                 Lewisville, TX 75067-8229
                                                                                                TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Barnes & Thornburg, LLP
aty             HRP
aty             Shaw Fishman Glantz & Towbin LLC
20147116*      +Com Ed,    P.O. Box 6111,   Carol Stream, IL 60197-6111
22111322*      +FPC Funding II, LLC,    1310 Madrid Street,    Marshall, MN 56258-4099
21095590*      +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
21753416*      +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
22523870*       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
20147191*      +Internal Revenue Service,    Centralized Insolvency Operations,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
21810512*      +Office of the U.S. Trustee,    219 S Dearborn St. Room 873,    Chicago, IL 60604-2027
20147284*      +SBA - Attn: Joel Herscher,    500 W. Madison; Suite 1150,    Chicago, IL 60661-2566
20147072      ##+Advantage Leasing,    324 E. Wisconsin ave,    Suite 250,   Milwaukee, WI 53202-4315
20147158      ##+GP Print Solutions, Inc.,    PO Box 479,    Union Special Plaza #122C,    Huntley, IL 60142-0479
20147202      ##+Katherine E. Theodoropoulos,    10418 S. Michael Drive,    Palos Hills, IL 60465-1905
                                                                                    TOTALS: 3, * 8, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: cmendoza1              Page 6 of 6                  Date Rcvd: Jan 09, 2015
                              Form ID: pdf006              Total Noticed: 287
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2015 at the address(es) listed below:
              Alex     Darcy     on behalf of Creditor    Sterling National Bank adarcy@askounisdarcy.com
              Alex     Darcy     on behalf of Creditor    FPC Funding II, LLC adarcy@askounisdarcy.com
              Amrit S Kapai      on behalf of Creditor    Sterling National Bank akapai@askounisdarcy.com
              Amrit S Kapai      on behalf of Creditor    FPC Funding II, LLC akapai@askounisdarcy.com
              Ashley   Parker    on behalf of Creditor    FPC Funding II, LLC aparker@askounisdarcy.com,
               agrajek@gmail.com
              Autumn   Sharp     on behalf of Creditor    First Midwest Bank asharp@carlsondash.com,
               cbrown@carlsondash.com
              Colleen E McManus     on behalf of Creditor    First Midwest Bank cmcmanus@carlsondash.com,
               knoonan@carlsondash.com;kcarlson@carlsondash.com;asharp@carlsondash.com
              David A. Newby    on behalf of Stockholder Ted  Bulthaup dnewby@comananderson.com,
               lholub@comananderson.com
              Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               constantine.harvalis@usdoj.gov
              Deborah L. Thorne    on behalf of Debtor    Hollywood Boulevard Cinema, LLC dthorne@btlaw.com,
               jbennett@btlaw.com
              Edward P. Freud    on behalf of Creditor    Republic Bank of Chicago epfreud@rfbnlaw.com
              James K Haney    on behalf of Creditor    General Electric Capital Corporation
               jhaney@wongfleming.com
              Joel R Nathan    on behalf of Attorney    Small Business Administration joel.nathan@usdoj.gov,
               paula.gabriel@usdoj.gov,marina.ravelo@usdoj.gov,carol.bithos@usdoj.gov,ecf1.ausa@usdoj.gov,
               patrick.johnson2@usdoj.gov
              John W Guzzardo    on behalf of Trustee Richard M. Fogel jguzzardo@shawfishman.com,
               jhampton@shawfishman.com
              John W Guzzardo    on behalf of Spec. Counsel    Shaw Fishman Glantz & Towbin LLC
               jguzzardo@shawfishman.com,  jhampton@shawfishman.com
              John W Guzzardo    on behalf of blank Richard M. Fogel jguzzardo@shawfishman.com,
               jhampton@shawfishman.com
              John W Guzzardo    on behalf of Financial Advisor    High Ridge Partners jguzzardo@shawfishman.com,
               jhampton@shawfishman.com
              John W Guzzardo    on behalf of Accountant    Alan D. Lasko & Associates, P.C.
               jguzzardo@shawfishman.com,  jhampton@shawfishman.com
              Kurt M Carlson    on behalf of Creditor    First Midwest Bank kcarlson@carlsondash.com,
               knoonan@carlsondash.com
              Mark E Leipold    on behalf of Interested Party    Kimco Realty Corporation
               mleipold@gouldratner.com,  srodriguez@gouldratner.com;lgray@gouldratner.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter J Roberts    on behalf of blank Richard M. Fogel proberts@shawfishman.com
              Richard M. Fogel    on behalf of Spec. Counsel    Shaw Fishman Glantz & Towbin LLC
               rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Accountant    Alan D. Lasko & Associates, P.C.
               rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Financial Advisor    High Ridge Partners rfogel@shawfishman.com,
               il72@ecfcbis.com
              Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
              Thomas V Askounis    on behalf of Creditor    Sterling National Bank taskounis@askounisdarcy.com,
               akapai@askounisdarcy.com
              Thomas V Askounis    on behalf of Creditor    FPC Funding II, LLC taskounis@askounisdarcy.com,
               akapai@askounisdarcy.com
              Timothy S. McFadden    on behalf of Attorney    Barnes & Thornburg LLP tmcfadden@btlaw.com
              Timothy S. McFadden    on behalf of Debtor    Hollywood Boulevard Cinema, LLC tmcfadden@btlaw.com
                                                                                              TOTAL: 31
```