**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 1 8 2015

DONALD R. CASSLING
BANKRUPTCY JUDGE

In re:                                )
                                      )
                                      )    Case No. 13 B 09232
HOLLYWOOD BOULEVARD CINEMA, LLC,      )
                                      )
                                      )
                                      )    Chapter 7
                                      )
          Debtor.                     )
                                      )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN, LLC, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $14,672.50 | TOTAL COSTS REQUESTED: | $644.63 |
| TOTAL FEES REDUCED: | $182.00 | TOTAL COSTS REDUCED: | $123.13 |
| TOTAL FEES ALLOWED: | $14,490.50 | TOTAL COSTS ALLOWED: | $521.50 |

### TOTAL FEES AND COSTS ALLOWED: $15,012.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not

entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: February 18, 2014

*Donald R. Cassling*

Donald R. Cassling
United States Bankruptcy Judge

## Shaw Fishman Glantz & Towbin LLC

| | | | | | |
|---|---|---|---|---|---|
| Richard Fogel as trustee for Hollywood Boulevard Cinema, LLC | | | | | November 30, 2014 |
| I.D. 10710-002 - RF | | | | | Invoice 16733 |
| Re: Represent Ch. 7 Trustee | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/14 | PJR | Continue drafting and editing email memo to Trustee regarding SBA. | 1.90 | 475.00 | 902.50 |
| 05/14/14 | PJR | Confer with R. Fogel on SBA secured claim issues (.2); exchange e-mails with K. Carlson on same (.2). SBA lien issues. | 0.40 | 475.00 | 190.00 |
| 06/27/14 | PJR | Confer with Trustee on SBA/Bank allocation issues. | 0.20 | 475.00 | 95.00 |
| 07/18/14 | JWG | Research and edits to SBA 9019 Motion. | 1.20 | 350.00 | 420.00 |
| 07/18/14 | RF | Draft motion to approve compromise of First Midwest Bank and Small Business Administration secured claims | 0.80 | 450.00 | 360.00 |
| 07/21/14 | RF | Revise draft Intercreditor Settlement Agreement and forward to K. O'Loughlin and K. Carlson | 0.30 | 450.00 | 135.00 |
| 07/21/14 | PJR | Review GHTC proof of claim and supporting documents (.1); review Trustee email to D. Newby on same (.1). | 0.20 | 475.00 | 95.00 |
| 07/22/14 | JWG | Research, drafting and edits to SBA / FMB 9019 Motion. | 1.30 | 350.00 | 455.00 |
| 07/22/14 | RF | Finalize motion to approve compromise of FMB and SBA claims | 0.40 | 450.00 | 180.00 |
| 07/23/14 | JWG | Drafting and edits to HRP and Lasko fee apps. Drafting and editing of SBA / FMB 9019 Motion. Compiling of exhibits and coordination of filing of same. | 2.40 | 350.00 | 840.00  −84.00 |
| | | **Creditors and Claims Totals** | **19.00** | | **8,150.00** |

### Retention of Professionals and Fee

| Date | Atty | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 03/20/14 | PJR | Review and revise SF final fee app for chapter 11 (.4); review and revise proposed order (.1); confer with J. Guzzardo on same (.1). | 0.60 | 475.00 | 285.00 | |
| 03/21/14 | JWG | Final edits and coordination of filing of SF and HRP and Trustee fee applications. | 2.50 | 350.00 | 875.00 | −87.50 |
| 03/24/14 | RF | Prepare application to employ accountants | 0.80 | 450.00 | 360.00 | |
| 04/03/14 | JWG | Drafting and edits to motion to retain counsel and High Ridge. | 1.40 | 350.00 | 490.00 | |
| 04/04/14 | PJR | Review motion of trustee to retain ch. 11 professionals and related order. | 0.10 | 475.00 | 47.50 | |
| 04/04/14 | JWG | Edits to and coordination of filing motion to retain professionals. | 0.30 | 350.00 | 105.00 | −10.50 |
| 04/16/14 | JWG | Preparation for and attendance of Shaw Fishman, HRP and Trustee fee application hearing. | 1.50 | 350.00 | 525.00 | |
| 04/18/14 | JWG | Review of docket and forwarding of fee app order to HRP. | 0.10 | 350.00 | 35.00 | |
| 07/09/14 | JWG | Discussion with R. Fogel re: HRP fee applications and settlement motion. | 0.20 | 350.00 | 70.00 | |
| 07/11/14 | JWG | Drafting of HRP fee petition and notice of motion for Lasko petition. | 2.20 | 350.00 | 770.00 | |
| 07/16/14 | JWG | Edits to HRP fee application. | 0.60 | 350.00 | 210.00 | |
| 07/18/14 | JWG | Edits to Lasko and HRP fee applications. | 0.60 | 350.00 | 210.00 | |
| 07/21/14 | JWG | Edits to HRP and Lasko fee applications and cover sheet and certificates of service (.5) and e-mail communications with Trustee and HRP re: same. (.2) | 0.70 | 350.00 | 245.00 | |

Page: 2

−182.00

Shaw Fishman Glantz & Towbin LLC

Richard Fogel as trustee for Hollywood Boulevard Cinema, LLC  November 30, 2014
I.D. 10710-002 - RF  Invoice 16733
Re: Represent Ch. 7 Trustee

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/14 | JWG | Follow up with HRP and Lasko re: fee applications and coordination of filing of same as well as notices for same. | 0.30 | 350.00 | 105.00 |
| 11/18/14 | RF | Prepare final fee application for Shaw Fishman | 1.10 | 450.00 | 495.00 |
| 11/25/14 | RF | Prepare final fee application for High Ridge Partners | 0.80 | 450.00 | 360.00 |
| | | **Retention of Professionals and Fee** | **13.80** | | **5,187.50** |
| | | **Total Fees** | **35.70** | | **14,672.50** |

### Disbursements

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/03/14 | Conference Call; (RF); AT&T TeleConference Services | | | 6.74 |
| 02/25/14 | Photocopy; Motion to Convert (J. Hampton) | 1919 @ | 0.10 | 191.90 |
| 03/21/14 | Photocopy; Notice of Hearing (J. Hampton) | 480 @ | 0.10 | 48.00 |
| 03/30/14 | Westlaw; Sysco (JWG); West Group (ii) | | | 9.13  -9.13 |
| 03/31/14 | Postage; Postage for 3/1/2014 - 3/31/2014 | | | 124.80 |
| 03/31/14 | Pacer Research; Fee Applications, Sysco (JWG) | | | 18.60 |
| 04/30/14 | Pacer Research; Pacer online research for April 2014 | | | 7.40 |
| 05/06/14 | Westlaw; Lien Priority (PJR); West Group (ii) | | | 5.55  -5.55 |
| 05/06/14 | Westlaw; Lien Priority Issues (PJR); West Group (ii) | | | 106.21  -106.21 |
| 05/09/14 | Westlaw; Lien Issues (PJR); West Group (ii) | | | 2.24  -2.24 |
| 07/31/14 | Postage; Postage for 7/1 - 7/31/2014 | | | 111.36 |
| 07/31/14 | Pacer Research; HRP Fee Application, Motion (JWG) | | | 12.70 |
| | **Total Disbursements** | | | **644.63** |
| | **Total Fees and Disbursements** | | | **15,317.13** |
| | **Total Current Charges** | | | **15,317.13** |

-123.13