**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: HOLLYWOOD BOULEVARD CINEMA, LLC    § Case No. 13-09232
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,474,558.94            Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,472,600.00    Claims Discharged
                                                  Without Payment: $2,957,873.90

Total Expenses of Administration: $692,356.35

---

    3) Total gross receipts of $ 3,250,706.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 85,750.00 (see **Exhibit 2**), yielded net receipts of $3,164,956.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,629,886.82 | $2,472,600.00 | $2,472,600.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 164,735.10 | 164,197.07 | 164,197.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 542,926.56 | 542,926.56 | 528,159.28 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 934,923.48 | 934,923.48 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,384,939.80 | 2,022,950.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $6,657,411.76 | $6,137,597.53 | $3,164,956.35 |

4) This case was originally filed under Chapter 7 on March 08, 2013. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2015          By: /s/RICHARD M. FOGEL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash on Hand | 1129-000 | 8,000.00 |
| Interests in Insurance Policies | 1129-000 | 40,589.70 |
| Machinery, fixtures & business equipt- Equipment | 1129-000 | 2,900,000.00 |
| Formosa equipment and furnishings | 1129-000 | 10,500.00 |
| Miscellaneous refunds and credits | 1229-000 | 67,438.82 |
| Bank accounts- Chapter 11 operating account | 1290-010 | 223,976.63 |
| Bank accounts- Republic Bank of Chicago | 1229-000 | 201.20 |
| **TOTAL GROSS RECEIPTS** | | **$3,250,706.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HOLLYWOOD BOULEVARD CINEMA LLC | Transfer to operating account to cover Cobra Capital/Republic Bank transaction | 8500-002 | 85,000.00 |
| HOBSON FINANCIAL GROUP OF ILLINOIS | Wire transfer from Sony Pictures | 8500-002 | 750.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$85,750.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | General Electric Capital Corp | 4210-000 | N/A | 71,600.19 | 55,000.00 | 55,000.00 |
| 3S | General Electric Capital Corp | 4210-000 | N/A | 122,718.37 | 55,000.00 | 55,000.00 |
| 10S-2 | Sterling National Bank | 4210-000 | N/A | 110,000.00 | 60,000.00 | 60,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12S | M2 Lease Funds LLC | 4210-000 | N/A | 20,436.00 | 10,000.00 | 10,000.00 |
| 13S | Lease Corporation of America | 4210-000 | N/A | 17,644.89 | 9,000.00 | 9,000.00 |
| 17S | FPC Funding II, LLC | 4210-000 | N/A | 228,218.35 | 59,600.00 | 59,600.00 |
| 20S | Coactiv Capital Partners, Inc. | 4210-000 | N/A | 40,000.00 | 0.00 | 0.00 |
| 21S | Advantage Leasing Corporation | 4210-000 | N/A | 6,312.96 | 4,000.00 | 4,000.00 |
| 24 | Republic Bank of Chicago | 4210-000 | N/A | 89,992.56 | 0.00 | 0.00 |
| 30 | First Midwest Bank | 4210-000 | N/A | 1,882,963.50 | 2,200,000.00 | 2,200,000.00 |
| 34S | Element Financial Corp | 4210-000 | N/A | 40,000.00 | 20,000.00 | 20,000.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $2,629,886.82 | $2,472,600.00 | $2,472,600.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,736.78 | 6,736.78 | 6,736.78 |
| RICHARD M. FOGEL | 2200-000 | N/A | 305.46 | 305.46 | 305.46 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 6,496.80 | 6,496.80 | 6,496.80 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 97.78 | 97.78 | 97.78 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3110-000 | N/A | 14,672.50 | 14,490.50 | 14,490.50 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3120-000 | N/A | 644.63 | 521.50 | 521.50 |
| HIGH RIDGE PARTNERS | 3731-420 | N/A | 12,474.00 | 12,285.00 | 12,285.00 |
| HIGH RIDGE PARTNERS | 3732-430 | N/A | 1,265.10 | 1,221.20 | 1,221.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3,047.00 | 3,047.00 | 3,047.00 |
| ROMAY CORP. | 2500-000 | N/A | 816.12 | 816.12 | 816.12 |
| WOODGROVE FESTIVAL 563 LLC | 2500-000 | N/A | 60,175.07 | 60,175.07 | 60,175.07 |
| WOODGROVE FESTIVAL 563 LLC | 2500-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| R.M.C. INDUSTRIAL SERVICES | 3991-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Woodgrove Festival 563 LLC | 2500-000 | N/A | 8,577.00 | 8,577.00 | 8,577.00 |
| CMC Construction Management Corporation | 2410-000 | N/A | 4,510.00 | 4,510.00 | 4,510.00 |
| Rabobank, N.A. | 2600-000 | N/A | 1,107.66 | 1,107.66 | 1,107.66 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 10,400.00 | 10,400.00 | 10,400.00 |
| Rabobank, N.A. | 2600-000 | N/A | 1,348.35 | 1,348.35 | 1,348.35 |
| Rabobank, N.A. | 2600-000 | N/A | 1,052.77 | 1,052.77 | 1,052.77 |
| Rabobank, N.A. | 2600-000 | N/A | 1,020.02 | 1,020.02 | 1,020.02 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 1,176.90 | 1,176.90 | 1,176.90 |
| Rabobank, N.A. | 2600-000 | N/A | 948.45 | 948.45 | 948.45 |
| Rabobank, N.A. | 2600-000 | N/A | 206.36 | 206.36 | 206.36 |
| Rabobank, N.A. | 2600-000 | N/A | 219.21 | 219.21 | 219.21 |
| ADP, INC. | 2990-000 | N/A | 1,198.80 | 1,198.80 | 1,198.80 |
| Rabobank, N.A. | 2600-000 | N/A | 188.34 | 188.34 | 188.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$164,735.10** | **$164,197.07** | **$164,197.07** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 6101-000 | N/A | 110,250.00 | 110,250.00 | 110,250.00 |
| RICHARD M. FOGEL | 6102-000 | N/A | 219.72 | 219.72 | 219.72 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 6110-000 | N/A | 88,671.50 | 88,671.50 | 88,671.50 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 6120-000 | N/A | 1,907.39 | 1,907.39 | 1,907.39 |
| HIGH RIDGE PARTNERS | 6700-420 | N/A | 51,395.11 | 51,395.11 | 51,395.11 |
| Illinois Department of Employment Security | 6950-730 | N/A | 6,505.96 | 6,505.96 | 5,778.95 |
| Illinois Department of Revenue | 6950-000 | N/A | 125,645.06 | 125,645.06 | 111,604.79 |
| JP MORGAN CHASE BANK | 6950-000 | N/A | 116,350.00 | 116,350.00 | 116,350.00 |
| JP MORGAN CHASE BANK | 6950-000 | N/A | 20,890.00 | 20,890.00 | 20,890.00 |
| JP MORGAN CHASE BANK | 6950-000 | N/A | 3,770.00 | 3,770.00 | 3,770.00 |
| HUMANA | 6950-000 | N/A | 4,464.47 | 4,464.47 | 4,464.47 |
| WOODRIDGE POLICE DEPARTMENT | 6950-000 | N/A | 120.00 | 120.00 | 120.00 |
| DELUXE ECHOSTAR LLC | 6950-000 | N/A | 319.60 | 319.60 | 319.60 |
| MAESTRANZI BROTHERS | 6950-000 | N/A | 36.00 | 36.00 | 36.00 |
| DUPAGE COUNTY PUBLIC WORKS | 6950-000 | N/A | 2,614.69 | 2,614.69 | 2,614.69 |
| H&L SEWER SERVICE | 6950-000 | N/A | 400.00 | 400.00 | 400.00 |
| Jermaine Evans | 6950-720 | N/A | 196.33 | 196.33 | 196.33 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-000 | N/A | 1,394.03 | 1,394.03 | 1,394.03 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-000 | N/A | 2,493.09 | 2,493.09 | 2,493.09 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-000 | N/A | 4,018.63 | 4,018.63 | 4,018.63 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-000 | N/A | 1,264.98 | 1,264.98 | 1,264.98 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$542,926.56** | **$542,926.56** | **$528,159.28** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-3 | Department of Treasury-Internal Revenue | 5800-000 | N/A | 234,884.83 | 234,884.83 | 0.00 |
| 15P | Sysco Chicago Inc | 5200-000 | N/A | 72,810.86 | 72,810.86 | 0.00 |
| 38P | Illinois Department of Employment Security | 5800-000 | N/A | 6,304.43 | 6,304.43 | 0.00 |
| 39P | Illinois Department of Employment Security | 5800-000 | N/A | 1,250.05 | 1,250.05 | 0.00 |
| 37-2P | Illinois Department of Revenue | 5800-000 | N/A | 619,673.31 | 619,673.31 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $934,923.48 | $934,923.48 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-3 | Department of Treasury-Internal Revenue | 7100-000 | N/A | 157,325.69 | 157,325.69 | 0.00 |
| 2U | General Electric Capital Corp | 7100-000 | N/A | 16,600.19 | 16,600.19 | 0.00 |
| 3U | General Electric Capital Corp | 7100-000 | N/A | 84,318.56 | 84,318.56 | 0.00 |
| 4 | Equipment Service Professionals, Inc. | 7100-000 | N/A | 17,343.73 | 17,343.73 | 0.00 |
| 5 | Schindler Elevator Corporation | 7100-000 | N/A | 1,080.24 | 1,080.24 | 0.00 |
| 6 | Equipment Service Professionals, Inc. | 7100-000 | N/A | 17,343.73 | 0.00 | 0.00 |
| 7 | CIT Technology Financing Services, Inc | 7100-000 | N/A | 33,722.28 | 33,722.28 | 0.00 |
| 8 -3 | U S Small Business Administration | 7100-000 | N/A | 463,799.54 | 463,799.54 | 0.00 |
| 9 | Twentieth Century Fox Film Corp | 7100-000 | N/A | 23,415.28 | 23,415.28 | 0.00 |
| 10U-2 | Sterling National Bank | 7100-000 | N/A | 65,830.00 | 65,830.00 | 0.00 |
| 11 | Michigan Commercial Insurance Mutal | 7100-000 | N/A | 31,860.00 | 31,860.00 | 0.00 |
| 12U | M2 Lease Funds LLC | 7100-000 | N/A | 10,436.00 | 10,436.00 | 0.00 |
| 13U | Lease Corporation of America | 7100-000 | N/A | 8,644.89 | 8,644.89 | 0.00 |
| 14 | Internet Presence Consulting, Inc. | 7100-000 | N/A | 9,342.50 | 9,342.50 | 0.00 |
| 15U | Sysco Chicago Inc | 7100-000 | N/A | 113,140.05 | 113,140.05 | 0.00 |
| 16 | United Parcel Service | 7100-000 | N/A | 131.82 | 131.82 | 0.00 |
| 17U | FPC Funding II, LLC | 7100-000 | N/A | 161,558.88 | 0.00 | 0.00 |
| 18 | CBeyond | 7100-000 | N/A | 2,944.02 | 2,944.02 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | McKee & Gunderson PC | 7100-000 | N/A | 6,645.00 | 6,645.00 | 0.00 |
| 20U | Coactiv Capital Partners, Inc. | 7100-000 | N/A | 19,448.82 | 0.00 | 0.00 |
| 21U | Advantage Leasing Corporation | 7100-000 | N/A | N/A | 2,312.96 | 0.00 |
| 22 | Signs Now | 7100-000 | N/A | 2,464.50 | 2,464.50 | 0.00 |
| 23 | Susquehanna Commercial Finance, Inc. | 7100-000 | N/A | 158,755.14 | 158,755.14 | 0.00 |
| 25 | American Express Travel Related Services | 7100-000 | N/A | 5,101.63 | 5,101.63 | 0.00 |
| 26 | Hospitality Solutions Intl. | 7100-000 | N/A | 2,768.00 | 2,768.00 | 0.00 |
| 27 | Clear Channel Outdoor | 7100-000 | N/A | 7,000.00 | 7,000.00 | 0.00 |
| 28 | Concession Services, Inc. | 7100-000 | N/A | 9,897.23 | 9,897.23 | 0.00 |
| 29 | Tribune Company | 7100-000 | N/A | 4,826.00 | 4,826.00 | 0.00 |
| 31 | MC Squared Energy Services, LLC | 7100-000 | N/A | 4,518.62 | 4,518.62 | 0.00 |
| 32 | Woodgrove Festival 563 LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 33 | Western Equipment Finance | 7100-000 | N/A | 47,169.05 | 47,169.05 | 0.00 |
| 34U | Element Financial Corp | 7100-000 | N/A | 19,448.82 | 39,448.82 | 0.00 |
| 35 | Jeffrey Hu | 7100-000 | N/A | 20,000.00 | 20,000.00 | 0.00 |
| 36 | Sun-Times Media dba Chicago Sun-Times | 7100-000 | N/A | 7,854.00 | 7,854.00 | 0.00 |
| 37U | Illinois Department of Revenue | 7100-000 | N/A | 5,651.17 | 5,651.17 | 0.00 |
| 38U | Illinois Department of Employment Security | 7100-000 | N/A | 351.86 | 351.86 | 0.00 |
| 39U | Illinois Department of Employment Security | 7100-000 | N/A | 610.00 | 610.00 | 0.00 |
| 40 | Michigan Commercial Insurance Mutual | 7100-000 | N/A | 14,567.00 | 14,567.00 | 0.00 |
| 42 | Sysco Chicago, Inc. | 7100-000 | N/A | 185,950.91 | 0.00 | 0.00 |
| 43 | Commonwealth Edison | 7100-000 | N/A | 2,502.33 | 2,502.33 | 0.00 |
| 44 | DuPage Co. Public Works | 7100-000 | N/A | 4,345.28 | 4,345.28 | 0.00 |
| 45 | FPC Funding II, LLC | 7100-000 | N/A | 106,641.12 | 106,641.12 | 0.00 |
| 46 | Great Hollywood Theaters Group, LLC | 7100-000 | N/A | 500,000.00 | 500,000.00 | 0.00 |
| 47 | Elavon | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 48 | Nicor Gas | 7200-000 | N/A | 24,585.92 | 24,585.92 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,384,939.80 | $2,022,950.42 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  

**Period Ending:** 04/09/15

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 03/18/14 (c)  
**§341(a) Meeting Date:** 04/17/14  
**Claims Bar Date:** 07/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand (See Footnote) | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2  Bank accounts-US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3  Security Deposits- Nicor (See Footnote) | 2,386.00 | 2,386.00 | | 0.00 | FA |
| 4  Security Deposits- Com Ed (See Footnote) | 4,322.00 | 4,322.00 | | 0.00 | FA |
| 5  Books and art objects- Movie Memorabilia (See Footnote) | 191,763.00 | 191,763.00 | | 0.00 | FA |
| 6  Interests in Insurance Policies | 0.00 | Unknown | | 40,589.70 | FA |
| 7  Stock and business interests- Formosa Cafe LLC (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8  Accounts Receivable- Credit Cards (See Footnote) | 23,862.00 | 23,862.00 | | 0.00 | FA |
| 9  Accounts Receivable- Grt Hollywood /Naperville T (See Footnote) | 1,484,804.60 | Unknown | | 0.00 | FA |
| 10 Liquidated Debts Owing Debtor-Advance to officer (See Footnote) | 643,329.34 | Unknown | | 0.00 | FA |
| 11 Business & liquor license (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 12 Office equipment, furnishings and supplies (See Footnote) | 23,706.00 | 23,706.00 | | 0.00 | FA |
| 13 Machinery, fixtures & business equipt- Supplies (See Footnote) | 11,375.00 | 11,375.00 | | 0.00 | FA |
| 14 Machinery, fixtures & business equipt- Equipment (See Footnote) | 1,335,137.00 | 1,335,137.00 | | 2,900,000.00 | FA |
| 15 Inventory (See Footnote) | 89,011.00 | 89,011.00 | | 0.00 | FA |
| 16 Formosa equipment and furnishings    Purchased by trustee in connection with sale of business (See Footnote) | 0.00 | 10,500.00 | | 10,500.00 | FA |
| 17 Miscellaneous refunds and credits (u) | 0.00 | Unknown | | 67,438.82 | FA |
| 18 Avoidance Actions (u) (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 19 Bank accounts- Chapter 11 operating account (u) (See Footnote) | 0.00 | 225,000.00 | | 223,976.63 | FA |
| 20 Bank accounts- Republic Bank of Chicago (u) | 0.00 | 201.20 | | 201.20 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-09232
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

**Period Ending:** 04/09/15

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 03/18/14 (c)
**§341(a) Meeting Date:** 04/17/14
**Claims Bar Date:** 07/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20   Assets   Totals (Excluding unknown values) | $3,817,695.94 | $1,925,263.20 | | $3,250,706.35 | $0.00 |

| | |
|---|---|
| RE PROP# 1 | Estate received credit at closing of sale of theater |
| RE PROP# 3 | Subject to setoff |
| RE PROP# 4 | Subject to setoff |
| RE PROP# 5 | Sold in Chapter 11 |
| RE PROP# 7 | Formosa Cafe was insolvent and ceased operations during Chapter 11 case |
| RE PROP# 8 | Collected prior to trustee's appointment |
| RE PROP# 9 | Deemed uncollectible. |
| RE PROP# 10 | Deemed uncollectible |
| RE PROP# 11 | Non-transferable |
| RE PROP# 12 | Sold in Chapter 11 |
| RE PROP# 13 | Sold in Chapter 11 |
| RE PROP# 14 | Sold in Chapter 11- proceeds include movie memorabilia, supplies, equipment, inventory and intangibles |
| RE PROP# 15 | Sold in Chapter 11 |
| RE PROP# 16 | Sold in Chapter 11 |
| RE PROP# 18 | Trustee determined that claim were not worth pursuing due to cost of solvency expert, risk of outcome and uncertainty of collectibility |
| RE PROP# 19 | Net operating revenue from chapter 11 estate |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2015   **Current Projected Date Of Final Report (TFR):** January 8, 2015 (Actual)

Printed: 04/09/2015 08:03 AM   V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-09232
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

**Taxpayer ID #:** **-***0945
**Period Ending:** 04/09/15

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******5968 - Ch 7 Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/14 | | From Account #******5966 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | 978,283.17 | | 978,283.17 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,107.66 | 977,175.51 |
| 04/03/14 | 101 | OFFICE OF THE UNITED STATES TRUSTEE | UST QUARTERLY FEE -Q1 2014 | 2950-000 | | 10,400.00 | 966,775.51 |
| 04/09/14 | {17} | HOBSON FINANCIAL GROUP OF ILLINOIS | Reimburse ADP processing fee charged to debtor's account | 1229-000 | 161.45 | | 966,936.96 |
| 04/09/14 | {17} | WARNER BROS. PICTURES | Refund of film deposit | 1229-000 | 11,226.61 | | 978,163.57 |
| 04/14/14 | {20} | REPUBLIC BANK OF CHICAGO | Balance on deposit in savings account | 1229-000 | 201.20 | | 978,364.77 |
| 04/16/14 | 102 | RICHARD M. FOGEL | Chapter 11 compensation and expenses per o/c 4-16-14 | | | 110,469.72 | 867,895.05 |
| | | | 110,250.00 | 6101-000 | | | 867,895.05 |
| | | | 219.72 | 6102-000 | | | 867,895.05 |
| 04/16/14 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Chapter 11 compensation and expenses per o/c 4-16-14 | | | 90,578.89 | 777,316.16 |
| | | | 88,671.50 | 6110-000 | | | 777,316.16 |
| | | | 1,907.39 | 6120-000 | | | 777,316.16 |
| 04/16/14 | 104 | HIGH RIDGE PARTNERS | Balance of Chapter 11 compensation per o/c 4-16-14 | 6700-420 | | 51,395.11 | 725,921.05 |
| 04/24/14 | {6} | HARLEYSVILLE INSURANCE | Insurance audit refund | 1129-000 | 7,836.00 | | 733,757.05 |
| 04/24/14 | {17} | CORP US | Refund of studio deposit | 1229-000 | 200.53 | | 733,957.58 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,348.35 | 732,609.23 |
| 05/06/14 | {17} | SYSCO CHICAGO, INC. | Refund of post-petition credit balance | 1229-000 | 1,958.36 | | 734,567.59 |
| 05/13/14 | 105 | HUMANA | Final payment for HBC health insurance | 6950-000 | | 4,464.47 | 730,103.12 |
| 05/13/14 | 106 | WOODRIDGE POLICE DEPARTMENT | Alarm response charges | 6950-000 | | 120.00 | 729,983.12 |
| 05/13/14 | 107 | DELUXE ECHOSTAR LLC | Exhibitor delivery and services fees- Inv. 9055082 | 6950-000 | | 319.60 | 729,663.52 |
| 05/13/14 | 108 | MAESTRANZI BROTHERS | Inv. ##330949 and 326201 | 6950-000 | | 36.00 | 729,627.52 |
| 05/13/14 | 109 | DUPAGE COUNTY PUBLIC WORKS | Water and sewer charges through 2/10/14- Acct. No. 16529913-04 | 6950-000 | | 2,614.69 | 727,012.83 |
| 05/13/14 | 110 | H&L SEWER SERVICE | Inv. ##990 and 1214 | 6950-000 | | 400.00 | 726,612.83 |
| 05/20/14 | {17} | GLOBAL SURETY LLC | Refund of unearned surety bond premium | 1229-000 | 2,011.00 | | 728,623.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,052.77 | 727,571.06 |
| 06/11/14 | {6} | V3 INSURANCE PARTNERS LLC | Refund of unearned workers compensation premium | 1129-000 | 10,956.00 | | 738,527.06 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,020.02 | 737,507.04 |
| 07/09/14 | {17} | SONY PICTURES | Refund of studio deposit | 1229-000 | 7,927.01 | | 745,434.05 |

Subtotals :   $1,020,761.33   $275,327.28

{} Asset reference(s)                              Printed: 04/09/2015 08:03 AM   V.13.21

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  
**Taxpayer ID #:** **-***0945  
**Period Ending:** 04/09/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5968 - Ch 7 Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/14 | {17} | THE WEINSTEIN COMPANY LLC | Refund of studio deposit | 1229-000 | 1,635.50 | | 747,069.55 |
| 07/17/14 | 111 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14<br>Voided on 07/17/14 | 6950-000 | | 10,763.52 | 736,306.03 |
| 07/17/14 | 111 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14<br>Voided: check issued on 07/17/14 | 6950-000 | | -10,763.52 | 747,069.55 |
| 07/17/14 | 112 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14<br>Voided on 07/18/14 | 6950-000 | | 10,763.52 | 736,306.03 |
| 07/18/14 | 112 | ILLINOIS DEPARTMENT OF REVENUE | Sales tax, interest and penalty for October, November & December 2013 per audit notice dated 7-15-14<br>Voided: check issued on 07/17/14 | 6950-000 | | -10,763.52 | 747,069.55 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,176.90 | 745,892.65 |
| 08/21/14 | 113 | First Midwest Bank | Settlement of secured claim per o/c 8-19-14 | 4210-000 | | 600,000.00 | 145,892.65 |
| 08/21/14 | 114 | ALAN D. LASKO & ASSOCIATES, P.C. | Interim compensation and expenses per o/c 8-19-14 | | | 2,444.50 | 143,448.15 |
| | | | 2,403.20 | 3410-000 | | | 143,448.15 |
| | | | 41.30 | 3420-000 | | | 143,448.15 |
| 08/21/14 | 115 | HIGH RIDGE PARTNERS | Interim compensation and expenses per o/c 8-219-14 | | | 11,584.70 | 131,863.45 |
| | | | 10,363.50 | 3731-420 | | | 131,863.45 |
| | | | 1,221.20 | 3732-430 | | | 131,863.45 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 948.45 | 130,915.00 |
| 09/22/14 | {17} | SONY PICTURES | Wire transfer intended for Hobson Financial Group | 1229-002 | 750.00 | | 131,665.00 |
| 09/23/14 | 116 | HOBSON FINANCIAL GROUP OF ILLINOIS | Wire transfer from Sony Pictures | 8500-002 | | 750.00 | 130,915.00 |
| 09/24/14 | {6} | SERPE INSURANCE AGENCY | Refund of unearned premiums for general liability and property insurance policies | 1129-000 | 21,797.70 | | 152,712.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 206.36 | 152,506.34 |
| 10/01/14 | 117 | Jermaine Evans | Replace final payroll check #0000124883 (state dated) | 6950-720 | | 196.33 | 152,310.01 |
| 10/07/14 | 118 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for October 2013- Acct No. 3626-1068 | 6950-000 | | 1,394.03 | 150,915.98 |
| | | | Subtotals : | | $24,183.20 | $618,701.27 | |

{} Asset reference(s)

Printed: 04/09/2015 08:03 AM    V.13.21

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  
**Taxpayer ID #:** **-***0945  
**Period Ending:** 04/09/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5968 - Ch 7 Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/14 | 119 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for November 2013- Acct No. 3626-1068 | 6950-000 | | 2,493.09 | 148,422.89 |
| 10/07/14 | 120 | ILLINOIS DEPARTMENT OF REVENUE | Balance due for sales tax for December 2013- Acct No. 3626-1068 | 6950-000 | | 4,018.63 | 144,404.26 |
| 10/08/14 | 121 | ILLINOIS DEPARTMENT OF REVENUE | Additional amounts due for sales tax for November 2013- Acct No. 3626-1068 | 6950-000 | | 1,264.98 | 143,139.28 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.21 | 142,920.07 |
| 11/03/14 | {19} | FIRST MIDWEST BANK | Balance on deposit in DIP account | 1290-010 | 3,976.63 | | 146,896.70 |
| 11/04/14 | 122 | ADP, INC. | Preparation of 2014 Form W-2s | 2990-000 | | 1,198.80 | 145,697.90 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.34 | 145,509.56 |
| 02/19/15 | 123 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $6,496.80, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,093.60 | 141,415.96 |
| 02/19/15 | 124 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $97.78, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 56.48 | 141,359.48 |
| 02/19/15 | 125 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $14,490.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,490.50 | 126,868.98 |
| 02/19/15 | 126 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $521.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 521.50 | 126,347.48 |
| 02/19/15 | 127 | HIGH RIDGE PARTNERS | Dividend paid 100.00% on $12,285.00, Financial Consultant for Trustee Fees; Reference: | 3731-420 | | 1,921.50 | 124,425.98 |
| 02/19/15 | 128 | Illinois Department of Employment Security | Dividend paid 88.82% on $6,505.96, Taxes on Administrative Post-Petition Wages (employer payroll taxes); Reference: | 6950-730 | | 5,778.95 | 118,647.03 |
| 02/19/15 | 129 | Illinois Department of Revenue | Dividend paid 88.82% on $125,645.06, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7); Reference: | 6950-000 | | 111,604.79 | 7,042.24 |
| 02/19/15 | 130 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,042.24 | 0.00 |
| | | | Dividend paid 100.00%   6,736.78 on $6,736.78; Claim# A; Filed: $6,736.78 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   305.46 on $305.46; Claim# B; Filed: $305.46 | 2200-000 | | | 0.00 |

Subtotals :  $3,976.63   $154,892.61

{} Asset reference(s)  
Printed: 04/09/2015 08:03 AM   V.13.21

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  

**Taxpayer ID #:** **-***0945  
**Period Ending:** 04/09/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5968 - Ch 7 Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,048,921.16 | 1,048,921.16 | $0.00 |
| | | | Less: Bank Transfers | | 978,283.17 | 0.00 | |
| | | | **Subtotal** | | 70,637.99 | 1,048,921.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,637.99** | **$1,048,921.16** | |

{} Asset reference(s)                                                                                     Printed: 04/09/2015 08:03 AM   V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC  
**Taxpayer ID #:** **-***0945  
**Period Ending:** 04/09/15  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Ch 11- Proceeds & Revenue  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/14 | {14} | SHAW FISHMAN CLIENT TRUST ACCOUNT | Earnest money deposit for purchase of business assets per o/c 2-4-14 | 1129-000 | 100,000.00 | | 100,000.00 |
| 02/10/14 | | JP MORGAN CHASE BANK | Sale of personal property per o/c 2-4-14 | | 2,708,320.00 | | 2,808,320.00 |
| | {14} | | Sale of business per o/c 2-4-14   2,800,000.00 | 1129-000 | | | 2,808,320.00 |
| | {1} | | Credit for cash on hand   8,000.00 | 1129-000 | | | 2,808,320.00 |
| | {17} | | Credits for pre-paid rent   41,330.00<br>& film costs | 1229-000 | | | 2,808,320.00 |
| | | | Credit for gift cards   -116,350.00 | 6950-000 | | | 2,808,320.00 |
| | | | Credit for assumed   -20,890.00<br>vacation pay | 6950-000 | | | 2,808,320.00 |
| | | | Inventory adjustment   -3,770.00 | 6950-000 | | | 2,808,320.00 |
| 02/11/14 | 101 | FPC Funding II, LLC | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 59,600.00 | 2,748,720.00 |
| 02/11/14 | 102 | Lease Corporation of America | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 9,000.00 | 2,739,720.00 |
| 02/11/14 | 103 | Sterling National Bank | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 60,000.00 | 2,679,720.00 |
| 02/11/14 | 104 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 55,000.00 | 2,624,720.00 |
| 02/11/14 | 105 | General Electric Capital Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 55,000.00 | 2,569,720.00 |
| 02/11/14 | 106 | Element Financial Corp | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 20,000.00 | 2,549,720.00 |
| 02/11/14 | 107 | Advantage Leasing Corporation | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 4,000.00 | 2,545,720.00 |
| 02/11/14 | 108 | M2 Lease Funds LLC | Satisfaction of secured claim per o/c 2-4-14 | 4210-000 | | 10,000.00 | 2,535,720.00 |
| 02/11/14 | 109 | First Midwest Bank | Partial payment of secured claim per o/c 2-4-14 | 4210-000 | | 1,600,000.00 | 935,720.00 |
| 02/11/14 | 110 | INTERNATIONAL SURETIES, LTD. | Additional bond premium | 2300-000 | | 3,047.00 | 932,673.00 |
| 02/11/14 | 111 | ROMAY CORP. | Transcripts of Auction Sale | 2500-000 | | 816.12 | 931,856.88 |
| 02/11/14 | 112 | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer to operating account to cover Cobra Capital/Republic Bank transaction | 8500-002 | | 85,000.00 | 846,856.88 |
| 02/12/14 | | To Account #******5967 | Account Transfer for Kimco Escrow per o/c 2-11-14 | 9999-000 | | 10,000.00 | 836,856.88 |
| 02/12/14 | 113 | WOODGROVE FESTIVAL 563 LLC | Cure costs for HBC lease per o/c 2-11-14 | 2500-000 | | 60,175.07 | 776,681.81 |
| 02/12/14 | 114 | WOODGROVE FESTIVAL 563 LLC | Termination fee for Formosa Cafe lease per o/c 2-11-14 | 2500-000 | | 25,000.00 | 751,681.81 |
| 02/25/14 | {16} | C&S STORE FIXTURE, INC. | Purchase of Formosa kitchen equipment per o/c 2-25-14 | 1129-000 | 7,500.00 | | 759,181.81 |
| 02/25/14 | 115 | R.M.C. INDUSTRIAL SERVICES | Sales agent fee per o/c 2-25-14 | 3991-000 | | 1,050.00 | 758,131.81 |
| 03/03/14 | {16} | HOLLYWOOD BOULEVARD CINEMA- OPERATING ACCOUNT | Purchase of Formosa furnishings and memorabilia | 1129-000 | 3,000.00 | | 761,131.81 |
| 03/12/14 | | From Account #******5967 | Account Transfer- Return unused escrow funds to sale proceeds account | 9999-000 | 1,423.00 | | 762,554.81 |
| 03/17/14 | 116 | CMC Construction Management | Removal of dragon sculpture and lighting | 2410-000 | | 4,510.00 | 758,044.81 |
| | | | Subtotals : | | $2,820,243.00 | $2,062,198.19 | |

{} Asset reference(s)

Printed: 04/09/2015 08:03 AM   V.13.21

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 13-09232  
**Case Name:** HOLLYWOOD BOULEVARD CINEMA, LLC

**Taxpayer ID #:** **-***0945  
**Period Ending:** 04/09/15

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Ch 11- Proceeds & Revenue  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corporation | fixtures at Formosa Cafe- Inv. ##33032 and 33033 | | | | |
| 03/24/14 | {19} | HOLLYWOOD BOULEVARD CINEMA LLC | Transfer of funds from chapter 11 operating account | 1290-010 | 220,000.00 | | 978,044.81 |
| 03/24/14 | {17} | HOBSON FINANCIAL GROUP OF ILLINOIS | ADP refund credited to buyer's account | 1229-000 | 238.36 | | 978,283.17 |
| 03/26/14 | | To Account #******5968 | Account Transfer- Close account to transfer funds to Ch. 7 estate | 9999-000 | | 978,283.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,040,481.36 | 3,040,481.36 | $0.00 |
| | | | Less: Bank Transfers | | 1,423.00 | 988,283.17 | |
| | | | **Subtotal** | | 3,039,058.36 | 2,052,198.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,039,058.36** | **$2,052,198.19** | |

{} Asset reference(s)

Printed: 04/09/2015 08:03 AM V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 13-09232 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | HOLLYWOOD BOULEVARD CINEMA, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5967 - Kimco Escrow Account |
| Taxpayer ID #: | **-***0945 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/09/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/12/14 | | From Account #******5966 | Account Transfer for Kimco Escrow per o/c 2-11-14 | 9999-000 | 10,000.00 | | 10,000.00 |
| 03/12/14 | | To Account #******5966 | Account Transfer- Return unused escrow funds to sale proceeds account | 9999-000 | | 1,423.00 | 8,577.00 |
| 03/12/14 | 101 | Woodgrove Festival 563 LLC | Payment of final cure costs for lease per o/c 2-11-14 | 2500-000 | | 8,577.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **10,000.00** | **10,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 10,000.00 | 1,423.00 | |
| | | | **Subtotal** | | **0.00** | **8,577.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,577.00** | |

| | |
|---|---|
| Net Receipts : | 3,109,696.35 |
| Plus Gross Adjustments : | 141,010.00 |
| Less Other Noncompensable Items : | 86,500.00 |
| Net Estate : | $3,164,206.35 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5968 | 70,637.99 | 1,048,921.16 | 0.00 |
| Checking # ******5966 | 3,039,058.36 | 2,052,198.19 | 0.00 |
| Checking # ******5967 | 0.00 | 8,577.00 | 0.00 |
| | $3,109,696.35 | $3,109,696.35 | $0.00 |

{} Asset reference(s)                                                                                   Printed: 04/09/2015 08:03 AM   V.13.21